AMENDED

**Fill in this information to identify the case:**

Debtor name _____National Quarry Services, Inc._____

United States Bankruptcy Court for the: _____Middle District of North Carolina_____

_____ (State)

Case number (If known): _____20-50070_____

☑ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* .......................................................   $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................   $ ____5,513,529.15

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .......................................................   $ ____5,513,529.15

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................   $ ____6,990,305.22

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................   $ ____1,675,058.18

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................   +$ ____4,660,850.67

4. **Total liabilities**...............................................................................................................   $ ____13,326,214.07
    Lines 2 + 3a + 3b

---

AMENDED

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>National Quarry Services, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Middle District of North Carolina</td></tr>
<tr><td>Case number (If known):</td><td>20-50070</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. First National Bank of Pennsylvania | Checking | 2  0  6  3 | $ 13,485.55 |
| 3.2. See continuation sheet | | | $ 56,302.87 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 69,788.42

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. Retainer - Anderson Bauman Tourtellot Vos | $ 1,162.83 |
| 7.2. _____ | $ _____ |

| Debtor | National Quarry Services, Inc. | Case number (if known) | 20-50070 |
|---|---|---|---|
| | Name | | |

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 1,162.83

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   620,249.61   –   0.00   = ........➔    $ 620,249.61
                            face amount       doubtful or uncollectible accounts

11b. Over 90 days old:   30,283.47   –   0.00   = ........➔    $ 30,283.47
                         face amount       doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 650,533.08

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                     % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

AMENDED

Debtor _____National Quarry Services, Inc._____
                     Name

Case number (if known)_____20-50070_____

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** Operating Supplies & Parts | 06/30/2019 _____ MM / DD / YYYY | 1,105,230.00 $ _____ | _____ | 1,105,230.00 $ _____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $ 1,105,230.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
|---|---|---|
| | Name | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>All Office Furniture (e.g., Desks, Tables, Chairs, etc.) | $_____ | _____ | $ Unknown |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers - 12 Used Desktops; 1 Used Server | $_____ | _____ | $ 2,500.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,500.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2005 Ford F-250 - VIN# 1FDSF20P15EC58159 | $_____ | _____ | $ 4,400.00 |
| 47.2  2005 Ford F-250 - VIN# 1FTSX21P85EA64504 | $_____ | _____ | $ 4,400.00 |
| 47.3  2014 Ford F-250 - VIN#1FDBF2A61EEA49655 | $_____ | _____ | $ 12,525.00 |
| 47.4  See continuation sheet | $ 0.00 | _____ | $ 101,950.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | _____ | $ Unknown |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 123,275.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

AMENDED

Debtor   National Quarry Services, Inc.
         _____
         Name

Case number (if known)  20-50070
                        _____

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** www.nationalquarryservice.com | $_____ | _____ | Unknown $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** Company Goodwill | $_____ | _____ | Unknown $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

Promissory Note to Christopher Gifford and Shana F. Giffo

| 122,079.65 | – | 61,039.83 | = ➔ | $ 61,039.82 |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | Tax year _____ | $_____ |
|---|---|---|
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

**73. Interests in insurance policies or annuities**

Key Man Life Insurance - Christopher Gifford - Northwestern Mutual

$ 3,500,000.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet

$ Unknown

Nature of claim      _____

Amount requested   $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$_____

Nature of claim      _____

Amount requested   $_____

**76. Trusts, equitable or future interests in property**

$_____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

$_____

$_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 3,561,039.82

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

AMENDED

Debtor    National Quarry Services, Inc.
          Name
                                                          Case number (if known)   20-50070

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 69,788.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,162.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 650,533.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,105,230.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 123,275.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 3,561,039.82 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 5,513,529.15 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....... 5,513,529.15 | | $ 5,513,529.15 |

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 8

AMENDED

20-50070

| Debtor 1 | National Quarry Services, Inc. | | | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | |
|---|---|---|
| **Truliant Federal Credit Union** | **Checking** | **4168** |

**Balance: 691.31**

| | | |
|---|---|---|
| **American National Bank & Trust** | **Checking** | **2032** |

**Balance: Unknown**

| | | |
|---|---|---|
| **Pinnacle Bank** | **Checking** | **9269** |

**Balance: 588.69**

| | | |
|---|---|---|
| **BB&T Bank** | **Checking** | **3599** |

**Balance: 55,022.87**

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | |
|---|---|
| **2005 Ford F-250 - VIN# 1FTSW20565EC67104** | **4,400.00** |
| **2010 Ford F-250 - VIN# 1FDNF2A55AEA26426** | **7,275.00** |
| **2010 Ford F-150 - VIN# 1FTFW1EV6AKE22248** | **7,275.00** |
| **2004 Ford F-250 - VIN# 1FDNF20L64ED33477** | **4,150.00** |
| **2008 Ford F-150 - VIN#1FTRX14W08FB57012** | **5,375.00** |
| **2014 Ford F-250 - VIN# 1FDBF2A60EEB03494** | **12,525.00** |
| **2010 Ford F-150 - VIN#1FTEX1E85AFB40131** | **7,275.00** |
| **2007 Ford F-150 - VIN# 1FTRW12WX7FA46861** | **4,075.00** |
| **2004 Ford F-250 - VIN# 1FDNF20L64ED75955** | **4,150.00** |

Debtor 1 _____ National Quarry Services, Inc. _____

First Name    Middle Name    Last Name

Case number *(if known)* _____

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| 2010 Ford F-250 – VIN# 1FTSX21P85EA64504 | 8,600.00 |
| 2008 Ford F-150 – VIN# 1FTRF12208KF07913 | 5,000.00 |
| Ford F-250 1FDBF2A61FED11868 | Unknown |
| Ford F-250 1FDBF2A61JEB54223 | Unknown |
| Ford F-250 1FT7X2A68GEC21092 | Unknown |
| Ford F250 1FD7X2A61GEB34534 | Unknown |
| Ford F-250 1FD7X2A64FED73283 | Unknown |
| Ford F-250 1FD7X2A61GEC76656 | Unknown |
| Ford F-250 1FT7W2BT7HEC36336 | Unknown |
| Ford F-150 1FTEX1C87GFB02718 | Unknown |
| Ford F-250 Super Cab 4x4 XL – VIN# 1FD7X2A68JEC21483 | Unknown |
| Ford F-250 1FDBF2A63JEB24270 | Unknown |
| Ford F-250 1FD7X2A63GEC76657 | Unknown |
| Ford F-150 1FTEX1EB4JFC81752 | Unknown |
| Ford F-250 1FD7X2B67JEC14037 | Unknown |
| Ford F-150 1FTEX1EB2JFC81753 | Unknown |
| Ford F-150 1FTEW1EG2HFA40136 | Unknown |
| Ford F-250 Super Cab 4x4 XL – VIN# 1FD7X2A67KEC70885 | Unknown |
| Ford F-150 1FTEX1C84GFB02708 | Unknown |

AMENDED

20-50070

| Debtor 1 | National Quarry Services, Inc. | | Case number *(if known)* |

First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| 2007 Ford F−250 − VI N#1FTNX20527EB47247 | Unknown |
| 2013 Ford F−350 − VIN# 1FT8X3B63DEA59005 | Unknown |
| 2010 Ford F−150 − VI N#1FTEX1E85AFB40131 | 2,150.00 |
| 2005 Ford F−250 − VIN# 1FDSF20P15EC58159 | 1,200.00 |
| 2005 Ford F−250 − VI N#1FTSX21P85EA64504 | 1,200.00 |
| 2010 Ford F−250 − VI N#1FDNF2A52AEA21930 | 3,350.00 |
| 2014 Ford F−250 − VIN# 1FDBF2A61EEA49655 | 6,400.00 |
| 2009 Ford F−150 − VI N#1FTVF12V89KC79525 | Unknown |
| 2004 Ford F−250 − VIN# 1FDNF20L64ED33477 | 950.00 |
| 2013 Ford F−350 − VIN# 1FT8X3B65DEB33038 | Unknown |
| 2006 Ford F−650 − VIN# 3FRNF65F46V322454 | Unknown |
| 2016 Ford F−250 − VI N#1FT7X2A67GEC66461 | Unknown |
| 2004 Ford F−650 − VIN# 3FRNF65E04V687735 | Unknown |
| 2004 Ford F−250 − VI N#1FDNF20L64ED75955 | 950.00 |
| 2010 Ford F−250 − VI N#1FDNF2A55AEA26426 | 2,025.00 |

| | |
|---|---|
| Debtor 1 | National Quarry Services, Inc. |
| | First Name    Middle Name    Last Name |

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

| | |
|---|---|
| 2005 Ford F-250 - VIN#1FTSW20565EC67104 | 1,200.00 |
| 2008 Ford F-150 - VIN# 1FTRX14W08FB57012 | 1,775.00 |
| 2009 Ford F-150 - VIN#1FTRF14W19KC22106 | Unknown |
| 2011 Ford F-350 - VIN#1FDBF3A63BEA65583 | Unknown |
| 2014 Ford F-250 - VIN#1FDBF2A61EEA49655 | 6,400.00 |
| 2008 Ford F-150 - VIN#1FTRF12208KF07913 | 1,400.00 |
| 2011 Ford F-350 - VIN#1FDBF3A63BEA74946 | Unknown |
| 2010 Ford F-150 - VIN#1FTFW1EV6AKE22248 | 2,150.00 |
| 2011 Ford F-350 - VIN#1FDBF3A67BEC48579 | Unknown |
| 2007 Ford F-150 - VIN# 1FTRW12WX7FA46861 | 700.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | |
|---|---|
| 2016 DCR20-H Rock Drill Serial # 3212132 | Unknown |
| Drill 900-C - Furukawa HCR900ES II Rock Drill - Serial # 2183250 | Unknown |
| Drill DCR20-J - Serial # 3212140 | Unknown |
| Drill 1200-B - Serial # 1354780 | Unknown |
| Drill 1500-H - | Unknown |

20-50070

| Debtor 1 | National Quarry Services, Inc. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

Serial # 1413063

Drill DCR23-C –                                          Unknown
Serial # 1007

Drill DCR20-A –                                          Unknown
Serial # 3212065

2007 Furukawa                                           Unknown
Model HCR1500-ED –
Drill 1500-I –
Serial # 1452112

Drill 345-B –                                           Unknown
Serial # 1K09X42

2006 Reedrill                                           Unknown
Drill 345-D –
Serial # 1K09X97

Drill 345-E –                                           Unknown
Serial # 1D09E24

Drill 345-C –                                           Unknown
Serial # 1D09E23

Drill DCR23-B –                                         Unknown
Serial # 1012

2004 Furukawa                                           Unknown
Model HCR-9ES –
Drill HCR9-A –
Serial # 585200

Drill 1500-E –                                          Unknown
Serial # 1452050

2006 Furukawa Rock                                      Unknown
Drill Model
DCR-23-E – Serial
# 1019

2005 Reedrill                                           Unknown
Model 345 – Drill
345-A – Serial #
1K09X41

Drill DCR23-D –                                         Unknown
Serial # 1008

Drill 1500-D –                                          Unknown
Serial # 1452059

Rock Crusher 1                                          Unknown

Crusher 2                                               Unknown

Drill 1500N-54444                                       Unknown

Drill 1500M-54439                                       Unknown

| Debtor 1 | National Quarry Services, Inc. | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

Drill DM30-A –
Serial # US008849                                        Unknown

Drill DCR20-I –
Serial #12139                                            Unknown

Ford F-150 4x4 –
VIN#
1FT3W1EF3HFC77371                                        Unknown

Drill DCR20-K –
Serial # 3212144                                         Unknown

Drill DCR20-B –
2011 Furukawa Rock
Drill EDCR20 –
Serial # 3211057                                         Unknown

Chieftain 1400
Power Screen
(CR-A) – Serial #                                        Unknown
JDGE18069

DX400 Power Screen
(CR-B) – Serial #                                        Unknown
TOME688851

1100 CONE Power
Screen (CR-C) –                                          Unknown
Serial # 100648FA

Hitachi EX400 –
Serial# 1642164                                          Unknown


**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| National Quarry | Breach of Contract; | 25,000.00 | Unknown |
| Services v. First | Declaratory | | |
| Mercury Insurance | Relief; Amount | | |
| Company; | Requested reflects | | |
| 17-cv-00997; U.S. | the minimum | | |
| District Court for | jurisdictional | | |
| the Middle | threshold but | | |
| District of North | damages and other | | |
| Carolina | recoveries are | | |
| | expected to be | | |
| | higher | | |

National Quarry          Negligence;          25,000.00      Unknown
Services, Inc. v.        Negligent
Barry D. Zimmerman;      Misrepresentation;
 18 CVS 2878            Other; Amount
Forsyth County           Requested reflects
Superior Court           the minimum
                         jurisdictional
                         threshold but
                         damages and other
                         recoveries are

Debtor 1    National Quarry Services, Inc.                                    Case number *(if known)*_____
First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

`expected to be`

`higher`

AMENDED

**Fill in this information to identify the case:**

Debtor name ___National Quarry Services, Inc.___

United States Bankruptcy Court for the: ___Middle District of North Carolina___

Case number (If known): ___20-50070___

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|

**2.1** | Creditor's name
Ally Bank Corp.

Describe debtor's property that is subject to a lien
2016 Ford F-250 - VIN#1FT7X2A67GEC66461

$ Unknown        $ Unknown

Creditor's mailing address
c/o Registered Agent
160 Mine Lake Court Suite 200, Raleigh, N

Creditor's email address, if known

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** | Creditor's name
Ally Bank Corp.

Describe debtor's property that is subject to a lien
Ford F-250  1FDBF2A61FED11868, Ford F250 1FD7X2A61GEB34534, Ford F-250 1FD7X2A64FED73283, Ford F-250 1FD7X2A61GEC76656, Ford F-250 1FD7X2A63GEC76657, Ford F-150 1FTEX1C87GFB02718, Ford F-150 1FTEX1C84GFB02708, Ford F-250 1FT7X2A68GEC21092, Ford F-250

$353,238.71        $0.00

Creditor's mailing address
c/o Registered Agent
160 Mine Lake Court Suite 200, Raleigh, N

Creditor's email address, if known

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 6,990,305.22

AMENDED

Debtor  National Quarry Services, Inc.
      Name

Case number *(if known)*  20-50070

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
CIT Bank, N.A.

**Creditor's mailing address**

c/o Registered Agent
P.O. Box 29622, Raleigh, NC 27626

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

| CIT Bank, N.A., 1st; Huntington Financial Corporation, 1st |
|---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 DCR20-H Rock Drill Serial # 3212132

$Unknown    $Unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name
Citizens One NMTC CDE Corp.

**Creditor's mailing address**

c/o Registered Agent
251 Little Falls Drive, Wilmington, DE 1980

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

| |
|---|

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Ford F-250 Super Cab 4x4 XL - VIN# 1FD7X2A68JEC21483

$39,835.83    $Unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5 Creditor's name**
First National Bank of Pennsylvania

**Creditor's mailing address**

c/o Charles N. Anderson, Jr.
P.O. Box 33550, Raleigh, NC 27636

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All of the Debtor's Business Assets, including goods, equipment, inventory, consumer goods, farm products, accessions, accounts, chattel paper, instruments, documents, general intangibles, deposit accounts, letter-of-credit rights, investment property, and all proceeds;

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$599,213.71    $ _____

---

**2.6 Creditor's name**
First-Citizens Bank & Trust Co.

**Creditor's mailing address**

c/o Registered Agent
160 Mine Lake Court, Suite 200, Raleigh, N

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Ford F-250 Super Cab 4x4 XL - VIN# 1FD7X2A67KEC70885

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$38,833.00    $ Unknown

---

| Debtor | National Quarry Services, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) 20-50070 |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7 Creditor's name**
Hitachi Capital America Corp.

**Creditor's mailing address**

7808 Creekridge Circle
Edina, MN 55439-2611

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Drill DCR20-I - Serial #12139, Drill 1500N-54444, Drill 1500M-54439

$870,874.23     $0.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.8 Creditor's name**
Huntington Financial Corporation

**Creditor's mailing address**

1750 S. Telegraph
Suite 307, Bloomfield Hills, MI 48302

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    ☒ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**
2016 DCR20-H Rock Drill Serial # 3212132

$ Unknown     $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| Debtor | National Quarry Services, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) 20-50070 |

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.9

**Creditor's name**
Pinnacle Bank

**Creditor's mailing address**

c/o Registered Agent
160 Mine Lake Court Suite 200, Raleigh, N

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

All Inventory & Accounts; Drill Rigs with the following serial numbers: 1019; 1452112; 585200; 1K09X41; 1K09X42; 1D09E23; 1K09X97; 1D09E24; 1012; 1008; 1007; 1452059; 1452050

$2,043,795.44        $_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

### 2.10

**Creditor's name**
Prime Alliance Bank, Inc.

**Creditor's mailing address**

c/o Steven Sellers
1868 S. 500 W., Woods Cross, UT 84087

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

Drill 1200-B - Serial # 1354780, Drill DCR20-J - Serial # 3212140, Drill DCR20-B - 2011 Furukawa Rock Drill EDCR20 - Serial # 3211057, Drill DCR20-K - Serial # 3212144

$1,590,432.32        $0.00

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**
Agreement you made, Judgment

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor    National Quarry Services, Inc.
          Name

Case number (if known)  20-50070

## Part 1:    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name
Signature Financial LLC

**Describe debtor's property that is subject to a lien**

Crusher 2

$258,585.77    $Unknown

Creditor's mailing address

c/o Registered Agent
2626 Glenwood Avenue, Suite 550, Raleigh

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.12** Creditor's name
Signature Financial LLC

**Describe debtor's property that is subject to a lien**

Chieftain 1400 Power Screen (CR-A) - Serial # JDGE18069

$Unknown    $Unknown

Creditor's mailing address

c/o Registered Agent
2626 Glenwood Avenue, Suite 550, Raleigh

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

AMENDED

| Debtor | National Quarry Services, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) 20-50070 |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.13** **Creditor's name**
Signature Financial LLC

**Creditor's mailing address**

c/o Registered Agent
2626 Glenwood Avenue, Suite 550, Raleigh

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
DX400 Power Screen (CR-B) - Serial # TOME688851

$ Unknown            $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14** **Creditor's name**
Summit Funding Group, Inc.

**Creditor's mailing address**

c/o Registered Agent
2626 Glenwood Avenue, Suite 550, Raleigh

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Drill 900-C - Furukawa HCR900ES II Rock Drill - Serial # 2183250

$ 357,904.46            $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| Debtor | National Quarry Services, Inc. | |
|---|---|---|
| | Name | |
| | Case number *(if known)* | 20-50070 |

## Part 1:    Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.15** Creditor's name
Terex Financial Services, Inc.

**Describe debtor's property that is subject to a lien**

Rock Crusher 1

$67,928.62          $Unknown

**Creditor's mailing address**

c/o Registered Agent
2626 Glenwood Avenue, Suite 550, Raleigh

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.16** Creditor's name
Terex Financial Services, Inc.

**Describe debtor's property that is subject to a lien**

1100 CONE Power Screen (CR-C) - Serial # 100648FA

$Unknown          $Unknown

**Creditor's mailing address**

c/o Registered Agent
2626 Glenwood Avenue, Suite 550, Raleigh

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

---

Debtor | National Quarry Services, Inc.
Name

Case number *(if known)* 20-50070

## Part 1:    Additional Page

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** Creditor's name
Vision Financial Group, Inc.

**Describe debtor's property that is subject to a lien**

Drill DM30-A - Serial # US008849

$303,565.07

$ Unknown

Creditor's mailing address

c/o Registered Agent
160 Mine Lake Court, Suite 200, Raleigh, N

Creditor's email address, if known

**Describe the lien**

Date debt was incurred _____
Last 4 digits of account number _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.18** Creditor's name
Vision Financial Group, Inc.

**Describe debtor's property that is subject to a lien**

2011 Ford F-350 -
VIN#1FDBF3A63BEA74946

$ Unknown

$ Unknown

Creditor's mailing address

c/o Registered Agent
160 Mine Lake Court, Suite 200, Raleigh, N

Creditor's email address, if known

**Describe the lien**

Date debt was incurred _____
Last 4 digits of account number _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

AMENDED

| Debtor | National Quarry Services, Inc. | Case number (if known) | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 1: Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.19** Creditor's name
Vision Financial Group, Inc.

**Creditor's mailing address**

c/o Registered Agent
160 Mine Lake Court, Suite 200, Raleigh, N

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2011 Ford F-350 -
VIN#1FDBF3A67BEC48579

$ Unknown        $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20** Creditor's name
Vision Financial Group, Inc.

**Creditor's mailing address**

c/o Registered Agent
160 Mine Lake Court, Suite 200, Raleigh, N

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2011 Ford F-350 -
VIN#1FDBF3A63BEA65583

$ Unknown        $ Unknown

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | National Quarry Services, Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | 20-50070 |

## Part 1:   Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.21** **Creditor's name**
Vision Financial Group, Inc.

**Describe debtor's property that is subject to a lien**

2009 Ford F-150 -
VIN#1FTRF14W19KC22106

$ Unknown         $ Unknown

**Creditor's mailing address**

c/o Registered Agent
160 Mine Lake Court, Suite 200, Raleigh, N

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.22** **Creditor's name**
Vision Financial Group, Inc.

**Describe debtor's property that is subject to a lien**

2009 Ford F-150 -
VIN#1FTVF12V89KC79525

$ Unknown         $ Unknown

**Creditor's mailing address**

c/o Registered Agent
160 Mine Lake Court, Suite 200, Raleigh, N

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

AMENDED

| Debtor | National Quarry Services, Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | 20-50070 |

## Part 1:    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

### 2.23

**Creditor's name**
Wells Fargo Bank, N.A.

**Creditor's mailing address**

c/o Registered Agent
2626 Glenwood Avenue, Suite 550, Raleigh

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Drill 1500-H - Serial # 1413063

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$259,416.61        $Unknown

---

### 2.24

**Creditor's name**
Wells Fargo Bank, N.A.

**Creditor's mailing address**

c/o Registered Agent
2626 Glenwood Avenue, Suite 550, Raleigh

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Drill DCR20-A - Serial # 3212065

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$156,290.76        $ Unknown

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 1:   Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.25** Creditor's name
Wells Fargo Bank, N.A.

**Creditor's mailing address**

c/o Registered Agent
2626 Glenwood Avenue, Suite 550, Raleigh

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Ford F-150 4x4 - VIN# 1FT3W1EF3HFC77371

$26,471.69    $Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.26** Creditor's name
Western Equipment Finance, Inc.

**Creditor's mailing address**

c/o Registered Agent
1709 N. 19th Street, Suite 3, Bismarck, ND

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Office Furniture (e.g., Desks, Tables, Chairs, etc.)

$23,919.00    $ Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Chiesa Shahinian & Giantomasi PC<br>c/o Robert L. Hornby<br>One Boland Drive<br>West Orange, NJ, 07052 | Line 2. 11 | _____ |
| Ellis & Winters LLP<br>c/o Charles N. Anderson, Jr., Esq.<br>4131 Parklake Avenue, Suite 400<br>Raleigh, NC, 27612 | Line 2. 5 | _____ |
| Matthew R. McBride, Esq.<br>3500 Capella Tower<br>225 S. Sixth Street<br>Minneapolis, MN, 55402 | Line 2. 7 | _____ |
| Nelson Christenson Hollingsworth & Williams<br>c/o Michael F. Christensen<br>68 S. Main Street, Suite 600<br>Salt Lake City, UT, 84101 | Line 2. 10 | _____ |
| Rob Cox, Esq.<br>Bradley Arant Boult Cummings LLP<br>214 N. Tryon Street, Suite 3700<br>Charlotte, NC, 28202 | Line 2. 3 | _____ |
| Roberson Haworth & Reese, P.L.L.C.<br>c/o Alan B. Powell<br>P.O. Box 1550<br>High Point, NC, 27261 | Line 2. 9 | _____ |
| Ward and Smith, P.A.<br>c/o Paul A. Fanning<br>P.O. Box 8088<br>Greenville, NC, 27835 | Line 2. 6 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

AMENDED

**Fill in this information to identify the case:**

Debtor    National Quarry Services, Inc.

United States Bankruptcy Court for the:   Middle District of North Carolina

Case number  20-50070
(if known)

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Alabama Dept. of Environmental Mgmt.
c/o Legal Division
P.O. Box 301463
Montgomery, AL, 36130

As of the petition filing date, the claim is: $ 0.00     $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Alabama Dept. of Labor
c/o Legal Division
649 Monroe Street, Room 1801
Montgomery, AL, 36131

As of the petition filing date, the claim is: $ 0.00     $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Alabama Dept. of Revenue
Legal Division
P.O. Box 320001
Montgomery, AL, 36132

As of the petition filing date, the claim is: $ 0.00     $ _____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor  National Quarry Services, Inc.
Name

Case number *(if known)*  20-50070

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.4**  Priority creditor's name and mailing address

Alabama Dept. of Transportation
c/o Legal Division
P.O. Box 303050
Montgomery, AL, 36130

$ 0.00                    $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5**  Priority creditor's name and mailing address

City of Winston-Salem Revenue Division
P.O. Box 2511
Winston Salem, NC, 27102

$ 0.00                    $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6**  Priority creditor's name and mailing address

Commonwealth of Kentucky
Div. of Mine Reclamation & Enforcement
300 Sower Blvd, 2nd Floor
Frankfort, KY, 40601

$ 0.00                    $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7**  Priority creditor's name and mailing address

Commonwealth of Pennsylvania Bureau of
Mining Programs
Rachel Carson State Office Building
PO Box 8461
Harrisburg, PA, 17105

$ 0.00                    $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

AMENDED

| Debtor | National Quarry Services, Inc. | | Case number *(if known)* 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8  Priority creditor's name and mailing address**

Commonwealth of Virginia Department of Labor
& Industry
Main Street Center
600 E. Main Street, Suite 207
Richmond, VA, 23219

Total claim: $ 0.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.9  Priority creditor's name and mailing address**

Commonwealth of Virginia Department of Labor
and Revenue
Boiler Safety Compliance Program
600 E. Main Street, Suite 207
Richmond, VA, 23219

Total claim: $ 40.00
Priority amount: $ 40.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
9/3/2019

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10  Priority creditor's name and mailing address**

Commonwealth of Virginia Dept. of Taxation
Bankruptcy Unit
P.O. Box 2156
Richmond, VA, 23218

Total claim: $ 91,719.29
Priority amount: $ 91,719.29

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
1/1/2019 - 12/31/2019

**Last 4 digits of account number**  8515

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11  Priority creditor's name and mailing address**

Davidson County Tax Collector
PO Box 1577
Lexington, NC, 27293

Total claim: $ 0.00
Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2. 12  Priority creditor's name and mailing address**

Forsyth County Tax Collector
P.O. Box 82

Winston Salem, NC, 27102

Total claim: $ 6,885.69    Priority amount: $ 6,885.69

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
7/29/19

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 13  Priority creditor's name and mailing address**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101-7346

Total claim: $ 1,232,168.48    Priority amount: $ 1,232,168.48

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
12/31/2016-6/30/2019

**Last 4 digits of account number** 8515

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 14  Priority creditor's name and mailing address**

Kentucky Dept. of Labor
c/o Legal Division
500 Mero Street, 3rd Floor
Frankfort, KY, 40601

Total claim: $ 0.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2. 15  Priority creditor's name and mailing address**

Kentucky Dept. of Revenue
Legal Branch - Bankruptcy Division
P.O. Box 5222
Frankfort, KY, 40602

Total claim: $ 0.00    Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2.16  Priority creditor's name and mailing address

Kentucky Office of Attorney General
c/o Bankruptcy Division
700 Capital Avenue, Suite 118
Frankfort, KY, 40601

**Total claim** $ 0.00    **Priority amount** $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

### 2.17  Priority creditor's name and mailing address

Kentucky Transportation Cabinet
c/o Legal Division
200 Mero Street
Frankfort, KY, 40622

**Total claim** $ 0.00    **Priority amount** $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

### 2.18  Priority creditor's name and mailing address

Mine Safety & Health Administration
201 12th Street S
Suite 401
Arlington, VA, 22202

**Total claim** $ 63,608.00    **Priority amount** $ 63,608.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
5/24/18 - Present

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

### 2.19  Priority creditor's name and mailing address

N.C. Dept of Labor
1101 Mail Service Center
Raleigh, NC, 27699-1100

**Total claim** $ 0.00    **Priority amount** $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

AMENDED

| Debtor | National Quarry Services, Inc. | | |
|---|---|---|---|
| | Name | | Case number *(if known)* 20-50070 |

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim** | **Priority amount**

---

**2.20 Priority creditor's name and mailing address**

N.C. Dept. of Employment Security
c/o Bankruptcy Division
PO Box 25903
Raleigh, NC, 27611

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☑ No
☐ Yes

---

**2.21 Priority creditor's name and mailing address**

N.C. Division of Motor Vehicles
Fiscal Section
P.O. Box 29615
Raleigh, NC, 27626-0615

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☑ No
☐ Yes

---

**2.22 Priority creditor's name and mailing address**

N.C. Secretary of State
PO Box 29622
Raleigh, NC, 27626-0622

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☑ No
☐ Yes

---

**2.23 Priority creditor's name and mailing address**

N.C. State Highway Patrol
4702 Mail Service Center
Raleigh, NC, 27699-4700

$ 0.00                    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

☑ No
☐ Yes

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24  Priority creditor's name and mailing address**

North Carolina Department of Child Support
P.O. Box 900012
Raleigh, NC, 27675-9012

$ 0.00                                           $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.25  Priority creditor's name and mailing address**

North Carolina Department of Commerce
301 N Wilmington St
Raleigh, NC, 27601

$ 0.00                                           $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.26  Priority creditor's name and mailing address**

North Carolina Department of Revenue
P.O. Box 871
Raleigh, NC, 27602

$ 30,543.12                                     $ 30,543.12

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
1/1/2017-7/19/2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.27  Priority creditor's name and mailing address**

North Carolina Dept. of Transportation
Oversize/Overweight Permit Unit
1425 Rock Quarry Road, Suite 109
Raleigh, NC, 27610

$ 33.00                                         $ 33.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
5/3/19

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Debtor __National Quarry Services, Inc._____
        Name

Case number *(if known)* __20-50070__

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.28** **Priority creditor's name and mailing address**

North Carolina Licensing Board
for General Contractors
5400 Creedmoor Rd.
Raleigh, NC, 27612

Total claim: $ 0.00
Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.29** **Priority creditor's name and mailing address**

S.C. Dept. of Health & Environmental Control
c/o Legal Division
2600 Bull Street
Columbia, SC, 29201

Total claim: $ 0.00
Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.30** **Priority creditor's name and mailing address**

South Carolina Child Support
P.O. Box 1469
Columbus, SC, 29202-1469

Total claim: $ 0.00
Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.31** **Priority creditor's name and mailing address**

South Carolina Department of Revenue
c/o Bankruptcy Department, Office of General Counsel
P.O. Box 12265
Columbia, SC, 29211

Total claim: $ 196,775.20
Priority amount: $ 196,775.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
1/1/2018--9/20/2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 1574

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

| Debtor | National Quarry Services, Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | 20-50070 |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.32  Priority creditor's name and mailing address**

South Carolina Department of Transportation
955 Park Street
P.O. Box 191
Columbia, SC, 29201-3959

$ 0.00                    $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.33  Priority creditor's name and mailing address**

South Carolina Dept. of Employment & Workforce
c/o Legal Division
P.O. Box 995
Columbia, SC, 29202

$ 0.00                    $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.34  Priority creditor's name and mailing address**

South Carolina Office of Attorney General
c/o Bankruptcy Division
P.O. Box 11549
Columbia, SC, 29211

$ 0.00                    $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.35  Priority creditor's name and mailing address**

South Carolina Office of State Fire Marshal
141 Monticello Trail
Columbia, SC, 29203

$ 0.00                    $

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  National Quarry Services, Inc.
        Name

Case number *(if known)* 20-50070

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

### 2.36  Priority creditor's name and mailing address

Tennessee Attorney General's Office
c/o Bankruptcy Division
P.O. Box 20207
Nashville, TN, 37202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00    $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

### 2.37  Priority creditor's name and mailing address

Tennessee Department of Commerce & Insurance
c/o Tennessee Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN, 37202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00    $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

### 2.38  Priority creditor's name and mailing address

Tennessee Department of Revenue
c/o Legal Division
500 Deaderick Street
Nashville, TN, 37242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00    $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

### 2.39  Priority creditor's name and mailing address

Tennessee Dept. of Environment & Conservation
c/o Legal Division
312 Rosa L. Parks Ave.
Nashville, TN, 37243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 0.00    $

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 1.  Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.40  Priority creditor's name and mailing address**

Tennessee Dept. of Labor & Workforce
Development
220 French Landing Drive
Nashville, TN, 37243

$3,266.91          $3,266.91

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
1/1/2019-12/31/2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  4294

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.41  Priority creditor's name and mailing address**

Tennessee Dept. of Transportation
c/o Legal Division
505 Deaderick Street, Suite 700
Nashville, TN, 37243-0349

$0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.42  Priority creditor's name and mailing address**

Virginia Dept. of Environmental Quality
c/o Legal Division
P.O. Box 1105
Richmond, VA, 23218

$0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.43  Priority creditor's name and mailing address**

Virginia Dept. of Transportation
c/o Legal Division
1401 E. Broad Street
Richmond, VA, 23219

$0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor  National Quarry Services, Inc.
_____
Name

Case number (*if known*)  20-50070

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| Total claim | Priority amount |
|---|---|

---

**2.44  Priority creditor's name and mailing address**

Virginia Office of Attorney General
c/o Bankruptcy Division
202 N. Ninth Street
Richmond, VA, 23219

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.45  Priority creditor's name and mailing address**

W.V. Dept. of Environmental Protection
c/o Legal Division
601 57th Street SE
Charleston, WV, 25304

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.46  Priority creditor's name and mailing address**

West Virginia Dept. of Transportation
c/o Legal Division
1900 Kanawha Blvd. E., Bldg. 5
Charleston, WV, 25305

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.47  Priority creditor's name and mailing address**

West Virginia Office of Attorney General
c/o Bankruptcy Division
State Capitol Complex, Bldg 1 Rm E-26
Charleston, WV, 25305

$ 0.00    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

Taxes & Other Government Units

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

Debtor _National Quarry Services, Inc._____
Name

Case number (if known) __20-50070__

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.48** Priority creditor's name and mailing address
West Virginia State Tax Department
c/o Legal Division
P.O. Box 766
Charleston, WV, 25323

Total claim: $30,789.80    Priority amount: $30,789.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
7/31/2017-Present

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** 7174

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.49** Priority creditor's name and mailing address
Wilkes County Tax Administration
P.O. Box 63029
Charlotte, NC, 28263

Total claim: $739.02    Priority amount: $739.02

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
7/31/18

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.50** Priority creditor's name and mailing address
WorkForce West Virginia, Unemployment
Compensation Division
c/o Scott Adkins
P.O. Box 2633
Charleston, WV, 25329

Total claim: $18,489.67    Priority amount: $18,489.67

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
1/1/2019-12/31/2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.** Priority creditor's name and mailing address

Total claim: $    Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

AMENDED

| Debtor | National Quarry Services, Inc. | | Case number (*if known*)   20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
101 Alternator Starter Exchange
2712 Old Woodruff Road
Greer, SC, 29651

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
425 Manufacturing, Inc.
c/o Timothy J. Leake
P.O. Box 1389
Rockford, IL, 61105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 10,018.14

Date or dates debt was incurred   9/26/19

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
5 Star Auto Spa & Repair
555 Adams Drive
Winchester, VA, 22601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
A-1 Clean
92 Dumpling Drive
Martinsburg, WV, 25401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Services

$ 441.00

Date or dates debt was incurred   7/29/19

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
AAA-K.W.D. Lock & Key and Security, Inc.
c/o Kenneth Dalton
934 36th Avenue NW
Hickory, NC, 28601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
AAP Financial Services, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 815.76

Date or dates debt was incurred   2/28/19

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | National Quarry Services, Inc. | Case number _(if known)_ 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Adkins Truck Equipment Co.
c/o Eddie Adkins, Jr.
P.O. Box 1515
Huntersville, NC, 28070

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.8** Nonpriority creditor's name and mailing address

Advanced Tech Systems, Inc.
c/o Frederick A. Beck, II
2606 Phoenix Drive, Suite 300
Greensboro, NC, 27406

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,000.00

**3.9** Nonpriority creditor's name and mailing address

Advanced Technologies
P.O. Box 1341
Welcome, NC, 27374

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.10** Nonpriority creditor's name and mailing address

Advanced Thermal Products, Inc.
17365 Daimler Street
Irvine, CA, 92614

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.11** Nonpriority creditor's name and mailing address

Advantage Truck Parts
3880 Jeff Adams Drive
Charlotte, NC, 28206

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Debtor    National Quarry Services, Inc.
          Name
                                              Case number *(if known)*  20-50070

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12    **Nonpriority creditor's name and mailing address**

AFP Industries, Inc.
P.O. Box 490

Chesterfield, VA, 23832

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 13    **Nonpriority creditor's name and mailing address**

Afton Service Center
10921 Rockfish Valley Highway
Afton, VA, 22920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 14    **Nonpriority creditor's name and mailing address**

AgriSupply Company
409 U.S. Hwy. 70 East

Garner, NC, 27529

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 15    **Nonpriority creditor's name and mailing address**

Airgas USA, LLC
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 682.04

Date or dates debt was incurred    5/31/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 16    **Nonpriority creditor's name and mailing address**

Alban CAT Power Systems
6387 Old Washington Road
Elkridge, MD, 21075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 113.11

Date or dates debt was incurred    6/20/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 17   **Nonpriority creditor's name and mailing address**

Albemarle Landscapes
4212 Ivy Lane
Kitty Hawk, NC, 27949

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 18   **Nonpriority creditor's name and mailing address**

Alderman's Repair Shop
927 E. Webb Avenue
Burlington, NC, 27217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 19   **Nonpriority creditor's name and mailing address**

All Floors Cleaners
c/o Jeff Blunt
1421 Vestal Road
Rural Hall, NC, 27045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 20   **Nonpriority creditor's name and mailing address**

All In One Service Plumbing
1140 Nature Lane

Walnut Cove, NC, 27052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 21   **Nonpriority creditor's name and mailing address**

Allen Services, Inc.
1465 Plaza South Drive
Suite C
Kernersville, NC, 27284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22 **Nonpriority creditor's name and mailing address**

Allied Bearings & Supply, Inc.
c/o William B. Clark
PO Box 6417
Statesville, NC, 28687

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,752.51

Date or dates debt was incurred      10/8/19

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 23 **Nonpriority creditor's name and mailing address**

Allied Electronics, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,568.77

Date or dates debt was incurred      9/17/19

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 24 **Nonpriority creditor's name and mailing address**

Ally Bank Corp.
c/o Registered Agent
160 Mine Lake Court Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 25 **Nonpriority creditor's name and mailing address**

Amazon.com Services, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.** 26 **Nonpriority creditor's name and mailing address**

American Airlines, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27  Nonpriority creditor's name and mailing address**

American Boiler Inspection Service, Inc.
c/o Richard M. Anderson
12800 Saddleseat Place
Richmond, VA, 23233

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 3,800.00

Date or dates debt was incurred  7/30/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.28  Nonpriority creditor's name and mailing address**

American Equipment Leasing, Inc.
c/o Michael A. Cantarella
120 Halton Road, Suite 10
Greenville, SC, 29607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.29  Nonpriority creditor's name and mailing address**

American Express Co.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.30  Nonpriority creditor's name and mailing address**

American Hose & Hardware, Inc.
4987 GA Hwy 85

Forest Park, GA, 30297

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.31  Nonpriority creditor's name and mailing address**

American Mining Insurance Company
c/o Chandler F. Cox, Jr.
P.O. Box 660847
Birmingham, AL, 35266

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

American National Bank & Trust Co.
c/o Registered Agent
173 Main Street
Yanceyville, NC, 27379

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Commercial Guaranty

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 714,184.98

---

**3.33** Nonpriority creditor's name and mailing address

American National Bank & Trust Co.
c/o Registered Agent
173 Main Street
Yanceyville, NC, 27379

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Commercial Guaranty

Is the claim subject to offset?
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 49,460.60

---

**3.34** Nonpriority creditor's name and mailing address

Anthony's Mobile Weld
1507 Pine Drive
Suite L3
Atlanta, GA, 30349

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.35** Nonpriority creditor's name and mailing address

Anthony's Truck Repair
14460 Midland Trail West
Crawley, WV, 24931

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    5/8/19

Last 4 digits of account number _____

$ 5,101.67

---

**3.36** Nonpriority creditor's name and mailing address

Applied Industrial Technologies, Inc.
c/o Registered Agent
212 S. Tryon St., Suite 1000
Charlotte, NC, 28281

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
✓ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Appomattox Glass & Storefront, Inc.
c/o Ronald K. Martin
P.O. Box 840
Appomattox, VA, 24522

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.38** Nonpriority creditor's name and mailing address

Ashe County Ford, Inc.
c/o Thomas J. Dollar
P.O. Box 66
West Jefferson, NC, 28694

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.39** Nonpriority creditor's name and mailing address

Ashe Tire Dealers
1991 NC Hwy 88 W
West Jefferson, NC, 28694

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.40** Nonpriority creditor's name and mailing address

Asheville Bit & Steel Company
c/o James V. Stafford
111 Edgewood Road S
Asheville, NC, 28803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.41** Nonpriority creditor's name and mailing address

ASI Rock Drill, Inc.
c/o Herman Douglas Haggerty
389 Summit Ridge Road
Daleville, VA, 24083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 10,413.76

Date or dates debt was incurred    11/1/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42  Nonpriority creditor's name and mailing address**

Asset Sales, Inc.
301 Post Office Drive
Suite C
Indian Trail, NC, 28079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.43  Nonpriority creditor's name and mailing address**

AT&T Corp.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.44  Nonpriority creditor's name and mailing address**

Atkinsons' Discount Auto Parts
3605 Evans Mill Road
Pageland, SC, 29728

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.45  Nonpriority creditor's name and mailing address**

Atlantic Equipment Finance LLC
11047 Leadbetter Road

Ashland, VA, 23005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.46  Nonpriority creditor's name and mailing address**

Atlantic Hydraulics Services LLC
c/o Tiffany Lyn Roberts
5225 Womack Road
Sanford, NC, 27330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Date or dates debt was incurred**  10/31/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,941.13

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

Austin Powder Co.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 325,000.00

Date or dates debt was incurred    9/27/19

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

Auto Glass by Pfaff's
P.O. Box 30099
Winston Salem, NC, 27130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

Auto Glass Experts
2517 Cypress Way
Middletown, VA, 22645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

Auto Glass Now
1991 Healy Drive
Winston Salem, NC, 27103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

Ballengers Service Center, L.L.C.
1627 Berryville Pike
Winchester, VA, 22603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | National Quarry Services, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 20-50070 |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Bank of America Corporation
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.53** Nonpriority creditor's name and mailing address

Batteries Plus, LLC
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.54** Nonpriority creditor's name and mailing address

Battery Mart
1 Battery Drive
Winchester, VA, 22601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.55** Nonpriority creditor's name and mailing address

Batton & Co.
3708 Dewsbury Road
Winston Salem, NC, 27104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.56** Nonpriority creditor's name and mailing address

Bee Line Transport Inc.
c/o Kevin D. Jones
155 Airport Drive
Lynchburg, VA, 24502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
| | Name | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.57** Nonpriority creditor's name and mailing address

Benfield Sanitation Services, Inc.
c/o Jeffrey W. Benfield
282 Scotts Creek Road
Statesville, NC, 28625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 236.70

Date or dates debt was incurred    11/1/19

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

Bentley Systems, Inc.
685 Stockton Drive
Exton, PA, 19341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Bill's Service Center
253 West King Street
Strasburg, VA, 22857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Bill's Truck Stop
1210 Snider Kines Road
Linwood, NC, 27299

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

Bishop Tire & Auto Service, LLC
2103 Charles Raper Jonas Hwy

Mount Holly, NC, 28120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 62 Nonpriority creditor's name and mailing address**

Bivens Alternators & Starters, Inc.
2 Raleigh Road
Lexington, NC, 27292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3. 63 Nonpriority creditor's name and mailing address**

Blackburn Consulting, LLC
4182 Clemmons Road
#167
Clemmons, NC, 27012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3. 64 Nonpriority creditor's name and mailing address**

Blakley Farm & Landscape Services, Inc.
c/o James V. Blakley
274 Baity Road
Mocksville, NC, 27028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 11/1/19

Last 4 digits of account number _____

$ 5,956.74

---

**3. 65 Nonpriority creditor's name and mailing address**

Blanchard Machinery Co.
c/o Kimberly Gill Colon
3151 Charleston Hwy.
West Columbia, SC, 29172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 1/1/2019

Last 4 digits of account number _____

$ 109.61

---

**3. 66 Nonpriority creditor's name and mailing address**

Blasters Tool & Supply Co., Inc.
c/o Registered Agent
306 W. Main Street, Suite 512
Frankfort, KY, 40601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 9/12/19

Last 4 digits of account number _____

$ 644.74

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.67** | **Nonpriority creditor's name and mailing address**

Blue Beacon International, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

Blue Cross and Blue Shield of North Carolina
c/o Danielle C. Gray
4615 University Drive
Durham, NC, 27707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Health Insurance

**$ 36,826.22**

Date or dates debt was incurred _1/1/2019_

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**

BMC Rock, Inc.
301 Sunrise Lane
Charlotte Court House, VA, 23923

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

BMR Group
PO Box 93
Wolflake, IN, 46796

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**

Bob Alphin & Sons, Inc.
541 Oaklawn Road
Winston Salem, NC, 27107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  National Quarry Services, Inc.
Name

Case number *(if known)*  20-50070

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Brian Omps Towing & Repair
240 Tyson Drive
Winchester, VA, 22603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.73** Nonpriority creditor's name and mailing address

Broadway Water Association, Inc.
2056 Statesville Road

North Wilkesboro, NC, 28659

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.74** Nonpriority creditor's name and mailing address

Browz Group LLC
P.O. Box 123485
Dallas, TX, 73512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.75** Nonpriority creditor's name and mailing address

Brunner & Lay, Inc.
c/o Connie Byrd
90 Reeds Way
Flat Rock, NC, 28731

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 21,526.26

Date or dates debt was incurred    11/4/19

Last 4 digits of account number _____

---

**3.76** Nonpriority creditor's name and mailing address

Bryan S. Blakley
2267 Winterberry Drive
Winston Salem, NC, 27106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

Bryant's Truck & Trailer Repair
310 Kapp Street
Winston Salem, NC, 27105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.78** Nonpriority creditor's name and mailing address

Buck Horn Pumps
PO Box 1465
Stephenville, TX, 76401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.79** Nonpriority creditor's name and mailing address

Bud Crawford
596 Mountain Acres Circle
New Castle, VA, 24127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.80** Nonpriority creditor's name and mailing address

Bud's Tire LLC
2730 Pageland Hwy
Lancaster, SC, 29720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.81** Nonpriority creditor's name and mailing address

Budget Blinds
2437 W. Clemmonsville Road
Winston Salem, NC, 27127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Buettner Tire Distributors
1908 S. Loudoun Street
Winchester, VA, 22601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.83** Nonpriority creditor's name and mailing address

Bugg & Wolf, P.A.
c/o William J. Wolf
P.O. Box 2917
Durham, NC, 27705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 5,278.77

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   4/25/19

Last 4 digits of account number _____

**3.84** Nonpriority creditor's name and mailing address

Bureau for Child Support
P.O. Box 247
Charleston, WV, 25321

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.85** Nonpriority creditor's name and mailing address

C&P Off Road Specialists & Auto Repair, LLC
c/o Paul J. Norton
6805 Saint Paul Drive
Haymarket, VA, 20169

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.86** Nonpriority creditor's name and mailing address

C&S Machine Works
157 E. Depot Street
Mocksville, NC, 27028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  National Quarry Services, Inc.
Name

Case number *(if known)* 20-50070

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87**  Nonpriority creditor's name and mailing address

C&T Truck and Auto Repair
944 N. Liberty Street
Winston Salem, NC, 27101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.88**  Nonpriority creditor's name and mailing address

C. Adam Toney Discount Tires, Inc.
c/o Charles A. Toney
2009 E. Main Street
Oak Hill, WV, 25901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.89**  Nonpriority creditor's name and mailing address

Cain & Company, Inc.
332 Aspen Lane
Lexington, NC, 27295

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.90**  Nonpriority creditor's name and mailing address

Camden Tire
1109 Wylie Street
Camden, SC, 29020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.91**  Nonpriority creditor's name and mailing address

Campbell Equipment, Inc.
16640 James Madison Hwy
Palmyra, VA, 22963

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 31 of 155

| Debtor | National Quarry Services, Inc. | | Case number *(if known)* 20-50070 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.92** Nonpriority creditor's name and mailing address

Campbell Paint & Body, Inc.
161 Vernie Phillips Road
Bear Creek, NC, 27207

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.93** Nonpriority creditor's name and mailing address

Campbell-Brown
3814 N. Graham Street
Charlotte, NC, 26685

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.94** Nonpriority creditor's name and mailing address

Candler Oil Company
200 Durham Street
Lynchburg, VA, 24501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.95** Nonpriority creditor's name and mailing address

Capital Ford, Inc.
PO Box 71083
Charlotte, NC, 28272

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.96** Nonpriority creditor's name and mailing address

Capital One Agency Corporation
c/o Registered Agent
327 Hillsborough Street
Raleigh, NC, 27603

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** Nonpriority creditor's name and mailing address

Cardinal Rubber & Seal, Inc.
1545 Brownlee Avenue SE

Roanoke, VA, 24014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address

Cardinal Rubber Company
939 Wooster Road N
Barberton, OH, 44203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address

Carolane Propane Gas, Inc.
339 S. Main Street
Lexington, NC, 27292

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 2,193.00

Date or dates debt was incurred  11/22/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address

Carolina CAT
9000 Statesville Road
Charlotte, NC, 28269

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 623.36

Date or dates debt was incurred  9/26/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.101** Nonpriority creditor's name and mailing address

Carolina Diesel Service of Charlotte, Inc.
c/o Bobby W. Long
3620 N. Tryon Street
Charlotte, NC, 28206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

AMENDED

| Debtor | National Quarry Services, Inc. | | Case number *(if known)* 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102**  Nonpriority creditor's name and mailing address

Carolina Hydraulics, Inc.
PO Box 367
Kernersville, NC, 27285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.103**  Nonpriority creditor's name and mailing address

Carolina Landscape Supply
3809 S. New Hope Road
Gastonia, NC, 28056

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.104**  Nonpriority creditor's name and mailing address

Carolina Motors
720 National Hwy
Thomasville, NC, 27360

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.105**  Nonpriority creditor's name and mailing address

Carolina Powertrain
4701 Statesville Road
Charlotte, NC, 28269

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.106**  Nonpriority creditor's name and mailing address

Carolina Rubber & Specialties, Inc.
4301 Idlewild Industrial Drive
Winston Salem, NC, 27105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

| Debtor | National Quarry Services, Inc. | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* 20-50070 |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 107** Nonpriority creditor's name and mailing address

Carolina Thunderbirds
PO Box 1781
Winston Salem, NC, 27102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 108** Nonpriority creditor's name and mailing address

Carolina Tractor & Equipment Company
c/o Edward I Weisiger
P.O. Box 1095
Charlotte, NC, 28201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 5/22/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,099.59

---

**3. 109** Nonpriority creditor's name and mailing address

Carter Lumber Transport, LLC
601 Tallmadge Road
#7331
Kent, OH, 44240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 110** Nonpriority creditor's name and mailing address

Carter Machinery Co., Inc.
c/o G Franklin Flippin
10 Franklin Road SE, Suite 800
Roanoke, VA, 24011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 9/19/18

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80,873.87

---

**3. 111** Nonpriority creditor's name and mailing address

Catawba Tire Company
609 S. Main Street
Lancaster, SC, 29720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 112  **Nonpriority creditor's name and mailing address**

Caterpillar Financial Services Corporation
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Credit Card Debt

$ 41,716.41

Date or dates debt was incurred  7/10/13

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 113  **Nonpriority creditor's name and mailing address**

Cavalier Hose VA
2461 Bellwood Road
Richmond, VA, 23237

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 114  **Nonpriority creditor's name and mailing address**

Cecil I. Walker Machinery Co.
29773 Network Place
Chicago, IL, 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 115  **Nonpriority creditor's name and mailing address**

Cedar Lane Supply, Inc.
c/o Eddie R. Johnson
221 W. McGregor Street
Pageland, SC, 29728

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 91.85

Date or dates debt was incurred  11/4/19

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** 116  **Nonpriority creditor's name and mailing address**

Cellular Sales of North Carolina
2885 Reynolda Road
Winston Salem, NC, 27106

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __National Quarry Services, Inc._____  Case number _(if known)_ __20-50070__
     Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 117   Nonpriority creditor's name and mailing address

Cenerg Global Tools
411 27th Street

Dunbar, WV, 25064

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 21,570.61

Date or dates debt was incurred    10/27/18

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 118   Nonpriority creditor's name and mailing address

Charlotte-Mecklenburg Fire Marshal
700 N. Tryon Street
Charlotte, NC, 28202

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 119   Nonpriority creditor's name and mailing address

Charter Communications (NC), LLC
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 120   Nonpriority creditor's name and mailing address

Chase Manhattan Capital Finance Corporation
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 121   Nonpriority creditor's name and mailing address

Chesterfield Fire & EMS Division
PO Box 40
Chesterfield, VA, 23832

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address

Choice Hotels International, Inc.
c/o Registered Agent
327 Hillsborough Street
Raleigh, NC, 27603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.123** Nonpriority creditor's name and mailing address

Cintas Corporate Services, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 10/23/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
☐ Yes

$ 7,229.11

---

**3.124** Nonpriority creditor's name and mailing address

Citizens One NMTC CDE Corp.
c/o Registered Agent
251 Little Falls Drive
Wilmington, DE, 19808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Date or dates debt was incurred** 11/30/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
☐ Yes

$ 890.79

---

**3.125** Nonpriority creditor's name and mailing address

City of Burlington
215 S. Church Street
Burlington, NC, 27215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.126** Nonpriority creditor's name and mailing address

City of Charlotte Fire Marshal's Office
500 Dalton Avenue
Charlotte, NC, 28206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
☐ Yes

$ 0.00

---

Debtor  National Quarry Services, Inc.

Name

Case number (if known) 20-50070

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127** Nonpriority creditor's name and mailing address

City of Creedmoor
PO Box 765
Creedmoor, NC, 27555

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.128** Nonpriority creditor's name and mailing address

City of Danville
297 Bridge Street

Danville, VA, 24541

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.129** Nonpriority creditor's name and mailing address

City of Greensboro
1512 N. Church Street
Greensboro, NC, 27405

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.130** Nonpriority creditor's name and mailing address

City of Greenville
206 S. Main Street
Greenville, SC, 29601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.131** Nonpriority creditor's name and mailing address

City of Kannapolis
401 Laureate Way
Kannapolis, NC, 28081

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.132**  Nonpriority creditor's name and mailing address

City of Raleigh
Office of the Fire Marshal
310 W. Martin St., Suite 200
Raleigh, NC, 27601

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.133**  Nonpriority creditor's name and mailing address

City Service
204 S. Main Street
Jefferson, SC, 29718

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.134**  Nonpriority creditor's name and mailing address

Clark Sign Corporation
11530 N. Main Street
High Point, NC, 27263

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.135**  Nonpriority creditor's name and mailing address

Clean Burn Services, Inc.
c/o Marc W.  Ingersoll
1590 Westbrook Plaza Drive, Suite 203
Winston Salem, NC, 27103

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.136**  Nonpriority creditor's name and mailing address

Clean Green
928 Harvest Street
Durham, NC, 27704

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

| Debtor | National Quarry Services, Inc. | | Case number *(if known)* 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** Nonpriority creditor's name and mailing address

Cline Hose & Hydraulic
155 Verdin Road
Greenville, SC, 29607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138** Nonpriority creditor's name and mailing address

Clint's Auto Parts, Inc.
229 E. L. Myers Road
Lexington, NC, 27292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139** Nonpriority creditor's name and mailing address

Cole Truck Parts
10769 Riverside Drive
Oakwood, VA, 24631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140** Nonpriority creditor's name and mailing address

Colliflower, Inc.
c/o Hunter Cochrane
910 St. Georges Road
Baltimore, MD, 21210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 10,127.71**

Date or dates debt was incurred _10/2/19_

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141** Nonpriority creditor's name and mailing address

Colonial Ford Truck Sales, Inc.
c/o George R. Barkley, Jr.
1833 Commerce Road
Richmond, VA, 23224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.142 Nonpriority creditor's name and mailing address**

Colonial Materials, Inc.
150 Triangle Trade Drive
Cary, NC, 27513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.143 Nonpriority creditor's name and mailing address**

Colors Edge
320 Cassell Street
Winston Salem, NC, 27107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.144 Nonpriority creditor's name and mailing address**

Combs Wrecker Service
2312 Harrison Street
Winchester, VA, 22601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.145 Nonpriority creditor's name and mailing address**

Commercial Fire Extinguishers, Inc.
313 Paris Road
Dallas, GA, 30132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.146 Nonpriority creditor's name and mailing address**

Commercial Fyr-Fyters, Inc.
c/o David L. Harrison
81 Dye Plant Road
Martinsville, VA, 24112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,951.60

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** Nonpriority creditor's name and mailing address

Computer Guys of CNS, Inc.
c/o Elizabeth Wellman
5244 U.S. Highway 158
Advance, NC, 27006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    10/1/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 196.06

---

**3.148** Nonpriority creditor's name and mailing address

Concorde, Inc.
701 Market Street
Suite 3400
Philadelphia, PA, 19106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.149** Nonpriority creditor's name and mailing address

Connector 2000 Association
P.O. Box 408
Piedmont, SC, 29673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.150** Nonpriority creditor's name and mailing address

Conner Gwyn Schenck PLLC
306 E. Market Street, Suite One
Greensboro, NC, 27401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.151** Nonpriority creditor's name and mailing address

Consolidated Truck Parts
PO Box 697
Rockwell, NC, 28138

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 152  **Nonpriority creditor's name and mailing address**

Construction Data Company
2001 9th Ave, 2nd Floor
Vero Beach, FL, 32960

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 153  **Nonpriority creditor's name and mailing address**

CORE Lentz Moving Services
6300 Clementine Drive
Clemmons, NC, 27012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

**3.** 154  **Nonpriority creditor's name and mailing address**

Corporate Benefits, Inc.
P.O. Box 11937
Charlotte, NC, 28220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,321.33

**Date or dates debt was incurred** 12/1/19
**Last 4 digits of account number** _____

---

**3.** 155  **Nonpriority creditor's name and mailing address**

Corporate Lodging Consultants, Inc.
c/o Margot Wiens
8111 E. 32nd Street N
Wichita, KS, 67226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,825.06

**Date or dates debt was incurred** 12/4/19
**Last 4 digits of account number** _____

---

**3.** 156  **Nonpriority creditor's name and mailing address**

Costco Membership Services
PO Box 34783
Seattle, WA, 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
| | Name | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3. 157   Nonpriority creditor's name and mailing address**

Couch Oil Company
PO Box 2753
Durham, NC, 27715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3. 158   Nonpriority creditor's name and mailing address**

County of Roanoke
5925 Cove Road
Roanoke, VA, 24019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3. 159   Nonpriority creditor's name and mailing address**

Cox Door Company
3809 Gribble Road
Indian Trail, NC, 28079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3. 160   Nonpriority creditor's name and mailing address**

CPDO
510 S. Jefferson Ave.

Cookeville, TN, 38501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3. 161   Nonpriority creditor's name and mailing address**

Craige Jenkins Liipfert & Walker LLP
110 Oakwood Drive
Suite 300
Winston Salem, NC, 27103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

Creative of Greensboro, Inc.
c/o Carol B. Meredith
401 Smith Edwards Road
Kernersville, NC, 27284

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.163** **Nonpriority creditor's name and mailing address**

Cross Company
c/o Crystal Venable
4400 Piedmont Parkway
Greensboro, NC, 27410

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,002.13

**Date or dates debt was incurred** 9/24/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.164** **Nonpriority creditor's name and mailing address**

Crowder Supply
8495 Roslyn Street
Commerce City, CO, 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.165** **Nonpriority creditor's name and mailing address**

Cruco Mill & Industrial Supply LLC
111 McNeill Road
Sanford, NC, 27330

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.166** **Nonpriority creditor's name and mailing address**

Crum & Forster
2801 Slater Rd.
Suite 220
Morrisville, NC, 27560

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

$ 20,463.95

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 167 **Nonpriority creditor's name and mailing address**

Crum & Forster Insurance Brokers, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 168 **Nonpriority creditor's name and mailing address**

Crump's Service Shop
120 E. McGregor Street
Pageland, SC, 29728

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 169 **Nonpriority creditor's name and mailing address**

CSVUCA
PO Box 7521
Roanoke, VA, 24019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 170 **Nonpriority creditor's name and mailing address**

Cummins Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 1/23/19

**Last 4 digits of account number** _____

$ 10,000.00

---

**3.** 171 **Nonpriority creditor's name and mailing address**

Custom Hydraulics & Design
3822 Statesville Avenue
Charlotte, NC, 28206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

Debtor    National Quarry Services, Inc.
_____
Name

Case number *(if known)*   20-50070

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 172   **Nonpriority creditor's name and mailing address**

D&S Trucking & Excavating
325 Pine Grove Road
Strasburg, VA, 22657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 173   **Nonpriority creditor's name and mailing address**

Daigh Company, Inc.
2393 Canton Hwy
Suite 400
Cumming, GA, 30040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 174   **Nonpriority creditor's name and mailing address**

Daniel Davis Towing & Recovery
155 Salem Creek Drive
Winston Salem, NC, 27103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 175   **Nonpriority creditor's name and mailing address**

Davidson County Fire Marshal
255 S. Main Street
Lexington, NC, 27292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  NOTICE ONLY

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 176   **Nonpriority creditor's name and mailing address**

Davis Towing
589 Chucks Drive
Duncan, SC, 29334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  National Quarry Services, Inc.
_____
Name

Case number *(if known)* 20-50070

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 177  **Nonpriority creditor's name and mailing address**

Days Inns Worldwide, Inc.
c/o Registered Agent
15720 Brixham Hill Avenue, Suite 300
Charlotte, NC, 28277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 178  **Nonpriority creditor's name and mailing address**

Dean Prevette
741 Romany Road
Charlotte, NC, 28203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 179  **Nonpriority creditor's name and mailing address**

Dean's Inc.
13609 Possum Track Road
Raleigh, NC, 27614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 180  **Nonpriority creditor's name and mailing address**

Dean's Wrecker & Auto Service
6901 Old Wake Forest Road
Raleigh, NC, 27616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 181  **Nonpriority creditor's name and mailing address**

Decatur Contain Rental Sales
5375 Marsha Avenue
Decatur, AL, 35603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | | Case number *(if known)* 20-50070 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** **182**    **Nonpriority creditor's name and mailing address**

Deductible Recovery Group
420 Rouser Road, Bldg 3
Suite 300
Coraopolis, PA, 15108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 4,350.28

**Date or dates debt was incurred**    11/8/18

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** **183**    **Nonpriority creditor's name and mailing address**

Dell USA L.P.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** **184**    **Nonpriority creditor's name and mailing address**

Digital River, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** **185**    **Nonpriority creditor's name and mailing address**

Dillard's, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.** **186**    **Nonpriority creditor's name and mailing address**

Dillon Supply Co.
PO Box 896595
Charlotte, NC, 28289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|--------|-------------------------------|-----------------------------------|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** Nonpriority creditor's name and mailing address

DirecTV, LLC
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.188** Nonpriority creditor's name and mailing address

Discover
PO Box 71084
Charlotte, NC, 28272

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.189** Nonpriority creditor's name and mailing address

Dollar Tree Stores, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.190** Nonpriority creditor's name and mailing address

Don & Sons, LLC
PO Box 325
Tobaccoville, NC, 27050

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.191** Nonpriority creditor's name and mailing address

Doss Towing LLC
c/o Heather Vogler
106 Scenic Drive
King, NC, 27021

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 192  **Nonpriority creditor's name and mailing address**

Doug Hall's Garage
1300 Old Spartanburg Road
Greer, SC, 29650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 193  **Nonpriority creditor's name and mailing address**

Doughton Blancato PLLC
c/o William A. Blancato
500 W. 4th Street, Suite 203-A
Winston Salem, NC, 27101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 194  **Nonpriority creditor's name and mailing address**

Douglas Machine Shop, Inc.
23630 S.C. Highway 9
Mount Croghan, SC, 29727

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 195  **Nonpriority creditor's name and mailing address**

Dream On 3
4311 School House Commons
Box 285
Harrisburg, NC, 28075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 196  **Nonpriority creditor's name and mailing address**

Drillers Service, Inc.
PO Box 403538
Atlanta, GA, 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 197   **Nonpriority creditor's name and mailing address**

Dryrite Pumps
1854 Stevens Road
Medford, OR, 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 198   **Nonpriority creditor's name and mailing address**

DTAC
5130 Edgefield Lane
Midlothian, TX, 76065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 199   **Nonpriority creditor's name and mailing address**

Duke Energy Carolinas, LLC
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ Unknown

---

**3.** 200   **Nonpriority creditor's name and mailing address**

Dunne Manning Stores LLC
d/b/a Zoomerz
645 Hamilton Street, Suite 500
Allentown, PA, 18101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 201   **Nonpriority creditor's name and mailing address**

Durham County Fire Marhsal
2422 Broad Street
Durham, NC, 27704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.202** **Nonpriority creditor's name and mailing address**

Durham County Fire Marshal
2322 Broad St.
Durham, NC, 27704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.203** **Nonpriority creditor's name and mailing address**

Dyno Nobel Inc.
PO Box 122643
Dallas, TX, 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.204** **Nonpriority creditor's name and mailing address**

Eagle Enterprises
214 Easley Hwy
Pelzer, SC, 29669

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.205** **Nonpriority creditor's name and mailing address**

East Coast Entertainment, Inc.
c/o Doug Daniel
512 East Blvd
Charlotte, NC, 28203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.206** **Nonpriority creditor's name and mailing address**

East West Drilling
157 Buffalo Creek Road
Mifflinburg, PA, 17844

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**AMENDED**

Debtor  National Quarry Services, Inc.
_____
Name

Case number (if known) 20-50070

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.207** Nonpriority creditor's name and mailing address

Eastern Hydraulic & Power Transmission
208 S. Lodge Street
Wilson, NC, 27893

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,010.07

Date or dates debt was incurred   9/11/18

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.208** Nonpriority creditor's name and mailing address

eBay Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.209** Nonpriority creditor's name and mailing address

Edwards Falls Renegar, PLLC
4540 Country Club Road
Winston Salem, NC, 27104

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.210** Nonpriority creditor's name and mailing address

Edwards Garage
4539 Clover Drive
Clemmons, NC, 27012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.211** Nonpriority creditor's name and mailing address

Edwards Seat Covers
1045 Ivy Avenue
Winston Salem, NC, 27101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  National Quarry Services, Inc.
_____
Name

Case number *(if known)*  20-50070

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212**  Nonpriority creditor's name and mailing address

Elite Specialty Products, Inc.
10436 N. NC Hwy 150
Clemmons, NC, 27012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.213**  Nonpriority creditor's name and mailing address

EMSI
3050 Regent Blvd.
Irving, TX, 75063

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.214**  Nonpriority creditor's name and mailing address

Energy Solutions
P.O. Box 745
Lewisville, NC, 27023

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.215**  Nonpriority creditor's name and mailing address

Engineered Systems Inc.
303 Interstate Drive
Archdale, NC, 27263

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.216**  Nonpriority creditor's name and mailing address

ENGS Commercial Finance Co.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Commercial Guaranty

$ 151,648.57

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 217    **Nonpriority creditor's name and mailing address**

EOS CCA
PO Box 329
Norwell, MA, 02061

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0.00

---

**3.** 218    **Nonpriority creditor's name and mailing address**

Epiroc USA LLC
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:**  Commercial Guaranty

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 376,510.00

---

**3.** 219    **Nonpriority creditor's name and mailing address**

Ernies Machine Co,
1112 Warren Street
Greensboro, NC, 27403

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0.00

---

**3.** 220    **Nonpriority creditor's name and mailing address**

Everest National Insurance
P.O. Box 409872
Atlanta, GA, 30384-9872

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 2,500.00

---

**3.** 221    **Nonpriority creditor's name and mailing address**

Express Oil Change, LLC
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | | |
| | Name | Case number *(if known)* | 20-50070 |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.222** Nonpriority creditor's name and mailing address

Extended Stay America, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.223** Nonpriority creditor's name and mailing address

Exterior Pest Solutions, LLC
c/o Jason Bridges
2550 Empire Drive
Winston Salem, NC, 27103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ Unknown

**3.224** Nonpriority creditor's name and mailing address

Factory Tire
110 Locust Street
Ronceverte, WV, 24970

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.225** Nonpriority creditor's name and mailing address

Faircloth Machine
179 Waughtown Street
Winston Salem, NC, 27127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.226** Nonpriority creditor's name and mailing address

Fast Pace Medical Clinic PLLC
c/o Cogency Global Inc.
992 Davidson Drive, Suite B
Nashville, TN, 37205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.227** Nonpriority creditor's name and mailing address

Fastenal Company
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,106.39

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 8/15/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228** Nonpriority creditor's name and mailing address

Faux Bella
3942 Lake Meadow Drive
Jamestown, NC, 27282

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229** Nonpriority creditor's name and mailing address

FedEx
P.O. Box 371461
Pittsburgh, PA, 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230** Nonpriority creditor's name and mailing address

Fence Builders
1230 Old Salisbury Road
Winston Salem, NC, 27127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231** Nonpriority creditor's name and mailing address

Ferebee-Johnson Co., Inc.
c/o James L Sligh
PO Box 10275
Lynchburg, VA, 24506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    National Quarry Services, Inc.
                  Name

Case number (if known)    20-50070

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232  Nonpriority creditor's name and mailing address**

Ferguson
185 Racewat Drive
Mooresville, NC, 28117

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.233  Nonpriority creditor's name and mailing address**

FESS
131 International Drive
Morrisville, NC, 27560

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234  Nonpriority creditor's name and mailing address**

Fielder Electric Motor Repair, Inc.
c/o Lennie A. Franks
104 Poplar Knob Road
Galax, VA, 24333

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 299.35

**Date or dates debt was incurred** 10/4/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235  Nonpriority creditor's name and mailing address**

Fire - Protection VA
214 Fort Collier Road
Winchester, VA, 22604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.236  Nonpriority creditor's name and mailing address**

Fire Recovery USA, LLC
c/o Registered Agent
176 Mine Lake Court, Suite 100
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 237 **Nonpriority creditor's name and mailing address**

Fire-Ade, Inc.
2800 Griffith Road
Winston Salem, NC, 27103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 238 **Nonpriority creditor's name and mailing address**

Firestone Complete Midlothian
6748 Lake Harbor Drive
Midlothian, VA, 23112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 239 **Nonpriority creditor's name and mailing address**

First Bankcard
P.O. Box 2557
Omaha, NE, 68103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 240 **Nonpriority creditor's name and mailing address**

First Mercury Emerald Insurance Services, Inc.
26600 Telegraph Road
Southfield, MI, 48033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.** 241 **Nonpriority creditor's name and mailing address**

First National Bank of Pennsylvania
c/o Charles N. Anderson, Jr.
P.O. Box 33550
Raleigh, NC, 27636

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Commercial Guaranty

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 599,213.71

---

Debtor  National Quarry Services, Inc.

Name

Case number *(if known)* 20-50070

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.242**  Nonpriority creditor's name and mailing address

Fishel Steel Co.
c/o Roger N. Armstrong
760 Palmer Lane
Winston Salem, NC, 27107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 305.55

Date or dates debt was incurred   11/18/19

Last 4 digits of account number

---

**3.243**  Nonpriority creditor's name and mailing address

Fisher Auto Parts, Inc.
c/o Kent B. Massie
512 Greenville Avenue
Staunton, VA, 24401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 677.79

Date or dates debt was incurred   5/31/19

Last 4 digits of account number

---

**3.244**  Nonpriority creditor's name and mailing address

Fleet Glass Services, Inc.
c/o Timothy D. Nicodemus
7833 Lightning Bug Lane
Wake Forest, NC, 27587

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 96.07

Date or dates debt was incurred   8/7/18

Last 4 digits of account number

---

**3.245**  Nonpriority creditor's name and mailing address

Fleet Pride Truck & Trailer Charlotte
3740 Jeff Adams Dr.
Charlotte, NC, 28206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

---

**3.246**  Nonpriority creditor's name and mailing address

FleetCor Technologies Operating Co., LLC
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** Nonpriority creditor's name and mailing address

FleetPride, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.248** Nonpriority creditor's name and mailing address

Flextrol Corp.
192 Browns Hill Road
Locust, NC, 28097

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.249** Nonpriority creditor's name and mailing address

Floyd Medical Center
304 Turner McCall Blvd.
Rome, GA, 30165

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.250** Nonpriority creditor's name and mailing address

FM Lindsey & Sons, LLC
c/o Matthew F. Lindsey
750 Camp Creek Road
Taylors, SC, 29687

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred __9/20/19__

Last 4 digits of account number _____

$ 400.00

---

**3.251** Nonpriority creditor's name and mailing address

Foothills Drilling Equipment, Inc.
c/o Brian Kassel, Jr.
P.O. Box 1184
Columbus, NC, 28722

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred __9/25/19__

Last 4 digits of account number _____

$ 23,636.82

---

| Debtor | National Quarry Services, Inc. | Case number _(if known)_ 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** Nonpriority creditor's name and mailing address

Ford Lincoln of Cookeville
1600 Interstate Dr.
Cookeville, TN, 38501

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.253** Nonpriority creditor's name and mailing address

Ford Motor Credit Company LLC
c/o Registered Agent
160 Mine Lake Court Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Commercial Guaranty

$ 63,159.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.254** Nonpriority creditor's name and mailing address

Foremost Insurance Company
P.O. Box 0915
Carol Stream, IL, 60132

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.255** Nonpriority creditor's name and mailing address

Forsyth County
201 North Chestnut Street
Winston Salem, NC, 27101

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.256** Nonpriority creditor's name and mailing address

Forsyth County Fire Marshal
3000 Aviation Dr
Winston Salem, NC, 27105

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

AMENDED

| Debtor | National Quarry Services, Inc. | | Case number *(if known)* 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 257    Nonpriority creditor's name and mailing address**

Forsyth County Register of Deeds
201 N Chestnut St
Winston Winston-SalemSalem NC, 27101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 258    Nonpriority creditor's name and mailing address**

Forsyth County Sheriff
301 North Church Street
Winston Salem, NC, 27101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 259    Nonpriority creditor's name and mailing address**

Forsyth Rooter Service, Inc.
P.O. Box 24248
Winston-Salem, NC, 27114-4248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 260    Nonpriority creditor's name and mailing address**

Forsyth Tech
2100 Silas Creek Pkwy
Winston Salem, NC, 27103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3. 261    Nonpriority creditor's name and mailing address**

FP Mailing Solutions
140 N. Mitchell Court, Suite 200
Addison, IL, 60101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

AMENDED

Debtor    National Quarry Services, Inc.
          Name

Case number *(if known)*    20-50070

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262  Nonpriority creditor's name and mailing address**

Francotyp-Postalia, Inc
Dept. 4272
Carol Stream, IL, 60122-4272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.263  Nonpriority creditor's name and mailing address**

Franklin Glass
270 Franklin St
Rocky Mount, VA, 24151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.264  Nonpriority creditor's name and mailing address**

French's Auto Parts
15448 N Valley Pike
New Market, VA, 22844

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.265  Nonpriority creditor's name and mailing address**

Friedman, Dazzio, Zulanas & Bowling, P.C.
c/o Lee T. Patterson, Esq.
3800 Corporate Woods Drive
Birmingham, AL, 35242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,562.13

**3.266  Nonpriority creditor's name and mailing address**

Front Royal Ford
9135 Winchester Road
Front Royal, VA, 22630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 267   **Nonpriority creditor's name and mailing address**

Furukawa Rock Drill USA, Inc.
c/o Registered Agent
251 Little Falls Drive
Wilmington, DE, 19808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 268   **Nonpriority creditor's name and mailing address**

G. Allen Equipment Corporation
11106 Washington Highway
Glen Allen, VA, 23059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 269   **Nonpriority creditor's name and mailing address**

Gaines Oil Company
9098 Pittsboro Goldston Rd
Goldston, NC, 27252

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 270   **Nonpriority creditor's name and mailing address**

Garage Door Guru, Inc.
c/o Paul Cardone
17210 Lancaster Hwy, Suite 405
Charlotte, NC, 28277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 271   **Nonpriority creditor's name and mailing address**

GE Capital Commercial Services, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

Debtor    National Quarry Services, Inc.
_____
Name

Case number *(if known)*    20-50070

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 272    **Nonpriority creditor's name and mailing address**

Genuine Parts Company
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 273    **Nonpriority creditor's name and mailing address**

George A. Sealey
172 Isleworth Drive

Advance, NC, 27006

**Date or dates debt was incurred**    3/15/19

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,450.00

---

**3.** 274    **Nonpriority creditor's name and mailing address**

Glass Crafters, Inc.
109 McDougall Ct
Suite B
Greenville, SC, 29607

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 275    **Nonpriority creditor's name and mailing address**

Glass Doctor SC
8 Crigler Street
Greenville, SC, 29607-2620

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 276    **Nonpriority creditor's name and mailing address**

Globalindustrial.com
11 Harbor Park Drive
Port Washington, NY, 11050

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
| --- | --- | --- |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3. 277  Nonpriority creditor's name and mailing address**

Gordon's Radiator and A/C
2813 Old Lexington Road
Winston-Salem, NC, 27107-3254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 278  Nonpriority creditor's name and mailing address**

Granite House
904 Linney Lane
Shelby, NC, 28152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 279  Nonpriority creditor's name and mailing address**

Graybar Electric Co., Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 280  Nonpriority creditor's name and mailing address**

Great Lakes Petroleum Co.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 6,176.26

**Date or dates debt was incurred** 10/17/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 281  Nonpriority creditor's name and mailing address**

GreatAmerica Financial Services Corp.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 1,180.24

**Date or dates debt was incurred** 10/1/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.282** Nonpriority creditor's name and mailing address

Green Mountain Engineering
7A Wendy Court
Greensboro, NC, 27409-2248

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.283** Nonpriority creditor's name and mailing address

Greenbrier Ford
1686 N Jefferson St
Lewisburg, WV, 24901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.284** Nonpriority creditor's name and mailing address

Greenbrier Glass & Mirror
169 Pocahontas Trail

Lewisburg, WV, 24901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.285** Nonpriority creditor's name and mailing address

Greenville Health System
P.O. Box 743518
Atlanta, GA, 30374-3518

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.286** Nonpriority creditor's name and mailing address

Gregory Poole Equipment Co.
c/o Gregory J. Poole, III
4807 Beryl Road
Raleigh, NC, 27606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 12/15/18

Last 4 digits of account number _____

$ 7,621.86

---

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 287    **Nonpriority creditor's name and mailing address**

Grier Interiors
2326 Distribution Street

Charlotte, NC, 28203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 288    **Nonpriority creditor's name and mailing address**

Guaranteed Supply Company
P.O. Box  36030
Greensboro, NC, 27416-6030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 289    **Nonpriority creditor's name and mailing address**

Guilford County Clerk of Superior Court
PO Box 3008
Greensboro, NC, 27402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 290    **Nonpriority creditor's name and mailing address**

H and H Auto Salvage
308 Courtney Street
Pelzer, SC, 29669

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 291    **Nonpriority creditor's name and mailing address**

H&E Equipment Services
P.O. Box 849850
Dallas, TX, 75284-9850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

| Debtor | National Quarry Services, Inc. | Case number (if known) | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.292   Nonpriority creditor's name and mailing address**

H&H Welding & Hydraulics, Inc.
2135 Ellis Road
Shelby, NC, 28152

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.293   Nonpriority creditor's name and mailing address**

Hagan Kennington Oil Company
1405 Industrial Pike
Gastonia, NC, 28052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.294   Nonpriority creditor's name and mailing address**

Harbor Freight - Winston
2658 Peters Creek Parkway
Winston-Salem, NC, 27127-5655

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.295   Nonpriority creditor's name and mailing address**

Harbor Freight Tools USA, Inc.
c/o Registered Agent
15720 Brixham Hill Avenue, Suite 300
Charlotte, NC, 28277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.296   Nonpriority creditor's name and mailing address**

Harley Electronics
1093 Asheville Highway
Spartanburg, SC, 29303

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 297  **Nonpriority creditor's name and mailing address**

Harold Chappel
465 Dusty Lane
Coats, NC, 27521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 298  **Nonpriority creditor's name and mailing address**

Harold Shores
5195 Hancock Road
Silver Point, TN, 38582-6131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 299  **Nonpriority creditor's name and mailing address**

Harry L. Vance Logging
14536 Midland Trail West
Crawley, WV, 24931-8501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 300  **Nonpriority creditor's name and mailing address**

Hauser Rental Service
1511 S. Stratford Road
Winston-Salem, NC, 27103-2921

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 301  **Nonpriority creditor's name and mailing address**

Heavy Equipment Repair of King
P.O. Box 1870
King, NC, 27021-1870

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

| Debtor | National Quarry Services, Inc. | | Case number (*if known*) | 20-50070 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302** Nonpriority creditor's name and mailing address

Hedrick Construction
c/o Cale Hedrick
10477 N. N.C. Hwy 150, Suite 1
Clemmons, NC, 27012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.303** Nonpriority creditor's name and mailing address

Helpe Incorporated of Camden
c/o James S. Henderson
333 Clay Road
Camden, SC, 29020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 8,813.70

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred     9/1/18

Last 4 digits of account number _____

**3.304** Nonpriority creditor's name and mailing address

Hercules Sealing Products
1016 N Belcher Rd
Clearwater, FL, 33765

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.305** Nonpriority creditor's name and mailing address

Hermitage Explosives Corporation
205 Lemuel Rd.
Nashville, TN, 37207

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.306** Nonpriority creditor's name and mailing address

HGM Forklift Parts
2130 A.E. Moore Drive
Moody, AL, 35004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor  National Quarry Services, Inc.
_____
Name

Case number (if known) 20-50070

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 307 **Nonpriority creditor's name and mailing address**

Highway Equipment Company Mid-Atlantic, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**3.** 308 **Nonpriority creditor's name and mailing address**

HIIG Energy
P.O. Box 844298
Dallas, TX, 75284-4298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**3.** 309 **Nonpriority creditor's name and mailing address**

Hitachi Capital America Corp.
7808 Creekridge Circle
Edina, MN, 55439-2611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**3.** 310 **Nonpriority creditor's name and mailing address**

Hoke Distributing, Inc.
c/o Gary M. Hoke
P.O. Box 6178
Statesville, NC, 28687

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 390.32

**Date or dates debt was incurred**  7/30/19

**Last 4 digits of account number**  _____

**3.** 311 **Nonpriority creditor's name and mailing address**

Hole in the Wall, Inc.
c/o Lynn P. Fakkas
3410 Edgefield Ct.
Greensboro, NC, 27409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

Debtor __National Quarry Services, Inc._____
        Name

Case number (*if known*) __20-50070___

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 312  **Nonpriority creditor's name and mailing address**

Holmes Utilities & Environmental
196 Ephram Road
Clemmons, NC, 27012-7367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 313  **Nonpriority creditor's name and mailing address**

Home Depot U.S.A., Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 314  **Nonpriority creditor's name and mailing address**

Hose House Inc.
303 Depot St. W.
Christiansburg, VA, 24073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.** 315  **Nonpriority creditor's name and mailing address**

Hose Repair & Parts Center
133 Charlotte Avenue
Sanford, NC, 27330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,096.58

Date or dates debt was incurred __10/21/19__

Last 4 digits of account number _____

**3.** 316  **Nonpriority creditor's name and mailing address**

Hoser, Inc.
1132 Curtis Street
Monroe, NC, 28112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.317  Nonpriority creditor's name and mailing address**

Hunter Auto & Wrecker Service, Inc.
P.O. Box 5324
Charlotte, NC, 28299-5324

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.318  Nonpriority creditor's name and mailing address**

Husky Rack and Wire
6146 Denver Industrial Park Rd
Denver, NC, 28037

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.319  Nonpriority creditor's name and mailing address**

Hydradyne LLC
P.O. Box 974799
Dallas, TX, 75397-4799

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.320  Nonpriority creditor's name and mailing address**

Hydradyne, LLC
1635 Asheville Hwy
Spartanburg, SC, 29303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 522.79

**3.321  Nonpriority creditor's name and mailing address**

Hydraulic Specialty Company
P.O. Box 824
Rocky Mount, NC, 27802-0824

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|--------|-------------------------------|--------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 322 **Nonpriority creditor's name and mailing address**

Hydraulics Express
6605 W W.T.Harris Blvd
Charlotte, NC, 28269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 323 **Nonpriority creditor's name and mailing address**

IBM Construction
114 Jones Road
Chesterfield, SC, 29709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 324 **Nonpriority creditor's name and mailing address**

IBuff
3535 N. Glenn Avenue
Winston Salem, NC, 27105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 325 **Nonpriority creditor's name and mailing address**

Ideal Blasting Supply
P.O. Bix 15397
Asheville, NC, 28813-0397

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 326 **Nonpriority creditor's name and mailing address**

iEdit Network
1601 U.S. Highway 21

Hamptonville, NC, 27020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 12/1/19

Last 4 digits of account number _____

$ 80.06

Debtor    National Quarry Services, Inc.
                Name

Case number (if known)   20-50070

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 327    **Nonpriority creditor's name and mailing address**

Ignite Business Solutions, LLC
c/o Joseph A. Perini
1802 Bayberry Ct., Suite 200
Richmond, VA, 23226

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred**    7/22/18

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,993.43

---

**3.** 328    **Nonpriority creditor's name and mailing address**

IKE Slaughter
1306 Ashley Square
Winston Salem, NC, 27103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 329    **Nonpriority creditor's name and mailing address**

Image360 Winston-Salem Southwest
2599 Landmark Drive
Winston Salem, NC, 27103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Date or dates debt was incurred**    1/1/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 778.14

---

**3.** 330    **Nonpriority creditor's name and mailing address**

Indeed, Inc.
6433 Champion Grandview Way
Building 1
Austin, TX, 78750

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 331    **Nonpriority creditor's name and mailing address**

Industrial Cleaning Equipment Inc.
120 Back Forty Drive
Winston-Salem, NC, 27127-7404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

AMENDED

Debtor _National Quarry Services, Inc._____
      Name

Case number (if known)__20-50070____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**332  **Nonpriority creditor's name and mailing address**

InnerWill
c/o Roy B. Goodman
515 Stone Mill Drive
Manakin Sabot, VA, 23103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 11,500.00

Date or dates debt was incurred    10/29/18

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**333  **Nonpriority creditor's name and mailing address**

Innerwill
P.O. Box 223
Manakin Sabot, VA, 23103-0223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**334  **Nonpriority creditor's name and mailing address**

Innkeeper - Roxboro
906 Durham Rd
Roxboro, NC, 27573-5902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**335  **Nonpriority creditor's name and mailing address**

Int'l Society of Explosives Engineers
30325 Bainbridge Road
Solon, OH, 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**336  **Nonpriority creditor's name and mailing address**

IntelliCorp
P.O. Box 27903
New York, NY, 10087-7903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**AMENDED**

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|--------|-------------------------------|-----------------------------------|
| | Name | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337  Nonpriority creditor's name and mailing address**

Intellicorp Records, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 36.45

Date or dates debt was incurred    11/30/19
Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338  Nonpriority creditor's name and mailing address**

International Drilling Equipment, Inc
645 Angus Street
Rual Hall, NC, 27045-9553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred
Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339  Nonpriority creditor's name and mailing address**

Interstate Batteries, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,229.49

Date or dates debt was incurred    10/24/19
Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340  Nonpriority creditor's name and mailing address**

Intuit Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred
Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341  Nonpriority creditor's name and mailing address**

IPFS Corp.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 28,710.06

Date or dates debt was incurred    11/6/19
Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | National Quarry Services, Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* | 20-50070 |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 342  **Nonpriority creditor's name and mailing address**

IR-G
P.O. Box 292674
Nashville, TN, 37229-2674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 343  **Nonpriority creditor's name and mailing address**

ISEE
30325 Bainbridge Road
Cleveland, OH, 44139-2295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 344  **Nonpriority creditor's name and mailing address**

ISSI
P.O. Box 844601
Boston, MA, 02284-4601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 345  **Nonpriority creditor's name and mailing address**

Itys Consulting
P.O. Box 1349
Four Oaks, NC, 27254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 346  **Nonpriority creditor's name and mailing address**

J & J Body
P.O. Box 112
Canvas, WV, 26662-0112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 347 **Nonpriority creditor's name and mailing address**

J Blanton Company, LLC
P.O. Box 6
Randleman, NC, 27317

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 348 **Nonpriority creditor's name and mailing address**

J&D Equipment Hauling LLC
3470 W. Richmond Shop Road
Lebanon, TN, 37090

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 349 **Nonpriority creditor's name and mailing address**

J. B. Hunt Transport, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 350 **Nonpriority creditor's name and mailing address**

J.D. Norman Electric
P.O. Box 682
Lewisville, NC, 27023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 351 **Nonpriority creditor's name and mailing address**

J.J. Keller and Associates
P.O. Box 6609
Carol Stream, IL, 60197-6609

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor    National Quarry Services, Inc.
          Name

Case number (if known)    20-50070

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.352  Nonpriority creditor's name and mailing address**

J.W. Vaughan Co. Inc.
1311 Cedar Lane Road
Greenville, SC, 29617

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.353  Nonpriority creditor's name and mailing address**

James Ellis
1008 Lockland Avenue
Winston Salem, NC, 27103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.354  Nonpriority creditor's name and mailing address**

James River Equipment, Inc.
c/o Richard L. Robertson, Jr.
2730 E. WT Harris Blvd., Suite 101
Charlotte, NC, 28213

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Suppliers or Vendors

$ 492,050.96

Date or dates debt was incurred    8/8/18

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.355  Nonpriority creditor's name and mailing address**

JB Equipment Inc.
4337 E. Grand River Ave.
Suite 226
Howell, MI, 48843

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.356  Nonpriority creditor's name and mailing address**

Jefferies Oil Company
29661 N. James Madison Highway
New Canton, VA, 23123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

AMENDED

Debtor    National Quarry Services, Inc.
_____Name_____

Case number (if known)___20-50070___

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.357   Nonpriority creditor's name and mailing address**

Jiffy Lube Winchester
4141 Valley Pike
Winchester, VA, 22602-2463

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.358   Nonpriority creditor's name and mailing address**

Jimco Equipment Corporation
P.O. Box 1589
Charleston, WV, 25326-1589

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.359   Nonpriority creditor's name and mailing address**

JMC Siding
1051 Joe Hege Road
Clemmons, NC, 27012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.360   Nonpriority creditor's name and mailing address**

John Blanton
P.O. Box 6
Randleman, NC, 27317

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured Loan Repayments

$ 98,383.78

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.361   Nonpriority creditor's name and mailing address**

John Lucas
4619 York Hwy

Gastonia, NC, 28052

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 362  **Nonpriority creditor's name and mailing address**

John Lucas
4619 York Hwy
Gastonia, NC, 28052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 363  **Nonpriority creditor's name and mailing address**

Joseph Schiavone
12801 Beech Wood Court
Raleigh, NC, 27614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 364  **Nonpriority creditor's name and mailing address**

JRP Electrical Contractors
887 Mountain Trail

Rupert, WV, 25984

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 365  **Nonpriority creditor's name and mailing address**

Julian Autobody & Frame Shop
1702 S Jefferson Ave
Cookeville, TN, 38506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 366  **Nonpriority creditor's name and mailing address**

K & G Building Materials-Salvage
10300 NC-67
East Bend, NC, 27018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.367** Nonpriority creditor's name and mailing address

K & R Group, Inc,
1416 SE 21st Avenue
Cape Coral, FL, 33990

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.368** Nonpriority creditor's name and mailing address

K&V Heating and A/C, Inc.
P.O. Box 547
East Bend, NC, 27018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 495.31

---

**3.369** Nonpriority creditor's name and mailing address

Keen Transport
1951 Harrisburg Pike
Carlisle, PA, 17013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.370** Nonpriority creditor's name and mailing address

Keiter Stephens Advisors, LLC
4401 Dominion Blvd
Glen Allen, VA, 23060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.371** Nonpriority creditor's name and mailing address

Kelly's Bars & Grilles LLC
100 Griffith Plaza Drive
Suite 3
Winston Salem, NC, 27103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor    National Quarry Services, Inc.

Name

Case number (*if known*)    20-50070

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 372    **Nonpriority creditor's name and mailing address**

Kentucky Blasting Conference
PO Box 910142

Lexington, KY, 40591

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 373    **Nonpriority creditor's name and mailing address**

Kentucky State Treasurer
2 Hudson Hollow

Frankfort, KY, 40601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 374    **Nonpriority creditor's name and mailing address**

Kershaw Hardware & Supply
167 Shop Road
Kershaw, SC, 29067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 375    **Nonpriority creditor's name and mailing address**

Keystone Drill Services, Inc.
P.O. Box 645387
Pittsburg, PA, 15264-5251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 376    **Nonpriority creditor's name and mailing address**

King Radiator Sales & Service, Inc.
316 Kirby Rd
King, NC, 27021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

Debtor    National Quarry Services, Inc.
_____
Name

Case number (if known) ___20-50070___

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 377    **Nonpriority creditor's name and mailing address**

King-McIver Sales, Inc.
6375 Burnt Poplar Road

Greensboro, NC, 27409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 192.63

**Date or dates debt was incurred**    11/11/19

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 378    **Nonpriority creditor's name and mailing address**

Kneece's Car Care
792 Wilson Rd
Newberry, SC, 29108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 379    **Nonpriority creditor's name and mailing address**

Knowledge Matrix, Inc.
1525 McCarthy Boulevard
Suite 222
Milpitas, CA, 95035

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 380    **Nonpriority creditor's name and mailing address**

Kunkle Oil Company
P.O. Box 315
Newberry, SC, 29108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 381    **Nonpriority creditor's name and mailing address**

L & R Transmission
2401 Spaugh Industrial Drive
Winston-Salem, NC, 27103-6498

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

Debtor   National Quarry Services, Inc.

Name

Case number (*if known*)   20-50070

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.382**  Nonpriority creditor's name and mailing address

LabCorp
P.O. Box 2240

Burlington, NC, 27216-2240

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

---

**3.383**  Nonpriority creditor's name and mailing address

Lancaster Enterprises LLC
1 Mechanic St
Luray, VA, 22835

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

---

**3.384**  Nonpriority creditor's name and mailing address

Laney Oil Co., Inc.
600 North Jackson Street
Monroe, NC, 28112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

---

**3.385**  Nonpriority creditor's name and mailing address

Law Office of Adele L. Abrams, P.C.
4740 Corridor Place
Suite D
Beltsville, MD, 20705

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,680.99

Date or dates debt was incurred   5/31/19

Last 4 digits of account number

---

**3.386**  Nonpriority creditor's name and mailing address

Lee Hi Travel Plaza Truck Parts and Service
2516 N. Lee Highway
Lexington, VA, 24450

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred

Last 4 digits of account number

---

AMENDED

Debtor   National Quarry Services, Inc.
         Name

Case number (if known)   20-50070

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.387   Nonpriority creditor's name and mailing address**

Lewisville Motors
5600 Country Club Rd
#3309
Winston Salem, NC, 27104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.388   Nonpriority creditor's name and mailing address**

Lincoln National Life Insurance Co.
PO Box 0821

Carol Stream, IL, 60132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Life Insurance

$ 4,219.50

Date or dates debt was incurred   11/1/19

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.389   Nonpriority creditor's name and mailing address**

Linder Industrial Machinery
P.O. Box 743637
Atlanta, GA, 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.390   Nonpriority creditor's name and mailing address**

Lindsay Tire & Automotive LLC
2560 Old Glory Road
Clemmons, NC, 27012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.391   Nonpriority creditor's name and mailing address**

Little Hardware
1400 S Mint St
Charlotte, NC, 28203

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.392 Nonpriority creditor's name and mailing address**

Livingston & Haven, LLC
c/o Susan Berger
P.O. Box 7207
Charlotte, NC, 28241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 8/16/19

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,204.35

---

**3.393 Nonpriority creditor's name and mailing address**

Loflin Concrete
2105 Pisgah Church Rd
Kernersville, NC, 27284

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.394 Nonpriority creditor's name and mailing address**

Lowe's Home Improvement, LLC
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.395 Nonpriority creditor's name and mailing address**

M & W Transport
P.O. Box 2716
West Columbia, SC, 29171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.396 Nonpriority creditor's name and mailing address**

Magic City Motor Corporation
c/o Penny M. Burch
809 Williamson Road
Roanoke, VA, 24016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 1/1/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 282.37

---

Debtor    National Quarry Services, Inc.
_____
Name

Case number (if known)___20-50070___

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.** 397  **Nonpriority creditor's name and mailing address**

Magid Glove & Safety Mfg. Co. LLC
1300 Naperville Drive

Romeoville, IL, 60446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 398  **Nonpriority creditor's name and mailing address**

Malloy Ford of Winchester
1911 Valley Ave
Winchester, VA, 22601-6305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 399  **Nonpriority creditor's name and mailing address**

Mangum's
P.O. Box 7177
Wilson, NC, 27895

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 400  **Nonpriority creditor's name and mailing address**

Manufacturer's News, Inc.
1633 Central Street
Evanston, IL, 60201

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 401  **Nonpriority creditor's name and mailing address**

March & McLennan Agency LLC
P.O. Box 419103
Boston, MA, 02241-9103

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.402** Nonpriority creditor's name and mailing address

Marlin Business Bank
P.O. Box 13604
Philadelphia, PA, 19101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.403** Nonpriority creditor's name and mailing address

Marsh Truck Parts
3700 Snow Camp Road
Siler City, NC, 27344

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.404** Nonpriority creditor's name and mailing address

Marshall County Hospital
615 Old Symsonia Road
Benton, KY, 42025-5042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.405** Nonpriority creditor's name and mailing address

Maryland Transportation Authority
P.O. Box 17600
Baltimore, MD, 21297-7600

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.406** Nonpriority creditor's name and mailing address

Mayberry Safety Solutions
1005 W Lebanon St
Mount Airy, NC, 27030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 407   **Nonpriority creditor's name and mailing address**

McMaster-Carr
PO Box 54960
Los Angeles, CA, 90054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 408   **Nonpriority creditor's name and mailing address**

McMurphy Hydraulics Inc.
2035 Wilshire Ct SW
Concord, NC, 28025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 409   **Nonpriority creditor's name and mailing address**

Meachums Hauling
417 Denton Road
Denton, NC, 27239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 410   **Nonpriority creditor's name and mailing address**

Mecklenburg County
Land Use & Environmental Services Agency
2145 Suttle Avenue
Charlotte, NC, 28208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 411   **Nonpriority creditor's name and mailing address**

MedExpress Urgent Care, Inc. - West Virginia
c/o Registered Agent
1627 Quarrier Street
Charleston, WV, 25311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 3/3/19

Last 4 digits of account number _____

$ 320.00

---

Debtor  National Quarry Services, Inc.
Name

Case number (*if known*)  20-50070

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 412  Nonpriority creditor's name and mailing address**

MHC Kenworth - Greensboro
6442 Burnt Poplar Rd
Greensboro, NC, 27409

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

**3. 413  Nonpriority creditor's name and mailing address**

Michael's General Repair
840 Indian Mound Road
Staunton, VA, 24401-6513

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

**3. 414  Nonpriority creditor's name and mailing address**

Microtel Inns and Suites Franchising, Inc.
c/o Registered Agent
15720 Brixham Hill Ave., Suite 300
Charlotte, NC, 28277

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

**3. 415  Nonpriority creditor's name and mailing address**

Midwest Toxicology Services
603 E Washington St
#200
Indianapolis, IN, 46204

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

**3. 416  Nonpriority creditor's name and mailing address**

Mike Auto & Diesel Repair Center
P.O. Box 414
Springfield, WV, 26763-0414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 0.00

AMENDED

| Debtor | National Quarry Services, Inc. | Case number _(if known)_ 20-50070 |
|--------|-------------------------------|-----------------------------------|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 417 **Nonpriority creditor's name and mailing address**

Mike's General Repair
2301 Rockford Road
Yadkinville, NC, 27055-7210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 418 **Nonpriority creditor's name and mailing address**

Millwood's Transport
5540 Drake Road
Greensboro, NC, 27406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 419 **Nonpriority creditor's name and mailing address**

Mincon, Inc.
c/o Carter R. Brothers
310 First Street, Suite 1100
Roanoke, VA, 24011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 8/30/18

**Last 4 digits of account number** _____

$ 117,984.25

---

**3.** 420 **Nonpriority creditor's name and mailing address**

Mining Association of South Carolina
P.O. Box 538
Chapin, SC, 29036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 421 **Nonpriority creditor's name and mailing address**

Mining, Rock Excavation & Construction LLC
3700 E. 68th Avenue
Commerce City, CO, 80022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

Debtor  National Quarry Services, Inc.
     Name

Case number *(if known)*  20-50070

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.422**   Nonpriority creditor's name and mailing address

Minuteman Press
3490 Reynolda Road
Winston Salem, NC, 27106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    4/8/19

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 733.41

---

**3.423**   Nonpriority creditor's name and mailing address

Mitchell's Body Shop
7128 NC 57

Rougemont, NC, 27572

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.424**   Nonpriority creditor's name and mailing address

MLife Rewards Mastercard
P.O. Box 2557

Omaha, NE, 68103-2557

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.425**   Nonpriority creditor's name and mailing address

Mock Tire at the Village
2534 Lewisville Clemmons Road
Clemmons, NC, 27012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.426**   Nonpriority creditor's name and mailing address

Modern Body Shop
1020 Southpark Blvd
Winston Salem, NC, 27127

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427  Nonpriority creditor's name and mailing address**

Monro, Inc. d/b/a Mr. Tire
200 Holleder Parkway
Rochester, NY, 14615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.428  Nonpriority creditor's name and mailing address**

Motion Industries, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  5/23/19
Last 4 digits of account number _____

$ 522.90

**3.429  Nonpriority creditor's name and mailing address**

Mountain View Auto Glass
1011 Little Calfpasture Highway
Swoope, VA, 24479

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  9/26/19
Last 4 digits of account number _____

$ 900.00

**3.430  Nonpriority creditor's name and mailing address**

Mountaineer Mine Safety & Training
623 Industrial Park Road
Beaver, WV, 25813

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.431  Nonpriority creditor's name and mailing address**

Mr. Cooper
P.O. Box 650783
Dallas, TX, 75265-0783

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.432** Nonpriority creditor's name and mailing address

MSC Industrial Supply Co
8203H Piedmont Triad Pkwy
Greensboro, NC, 27409

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.433** Nonpriority creditor's name and mailing address

Mullis Oil
P.O. Box 9037
Charlotte, NC, 28299

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.434** Nonpriority creditor's name and mailing address

Murray Supply Company
PO Box 15023
Winston Salem, NC, 27113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.435** Nonpriority creditor's name and mailing address

N.C. Aggregates Association
P.O. Box 30603
Raleigh, NC, 27622

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.436** Nonpriority creditor's name and mailing address

N.C. Quick Pass Customer Service
P.O. Box 71116
Charlotte, NC, 28272-1116

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.437** Nonpriority creditor's name and mailing address

NAPA Auto
PO Box 409043
Atlanta, GA, 30384

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.438** Nonpriority creditor's name and mailing address

Napa Auto Parts
2602 Valley Avenue
Winchester, VA, 22601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,421.86

---

**3.439** Nonpriority creditor's name and mailing address

National Drilling & Blasting
3984 Leinbach Drive
Winston-Salem, NC, 27106-1672

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.440** Nonpriority creditor's name and mailing address

Navitas Credit Corp.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 11/19/19

Last 4 digits of account number _____

$ 1,917.45

---

**3.441** Nonpriority creditor's name and mailing address

Neal & Sons Glass
3508 Allston Street
Anderson, SC, 29624

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* 20-50070 |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 442  **Nonpriority creditor's name and mailing address**

Neel Jeam Enterprises, Inc.
P.O. Box 1837
Beckley, WV, 25802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.** 443  **Nonpriority creditor's name and mailing address**

Newberry Clerk of Court
P.O. Box 10
Newberry, SC, 29108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.** 444  **Nonpriority creditor's name and mailing address**

NewBridge Bank
P.O. Box 867
Lexington, NC, 27292

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.** 445  **Nonpriority creditor's name and mailing address**

Newsome Grading, LLC
4535 Parks Road
Lexington, NC, 27292

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.** 446  **Nonpriority creditor's name and mailing address**

Nicnac Welding
550 W 32nd St
Charlotte, NC, 28206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

AMENDED

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 447  Nonpriority creditor's name and mailing address**

Noble Oil Services, Inc.
P.O. Box 4419
Sanford, NC, 27331

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 448  Nonpriority creditor's name and mailing address**

Norris, Stewart & Ralston, P.A.
P.O. Drawer 1068
Statesville, NC, 28687-1068

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 449  Nonpriority creditor's name and mailing address**

North Carolina Aggregates Association
P.O. Box 30603
Raleigh, NC, 27622-0603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 450  Nonpriority creditor's name and mailing address**

Northeast Lubricants, LLC
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,034.96

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3. 451  Nonpriority creditor's name and mailing address**

Northern Safety Co., Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,604.56

Date or dates debt was incurred    9/19/19
Last 4 digits of account number _____

AMENDED

Debtor  National Quarry Services, Inc.
        Name

Case number (*if known*) 20-50070

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 452** Nonpriority creditor's name and mailing address

Northwestern Mutual
P.O. Box 3009
Milwaukee, WI, 53201-3009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 453** Nonpriority creditor's name and mailing address

Novant Health
P.O. Box 71052
Charlotte, NC, 28272-1062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 454** Nonpriority creditor's name and mailing address

Novant Health, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 150.00

Date or dates debt was incurred 11/30/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 455** Nonpriority creditor's name and mailing address

NQS Equipment Leasing Co
4570 Frye Bridge Road
Clemmons, NC, 27012-7045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 456** Nonpriority creditor's name and mailing address

NUCA of the Carolinas
P.O. Box 10519
Wilmington, NC, 28404-0519

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.457 Nonpriority creditor's name and mailing address**

O'Reilly's Auto Parts
P.O. Box 9464
Springfield, MO, 65801-9464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

**3.458 Nonpriority creditor's name and mailing address**

Oakleys Machine Shop, Inc.
126 West Gordon Street
Roxboro, NC, 28382-7381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

**3.459 Nonpriority creditor's name and mailing address**

Occupational Health Center
2050 Michigan Avenue
Mobile, AL, 36615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

**3.460 Nonpriority creditor's name and mailing address**

Oceans 23 Investments LLC
c/o Keith Lee Hill
PO Box 695
Thomasville, NC, 27360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

**3.461 Nonpriority creditor's name and mailing address**

Off Road Innovations
1954 Abrams Creek Drive
Winchester, VA, 22601-4485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.462  Nonpriority creditor's name and mailing address**

Office Team
12400 Collections Center Drive
Chicago, IL, 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 0.00

---

**3.463  Nonpriority creditor's name and mailing address**

Oil Exchange & Lube of Lexington
235 E Midland Trail
Lexington, VA, 24450

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 0.00

---

**3.464  Nonpriority creditor's name and mailing address**

OmniSource
7575 West Jefferson Boulevard
Fort Wayne, IN, 46804

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 0.00

---

**3.465  Nonpriority creditor's name and mailing address**

Orica USA Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

| Date or dates debt was incurred | 8/12/19 |
| Last 4 digits of account number | _____ |

$ 5,133.36

---

**3.466  Nonpriority creditor's name and mailing address**

Pageland Welding & Fabrication, LLC
c/o Richard Arant
1020 Crowburk Road
Pageland, SC, 29728

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | 11/4/19 |
| Last 4 digits of account number | _____ |

$ 471.74

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.467** Nonpriority creditor's name and mailing address

Pallet Resources
4572 N North Carolina Hwy 150
Lexington, NC, 27295

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.468** Nonpriority creditor's name and mailing address

Parkway Ford
2104 Peters Creek Parkway
Winston-Salem, NC, 27127-3713

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.469** Nonpriority creditor's name and mailing address

Parrish Tire Company
P.O. Box 277241
Atlanta, GA, 30384

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.470** Nonpriority creditor's name and mailing address

PartDeal.com
17880 NE Airport Way
#140
Portland, OR, 97230

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.471** Nonpriority creditor's name and mailing address

Partners Excavating Company
P.O. Box 2098
Harrisonburg, VA, 22801-9504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor    National Quarry Services, Inc.
Name

Case number (if known) 20-50070

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.472**  **Nonpriority creditor's name and mailing address**

Payroll Solutions, Inc.
c/o Alfred M. Payne
1610 Westchester Drive
High Point, NC, 27262

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ Unknown

---

**3.473**  **Nonpriority creditor's name and mailing address**

Penn Credit
2800 Commerce Drive
P.O. Box 69703
Harrisburg, PA, 17106-9703

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ 0.00

---

**3.474**  **Nonpriority creditor's name and mailing address**

Performance Automotive & Tires
1027 East St
Pittsboro, NC, 27312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ 0.00

---

**3.475**  **Nonpriority creditor's name and mailing address**

Petie's Radiator Services
220 N Commerce Ave
Waynesboro, VA, 22980

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**

**Last 4 digits of account number**

$ 0.00

---

**3.476**  **Nonpriority creditor's name and mailing address**

PetroChoice LLC
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred**   5/1/19

**Last 4 digits of account number**

$ 60,146.14

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.477  Nonpriority creditor's name and mailing address**

Piedmont Auto Electric Services, Inc.
121 S. Oakland Avenue

Statesville, NC, 28677-5046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.478  Nonpriority creditor's name and mailing address**

Piedmont Grading & Trucking
P.O. Box 16465
Charlotte, NC, 28297-6465

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.479  Nonpriority creditor's name and mailing address**

Piedmont Natural Gas
P.O. Box 533500
Atlanta, GA, 30353-3500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.480  Nonpriority creditor's name and mailing address**

Piedmont Radiator & Tire, Inc.
P.O. Box 570
King, NC, 27021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.481  Nonpriority creditor's name and mailing address**

Piedmont Truck Center, Inc.
c/o W.W. Pharr
P.O. Box 18109
Greensboro, NC, 27419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 11/22/19

**Last 4 digits of account number** _____

$ 15.89

---

| | |
|---|---|
| Debtor | National Quarry Services, Inc. |
| | Name |

Case number *(if known)* 20-50070

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 482 **Nonpriority creditor's name and mailing address**

Piedmont Truck Center, Inc.
P.O. Box 18109
Greensboro, NC, 27419-8109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 483 **Nonpriority creditor's name and mailing address**

Pillion & Smith Ped. Dental Association
350 Blountville Highway
#202
Bristol, TN, 37620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 484 **Nonpriority creditor's name and mailing address**

Pine Knoll Construction
115 Jeff's Way
Clear Brook, VA, 22624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 300.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 485 **Nonpriority creditor's name and mailing address**

Piretk South End
1515 S. Mint Street

Charlotte, NC, 28203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 486 **Nonpriority creditor's name and mailing address**

Pittsylvania County
1 Center Street
P.O. Box 426
Chatham, VA, 24531

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 487  Nonpriority creditor's name and mailing address**

PNC Bank
P.O. Box 747066
Pittsburg, PA, 15274-7066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 488  Nonpriority creditor's name and mailing address**

Pondester Lumber Company, Inc.
P.O. Box 769
Clemmons, NC, 27012-0769

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 489  Nonpriority creditor's name and mailing address**

PowerScreen Mid-Atlantic, Inc.
P.O. Box 2505
Kernersville, NC, 27285-2505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 490  Nonpriority creditor's name and mailing address**

PPG Paints
1455 Trademart Boulevard
Winston Salem, NC, 27127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3. 491  Nonpriority creditor's name and mailing address**

PQ Controls
95 Dolphin Road
Bristol, CT, 06010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.492** Nonpriority creditor's name and mailing address

Precision Steel Warehouse, Inc.
P.O. Box 60244

Charlotte, NC, 28260-0244

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.493** Nonpriority creditor's name and mailing address

Preferred Service LLC
1907 Nugget Road
P.O. Box 7012
High Point, NC, 27264-7012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.494** Nonpriority creditor's name and mailing address

Premium Assignment Corporation
P.O. Box 8000
Tallahassee, FL, 32314-8000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.495** Nonpriority creditor's name and mailing address

Prime Source Parts & Equipment Co.
1304 Barkley Road N

Statesville, NC, 28677

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,238.61

Date or dates debt was incurred    4/29/19
Last 4 digits of account number _____

**3.496** Nonpriority creditor's name and mailing address

Propst Brother's Distributors, Inc.
829 Davidson Drive NW
Concord, NC, 28025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

**AMENDED**

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 497  **Nonpriority creditor's name and mailing address**

Quality Auto Parts, L.L.C.
c/o John C. Brubaker
2602 Valley Avenue
Winchester, VA, 22601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 8/6/19

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,421.86

---

**3.** 498  **Nonpriority creditor's name and mailing address**

Quality Glass
P.O. Box 1104
Winston Salem, NC, 27102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 499  **Nonpriority creditor's name and mailing address**

R T Rogers Oil
153 Grace Street
P.O. Box 160
Hinton, WV, 25951-0160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 500  **Nonpriority creditor's name and mailing address**

R&B Flagcar
1317 Washington Lane

Kannapolis, NC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 501  **Nonpriority creditor's name and mailing address**

R&S Body Repair
1136 Welcome-Bethesda Rd
Lexington, NC, 27295

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor    National Quarry Services, Inc.
          Name                                                    Case number (if known)    20-50070

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.502** Nonpriority creditor's name and mailing address

R.T. Rogers Oil Co., Inc.
300 Grace Street
Hinton, WV, 25951

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    7/1/19

Last 4 digits of account number

$ 2,140.58

---

**3.503** Nonpriority creditor's name and mailing address

Radiator Plus
2550 Empire Dr.
Unit 114
Winston-Salem, NC, 27103-6880

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

**3.504** Nonpriority creditor's name and mailing address

Raleigh-Durham Rubber & Gasket Co. Inc.
c/o Judy Y Hooks
P.O. Box 90397
Raleigh, NC, 27675

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    10/4/18

Last 4 digits of account number

$ 9,907.32

---

**3.505** Nonpriority creditor's name and mailing address

Ram Tool & Supply Co., Inc.
c/o Carolyn Watts
1022 Marguerite Drive
Lowell, NC, 28098

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    10/8/19

Last 4 digits of account number

$ 1,356.92

---

**3.506** Nonpriority creditor's name and mailing address

Ramon Orellana
4838 Bauz Mountain Road
Winston-Salem, NC, 27105-1907

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

Debtor      National Quarry Services, Inc.
            Name

Case number *(if known)* 20-50070

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 507  **Nonpriority creditor's name and mailing address**

RDS
1705 Old Covington Road N.E.
Suite 101
Conyers, GA, 30013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 508  **Nonpriority creditor's name and mailing address**

Redline Precision Machining
82 Hawkins Ct
Prosperity, SC, 29127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 509  **Nonpriority creditor's name and mailing address**

Reynolda Smiles
3244 Reynolda Road

Winston Salem, NC, 27106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 510  **Nonpriority creditor's name and mailing address**

Richards Radiator Shop
2749 S Pleasant Valley Rd
Winchester, VA, 22601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 511  **Nonpriority creditor's name and mailing address**

Riddle Oil Co., Inc.
P.O. Box 486
Burnsville, NC, 28714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.512 Nonpriority creditor's name and mailing address**

Rish Equipment
5731 Glenmary Drive
Salem, VA, 24153

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.513 Nonpriority creditor's name and mailing address**

Ritchie Bros. Auctioneer
4000 Pine Lake Road

Lincoln, NE, 68516

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.514 Nonpriority creditor's name and mailing address**

Roanoke Hose & Fittings, Inc.
c/o Douglas S. Wilson
4725 Garst Mill Road, Suite 3
Roanoke, VA, 24018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred 11/3/18
Last 4 digits of account number _____

$ 1,681.16

**3.515 Nonpriority creditor's name and mailing address**

Roberts Shell Service
215 S. Hampton Street
Kershaw, SC, 29067

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

**3.516 Nonpriority creditor's name and mailing address**

Rock City Truck Service & Towing
154 N Anderson Rd
Rock Hill, SC, 29730

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

Debtor    National Quarry Services, Inc.
_____
Name

Case number (if known)____20-50070____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** **517**   **Nonpriority creditor's name and mailing address**

Rock Drill Sales
1705 Old Covington Road NE
Suite 101
Conyers, GA, 30013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** **518**   **Nonpriority creditor's name and mailing address**

Rock Drill Sales & Service, Inc.
1705 Old Covington Rd NE
#101
Conyers, GA, 30013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** **519**   **Nonpriority creditor's name and mailing address**

RS Equipment & Fleet Service
33271 Old Valley Pike

Strasburg, VA, 22657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** **520**   **Nonpriority creditor's name and mailing address**

Safer Highways, Inc.
210 Laurel Lane
Mount Airy, NC, 27030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** **521**   **Nonpriority creditor's name and mailing address**

Safety-Kleen Systems, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** 10/17/19

**Last 4 digits of account number** _____

$ 929.61

---

| Debtor | National Quarry Services, Inc. | Case number (if known) | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.522** Nonpriority creditor's name and mailing address

Salem Electric Co
3933 Westpoint Blvd
Winston Salem, NC, 27103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.523** Nonpriority creditor's name and mailing address

Salem Garage Doors
P.O. Box 378
Tobaccoville, NC, 27050

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.524** Nonpriority creditor's name and mailing address

Sam's Club
P.O. Box 659782
San Antonio, TX, 78265-9782

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$ 0.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.525** Nonpriority creditor's name and mailing address

Sauls Seismic, LLC
c/o Registered Agent
212 S. Tryon Street, Suite 1000
Charlotte, NC, 28281

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

**$ 885.00**

Date or dates debt was incurred    8/17/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.526** Nonpriority creditor's name and mailing address

SBS Leasing
P.O. Box 41602
Philadelphia, PA, 19101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Loan Repayments

**$ 3,754.56**

Date or dates debt was incurred    10/1/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 527  Nonpriority creditor's name and mailing address**

Scarlett Auto Interiors
5242 US Hwy 601
Mocksville, NC, 27028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3. 528  Nonpriority creditor's name and mailing address**

Scruggs & Son Towing
7153 Lone Oak Road

Spartanburg, SC, 29303-1864

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3. 529  Nonpriority creditor's name and mailing address**

Seat Covers Unlimited
2937 East Main St.
Mesa, AZ, 85213

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3. 530  Nonpriority creditor's name and mailing address**

Shana Gifford

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3. 531  Nonpriority creditor's name and mailing address**

Sharp Business Systems
4404-A Stuart Andrew Blvd.
Charlotte, NC, 28217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred   9/27/19

Last 4 digits of account number _____

$ 432.92

---

AMENDED

| Debtor | National Quarry Services, Inc. | | Case number *(if known)* 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.532**  **Nonpriority creditor's name and mailing address**

Sheetz Inc.
c/o Registered Agent
327 Hillsborough Street
Raleigh, NC, 27603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.533**  **Nonpriority creditor's name and mailing address**

SherrillTree
496 Gallimore Dairy Road, Suite D
Greensboro, NC, 27409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.534**  **Nonpriority creditor's name and mailing address**

Signature Financial
P.O. Box 5524
Hicksville, NY, 11802-5524

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Commercial Guaranty

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.535**  **Nonpriority creditor's name and mailing address**

Sirius Satellite Radio
P.O. Box 9001399
Louisville, KY, 40290-1399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.536**  **Nonpriority creditor's name and mailing address**

Snappy Lube, Inc.
7417 Hwy 64E #107
Knightdale, NC, 27545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

Debtor  National Quarry Services, Inc.
Name

Case number *(if known)* 20-50070

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.537** Nonpriority creditor's name and mailing address

Snider Fleet Solutions
2851 Lowery St
Winston Salem, NC, 27101

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.538** Nonpriority creditor's name and mailing address

South Carolina Fire Life & Safety
141 Monticello Trail
Columbia, SC, 29203

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.539** Nonpriority creditor's name and mailing address

South Willow Auto Clinic
640 South Willow Avenue
Cookeville, TN, 38501-3802

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.540** Nonpriority creditor's name and mailing address

Southern Connector
3050 Interstate 185
Piedmont, SC, 29673

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.541** Nonpriority creditor's name and mailing address

Southern Fasteners & Supply, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Date or dates debt was incurred   11/11/19

Last 4 digits of account number _____

$ 26.39

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 542 **Nonpriority creditor's name and mailing address**

Southern Specialty Civil Constructors
6216 Clementine Drive
Clemmons, NC, 27012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 36,866.72

**Basis for the claim:** Unsecured Loan Repayments

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 543 **Nonpriority creditor's name and mailing address**

Spainhour & Spainhour Grading, Inc.
P.O. Box 2127

King, NC, 27021-2127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 544 **Nonpriority creditor's name and mailing address**

Specialty Machine & Repair, LLC
P.O. Box 724
Salem, VA, 24153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 545 **Nonpriority creditor's name and mailing address**

Spectrum
P.O. Box 70872
Charlotte, NC, 28272-0872

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 546 **Nonpriority creditor's name and mailing address**

Springmaid Mountain
2171 Henredon Rd
Spruce Pine, NC, 28777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor    National Quarry Services, Inc.
_____
Name

Case number (if known) __20-50070__

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 547  **Nonpriority creditor's name and mailing address**

Sprint - 4616
P.O. Box 4191
Carol Stream, IL, 60197-4191

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 548  **Nonpriority creditor's name and mailing address**

Stan's Wrecker Service
1328 Flint Hill St
Rock Hill, SC, 29730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.** 549  **Nonpriority creditor's name and mailing address**

Staples Business Advantage
P.O. Box 105748
Atlanta, GA, 30348

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 440.75

Date or dates debt was incurred    10/19/19
Last 4 digits of account number    _____

---

**3.** 550  **Nonpriority creditor's name and mailing address**

Staples Credit Plan
Dept. 51 7861258290
P.O. Box 78004
Phoenix, AZ, 85062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unsecured Loan Repayments

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 31.41

Date or dates debt was incurred    5/10/19
Last 4 digits of account number    _____

---

**3.** 551  **Nonpriority creditor's name and mailing address**

Star Iron Works
257 Caroline Street
Box 155
Punxsutawney, PA, 15767

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor    National Quarry Services, Inc.
          Name                                                    Case number (if known) 20-50070

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 552 **Nonpriority creditor's name and mailing address**

State Auto Insurance Companies
P.O. Box 182738
Columbus, OH, 43218-2738

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 553 **Nonpriority creditor's name and mailing address**

Stateline Sales and Service
4781 Martinsburg Pike
Clear Brook, VA, 22624

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 554 **Nonpriority creditor's name and mailing address**

Suburban Propane
P.O. Box 260
Whippany, NJ, 07981

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.** 555 **Nonpriority creditor's name and mailing address**

Suburban Propane, Limited Partnership
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 11/20/19
Last 4 digits of account number _____

$ 157.28

---

**3.** 556 **Nonpriority creditor's name and mailing address**

Summersville Glass
1038 Arbuckle Rd
Summersville, WV, 26651

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
| --- | --- | --- |
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.557** Nonpriority creditor's name and mailing address

Summit Racing Equipment
1200 Southeast Ave
Tallmadge, OH, 44278-3161

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.558** Nonpriority creditor's name and mailing address

Summit Urgent Care
1825 Hwy 34 E.
Suite 1200
Newnan, GA, 30265

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.559** Nonpriority creditor's name and mailing address

SunBelt
P.O. Box 409211
Atlanta, GA, 30384-9211

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.560** Nonpriority creditor's name and mailing address

SunTrust Mortgage
P.O. Box 79041
Baltimore, MD, 21279-0041

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.561** Nonpriority creditor's name and mailing address

Superior Hydraulics & Industrial Supply
P.O. Box 547
Belton, SC, 29627

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred 5/23/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 182.40

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.562** **Nonpriority creditor's name and mailing address**

Superior Tile
1012 Water Lane
Jonesville, NC, 28642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.563** **Nonpriority creditor's name and mailing address**

Superior Tile Marble Co.
2310 N. Brevard Street
Charlotte, NC, 28206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.564** **Nonpriority creditor's name and mailing address**

Supreme Lube & Service Center
13715 NC-50
Willow Spring, NC, 27592

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.565** **Nonpriority creditor's name and mailing address**

Sweet Wampa LLC d/b/a Glass Doctor
c/o Charles Miller
441 Tavistock Drive
Winchester, VA, 22602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred   8/27/19

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,842.23

---

**3.566** **Nonpriority creditor's name and mailing address**

Synchrony Bank
P.O. Box 960061
Orlando, FL, 32896-0061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 567 **Nonpriority creditor's name and mailing address**

Systems & Service Technologies, Inc.
P.O. Box 5493

Carol Stream, IL, 60197-5493

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 568 **Nonpriority creditor's name and mailing address**

Systems & Services Technologies, Inc.
P.O. Box 5493

Carol Stream, IL, 60197-5493

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 569 **Nonpriority creditor's name and mailing address**

Taylor & Taylor
500 W. 5th Street
Suite 400
Winston Salem, NC, 27101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 570 **Nonpriority creditor's name and mailing address**

Taylor Pump & Lift
4325 Motorsports Dr SW
Concord, NC, 28027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 571 **Nonpriority creditor's name and mailing address**

Taylors Enterprise
2586 Southport Road

Spartinburg, SC, 29302-2982

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

Debtor    National Quarry Services, Inc.

Name

Case number (*if known*)  20-50070

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 572  **Nonpriority creditor's name and mailing address**

TelWare
P.O. Box 561209
Charlotte, NC, 28256-1209

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 573  **Nonpriority creditor's name and mailing address**

Telware Corporation
c/o Brian G. Clontz
1824 Industrial Center Circle
Charlotte, NC, 28213

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,068.39

---

**3.** 574  **Nonpriority creditor's name and mailing address**

Tennessee Department of Commerce &
Insurance
c/o Tennessee Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN, 37202

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 575  **Nonpriority creditor's name and mailing address**

Teresa S. Hiatt
Teresa S. Hiatt Designs, Inc.
288 Gilmer Miller Road
Lowgap, NC, 27024-7323

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 576  **Nonpriority creditor's name and mailing address**

TEREX Financial Services
12460 Collections Center Drive
Chicago, IL, 60693-0124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Commercial Guaranty

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.577** Nonpriority creditor's name and mailing address

Thalle Construction Co., Inc.
900 NC Route 86 N

Hillsborough, NC, 27278

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.578** Nonpriority creditor's name and mailing address

The Factory Outlet Store, Inc.
c/o John E. Collier
7209-g E. W.T. Harris Blvd
Charlotte, NC, 28227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.579** Nonpriority creditor's name and mailing address

The Goodyear Tire & Rubber Co.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.580** Nonpriority creditor's name and mailing address

The Hanover Insurance Group
P.O. Box 580045
Charlotte, NC, 28258-0045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.581** Nonpriority creditor's name and mailing address

The Monarch Group, Ltd.
c/o Georgia C. Mahon
P.O. Box 611
Kernersville, NC, 27285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred   9/27/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,016.97

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.582** Nonpriority creditor's name and mailing address

The Paint Shop
2421 Spaugh Industrial Drive
Winston Salem, NC, 27103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.583** Nonpriority creditor's name and mailing address

The Sherwin-Williams Co
355 Witt Street
Winston-Salem, NC, 27103-1953

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.584** Nonpriority creditor's name and mailing address

The Speedway Club
P.O. Box 600
Concord, NC, 28026-0600

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.585** Nonpriority creditor's name and mailing address

Thermo King
P.O. Box 538509
Atlanta, GA, 30353-8509

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.586** Nonpriority creditor's name and mailing address

Thomas M. Anderson, DDS, PA
2245 Lewisville
Clemmons, NC, 27012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.587** Nonpriority creditor's name and mailing address

Thompson Machinery Commerce Corp.
c/o Jim Ezzell
1245 Bridgestone Parkway
La Vergne, TN, 37086

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.588** Nonpriority creditor's name and mailing address

Thompson Tractor Company, Inc.
2401 Pinson Hwy
Birmingham, AL, 35217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.589** Nonpriority creditor's name and mailing address

Time Warner Cable
P.O. Box 70872

Charlotte, NC, 28272-0872

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.590** Nonpriority creditor's name and mailing address

TIPCO Technologies, Inc.
11412 Cronhill Drive
Owings Mills, MD, 21117

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.591** Nonpriority creditor's name and mailing address

TMA of the Triad
P.O. Box 1656
Clemmons, NC, 27012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | | Case number *(if known)* 20-50070 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** **592** **Nonpriority creditor's name and mailing address**

TNT Rock Services, LLC
P.O. Box 1032
Hot Springs, VA, 24445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** **593** **Nonpriority creditor's name and mailing address**

Touchtone Communications
P.O. Box 27772

Newark, NJ, 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** **594** **Nonpriority creditor's name and mailing address**

Town of Carrboro
301 W Main Street
Carrboro, NC, 27510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** **595** **Nonpriority creditor's name and mailing address**

Town of Waxhaw
1150 N. Broome Street
P.O. Box 6
Waxhaw, NC, 28173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** **596** **Nonpriority creditor's name and mailing address**

Town of Zebulon
1003 N. Arendell Avenue
Zebulon, NC, 27597

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

Debtor  National Quarry Services, Inc.

Name

Case number *(if known)* 20-50070

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 597 Nonpriority creditor's name and mailing address**

Toyaja, Inc.
624 University Avenue
Suite 203
Palo Alto, CA, 94301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 598 Nonpriority creditor's name and mailing address**

Tractor Supply - Clemmons
196 Westwood Village Dr
Clemmons, NC, 27012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 599 Nonpriority creditor's name and mailing address**

Tractor Supply - Lexington
15 Plaza Parkway
Lexington, NC, 27292

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 600 Nonpriority creditor's name and mailing address**

Tractor Supply - Roanoke
8110 Gander Way
Roanoke, VA, 24019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 601 Nonpriority creditor's name and mailing address**

Tractor Supply Lancaster SC
593 Lancaster Bypass E
Lancaster, SC, 29720

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 602** Nonpriority creditor's name and mailing address

Tractor Supply Lexington VA
800 N. Lee Hwy
Lexington, VA, 24450

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3. 603** Nonpriority creditor's name and mailing address

Tractor Supply Winchester
150 Getty Ln
Winchester, VA, 22603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3. 604** Nonpriority creditor's name and mailing address

Trailers of the East Coast
418 Interstate Dr
Mocksville, NC, 27028

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3. 605** Nonpriority creditor's name and mailing address

Transou's Rooter & Plumbing
5752 Hampton Rd
Clemmons, NC, 27012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3. 606** Nonpriority creditor's name and mailing address

TranSource, Inc.
c/o James E. Bland, Jr.
8700 Triad Drive
Colfax, NC, 27235

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.607  Nonpriority creditor's name and mailing address**

TravelCenters of America
24601 Center Ridge Road
Westlake, OH, 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.608  Nonpriority creditor's name and mailing address**

Travelers Personal Insurance
P.O. Box 660307
Dallas, TX, 75266-0307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.609  Nonpriority creditor's name and mailing address**

Travelers Property Casualty Company
P.O. Box 660307
Dallas, TX, 75266-0307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.610  Nonpriority creditor's name and mailing address**

Treasury of Virginia - DMME
900 Natural Resources Drive

Charlottesville, VA, 22903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.611  Nonpriority creditor's name and mailing address**

Treasury of Virginia - Permits
1005 Technology Park Drive
Glen Allen, VA, 23059-4500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

AMENDED

Debtor    National Quarry Services, Inc.
_____
Name

Case number *(if known)* 20-50070

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 612  **Nonpriority creditor's name and mailing address**

Trent Little Trucking, LLC
c/o Henry T. Little
10710 Sam Black Road
Midland, NC, 28107

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,170.00

Date or dates debt was incurred    10/8/19

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 613  **Nonpriority creditor's name and mailing address**

Tri State Truck
289 Battleground Road
Cowpens, SC, 29330

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 614  **Nonpriority creditor's name and mailing address**

Tri-County Glass, Inc.
210 N. Meadow Street
Galax, VA, 24333

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 615  **Nonpriority creditor's name and mailing address**

Tri-Flex Hose & Fitting, Inc.
5630 Shattalon Drive
Winston-Salem, NC, 27105-1331

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 616  **Nonpriority creditor's name and mailing address**

Tri-State Truck Center, Inc.
494 E.H. Crump Blvd.
Memphis, TN, 38126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    National Quarry Services, Inc.
_____
Name

Case number *(if known)*___20-50070___

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 617  **Nonpriority creditor's name and mailing address**

Triad Business Journal
P.O. Box 36919
Charlotte, NC, 28236-6919

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 618  **Nonpriority creditor's name and mailing address**

Triad Energy Solutions
1052 Robinwood Lane
Pinnacle, NC, 27043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 619  **Nonpriority creditor's name and mailing address**

Triad Hose & Hydraulics, LLC
c/o Larry G. Snyder
P.O. Box 1479
King, NC, 27021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,889.22

Date or dates debt was incurred    9/24/19

Last 4 digits of account number    _____

**3.** 620  **Nonpriority creditor's name and mailing address**

Triangle Campers Inc.
970 Peters Creek Pkwy
Winston Salem, NC, 27103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.** 621  **Nonpriority creditor's name and mailing address**

Trinity Heating & Air Conditioning, Inc
4313 Lakewood Circle
Trinity, NC, 27370

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.622** Nonpriority creditor's name and mailing address

TruckPro
1308 Uppder Asbury Avenue

Charlotte, NC, 28206

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

**3.623** Nonpriority creditor's name and mailing address

Trucks Unlimited
12644 Old US Hwy 52
Winston-Salem, NC, 27107-9473

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

**3.624** Nonpriority creditor's name and mailing address

Truliant FCU
P.O. Box 26050
Winston-Salem, NC, 27114-6050

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Commercial Guaranty

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 314,192.00

---

**3.625** Nonpriority creditor's name and mailing address

Turbo Exchange
501A Pitts School Road NW
Concord, NC, 28027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

$ 0.00

---

**3.626** Nonpriority creditor's name and mailing address

U.S. Postal Service
Office of the General Counsel
475 L'Enfant Plaza SW
Washington, DC, 20260

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    12/1/18

Last 4 digits of account number

$ 69.41

---

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.627** Nonpriority creditor's name and mailing address

UK Advertising, Inc.
P.O. Box 10741
College Station, TX, 77842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred    10/1/18

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

---

**3.628** Nonpriority creditor's name and mailing address

UK Advertising, Inc.
P.O. Box 10741
College Station, TX, 77842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.629** Nonpriority creditor's name and mailing address

Union County Fire Marshal
500 N Main St
#809
Monroe, NC, 28112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.630** Nonpriority creditor's name and mailing address

United Healthcare
P.O. Box 959782
Saint Louis, MO, 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.631** Nonpriority creditor's name and mailing address

United Leasing, Inc.
P.O. Box 5225
Evansville, IN, 47716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Commercial Guaranty

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 299,844.68

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>   <strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.632**   **Nonpriority creditor's name and mailing address**

United Parcel Service, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.633**   **Nonpriority creditor's name and mailing address**

United Product Supply
P.O. Box 495

Southampton, PA, 18966

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.634**   **Nonpriority creditor's name and mailing address**

United States Treasury
P.O. Box 804525
Cincinnati, OH, 45280-4525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.635**   **Nonpriority creditor's name and mailing address**

Unline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL, 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.636**   **Nonpriority creditor's name and mailing address**

URS Compliance
3675 Crestwod Parkway
Suite 350
Duluth, GA, 30096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.637** Nonpriority creditor's name and mailing address

US Treasury
P.O. Box 979101
St. Louis, MO, 63197-9001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.638** Nonpriority creditor's name and mailing address

US Treasury FMS Debt Services
P.O. Box 70950
Charlotte, NC, 28272

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.639** Nonpriority creditor's name and mailing address

USAble Life
c/o Brian D. Black
17500 Chenal Parkway, Suite 500
Little Rock, AR, 72223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

$ 2,207.85

Date or dates debt was incurred    11/20/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.640** Nonpriority creditor's name and mailing address

UTICA National Insurance Group
130 John Muir Dr
#400
Buffalo, NY, 14228

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.641** Nonpriority creditor's name and mailing address

VCE, Inc.
c/o Wade C. Hutchinson
2604 Foster Avenue
Nashville, TN, 37210

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:

$ 25,398.59

Date or dates debt was incurred    5/15/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3. 642** Nonpriority creditor's name and mailing address

Verizon Connect Fleet USA LLC
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ 3,534.78

Date or dates debt was incurred    12/9/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 643** Nonpriority creditor's name and mailing address

Verizon Wireless
P.O. Box 660108

Dallas, TX, 75266-0108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 4,445.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 644** Nonpriority creditor's name and mailing address

Verizon Wireless Services, LLC
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ 292.56

Date or dates debt was incurred    11/28/19

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 645** Nonpriority creditor's name and mailing address

Vernon Lawn Care Services LLC
259 Indian Grave Road
Lexington, NC, 27295-6571

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 646** Nonpriority creditor's name and mailing address

Versalift
7601 Imperial Dr
Woodway, TX, 76712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F         Schedule E/F: Creditors Who Have Unsecured Claims

AMENDED

Debtor  National Quarry Services, Inc.
Name

Case number *(if known)* 20-50070

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.647 Nonpriority creditor's name and mailing address**

Vibra-Tech, Inc.
P.O. Box 266
Glasgow, KY, 42141

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.648 Nonpriority creditor's name and mailing address**

Village Inn Hotel & Event Center
P.O. Box 926
Clemmons, NC, 27012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred  10/7/19

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,135.82

**3.649 Nonpriority creditor's name and mailing address**

Virginia Department of Motor Vehicles
P.O. Box 27412
Richmond, 23261-7412

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.650 Nonpriority creditor's name and mailing address**

Virginia Department of Motor Vehicles
P.O. Box 27412
Richmond, VA, 23269

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

**3.651 Nonpriority creditor's name and mailing address**

Virginia Dept. of Fire Programs
1005 Technology Park Dr
Glen Allen, VA, 23059

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.652** **Nonpriority creditor's name and mailing address**

Virginia Truck Center
3243 Lee Hwy
Weyers Cave, VA, 24486

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.653** **Nonpriority creditor's name and mailing address**

Vision Financial Group
P.O. Box 1000
Dept. 0065
Memphis, TN, 38101-2402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Commercial Guaranty

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.654** **Nonpriority creditor's name and mailing address**

VSP
P.O. Box 742788
Los Angeles, CA, 90074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 460.66

---

**3.655** **Nonpriority creditor's name and mailing address**

VTCA
620 Moorefield Park Drive
Suite 120Richmond
Richmond, VA, 27236

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.656** **Nonpriority creditor's name and mailing address**

Vulcan Materials Company
4401 Patterson Ave
Winston Salem, NC, 27105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.657** Nonpriority creditor's name and mailing address

W.H. Beaver Jr. Electric Co.
263 Deer Path Lane
Lexington, NC, 27295

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.658** Nonpriority creditor's name and mailing address

W.W. Grainger, Inc.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.659** Nonpriority creditor's name and mailing address

Wake Forest Baptist Health
P.O. Box 751727
Charlotte, NC, 28275-1727

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.660** Nonpriority creditor's name and mailing address

Wake Forest University Health Sciences
Medical Center Boulevard
Winston Salem, NC, 27157

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.661** Nonpriority creditor's name and mailing address

Walmart, Inc.
c/o Registered Agent
160 Mine Lake Court, Suite 200
Raleigh, NC, 27615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | National Quarry Services, Inc. | Case number (if known) | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.662** Nonpriority creditor's name and mailing address

Wansley Tire Service
3391 US-220 BUS
Asheboro, NC, 27205

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.663** Nonpriority creditor's name and mailing address

Webb Heating & Air Conditioning
170 Webb Way

Advance, NC, 27006

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.664** Nonpriority creditor's name and mailing address

Webber Automotive
10624 Old U.S. Hwy 52
Winston Salem, NC, 27107

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.665** Nonpriority creditor's name and mailing address

Weed Man
2250 Empire Drive
Unit 110
Winston Salem, NC, 27103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

**3.666** Nonpriority creditor's name and mailing address

Weller Truck Parts
1500 Gezon Pkwy SW
Grand Rapids, MI, 49509

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 667  **Nonpriority creditor's name and mailing address**

Wells Business
BKG MAC D4004-03A
P.O. Box 202902
Dallas, TX, 75320-2902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 668  **Nonpriority creditor's name and mailing address**

Wells Fargo Bank, N.A.
c/o Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC, 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Commercial Guaranty

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 321,743.80

---

**3.** 669  **Nonpriority creditor's name and mailing address**

Wells Fargo Dealer Services
4525 Sharon Rd
4th Floor
Charlotte, NC, 28211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Commercial Guaranty

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 670  **Nonpriority creditor's name and mailing address**

Wells Fargo Equipment Finance
P.O. Box 858178
Minneapolis, MN, 55485-8178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Commercial Guaranty

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 671  **Nonpriority creditor's name and mailing address**

West Virginia BCSE
P.O. Box247
Charleston, WV, 25321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

Debtor  National Quarry Services, Inc.
        Name

Case number *(if known)* 20-50070

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.** 672  **Nonpriority creditor's name and mailing address**

West Virginia Department of Motor Vehicles
c/o Bankruptcy Division
5707 MacCorkle Avenue, SE
Charleston, WV, 25317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 673  **Nonpriority creditor's name and mailing address**

West Virginia Department of Transportation
1900 Kanawha Blvd E
Charleston, WV, 25305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 674  **Nonpriority creditor's name and mailing address**

West Virginia Insurance Commissioner
P.O. Box 40254
Charleston, WV, 25364-0254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 675  **Nonpriority creditor's name and mailing address**

WFS Financial SVS
P.O. Box 25341
Santa Ana, CA, 92799-5341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 676  **Nonpriority creditor's name and mailing address**

White's International Trucks
199 Oak Grove Church Road
Mount Airy, NC, 27030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number (if known) | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 677    **Nonpriority creditor's name and mailing address**

Whitey's Radiator Shop
P.O. Box 743
Mount Airy, NC, 27030

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 678    **Nonpriority creditor's name and mailing address**

Whitney Flooring Inc.
3818 Clemmons Rd
Clemmons, NC, 27012

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 679    **Nonpriority creditor's name and mailing address**

William H. Beaver Jr., Electric
263 Deer Path Lane
Lexington, NC, 27295

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 680    **Nonpriority creditor's name and mailing address**

Williams Fabrication & Industrial
8901 Kershaw Camden Hwy
Kershaw, SC, 29067

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.** 681    **Nonpriority creditor's name and mailing address**

Wilson Iron Works
208 Lodge St S
Wilson, NC, 27893

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.**682** Nonpriority creditor's name and mailing address

Winchester Fire & Rescue Department
21 S. Kent Street
Suite 301
Winchester, VA, 22601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

3.**683** Nonpriority creditor's name and mailing address

Winner Transport Inc.
P.O. Box 39
Osgood, OH, 45351

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

3.**684** Nonpriority creditor's name and mailing address

Winston Salem Chamber of Commerce
411 W. 4th Street
Suite 211
Winston Salem, NC, 27101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

3.**685** Nonpriority creditor's name and mailing address

Winston-Salem Hose & Fittings
8100 North Point Blvd
Winston Salem, NC, 27105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

3.**686** Nonpriority creditor's name and mailing address

Winzer Corporation
c/o Deborah Bynum
4060 E. Plano Pkwy
Plano, TX, 75074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____10/4/19_____

Last 4 digits of account number _____

$ 1,319.52

---

Debtor   National Quarry Services, Inc.
         Name

Case number (if known)___20-50070____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 687   **Nonpriority creditor's name and mailing address**

Wooster Hydrostatics
4570 W Old Lincoln Way
Wooster, OH, 44691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 688   **Nonpriority creditor's name and mailing address**

WorkForce West Virginia
P.O. Box 106
Charleston, WV, 25321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 294.74

Date or dates debt was incurred   6/13/14
Last 4 digits of account number   _____

---

**3.** 689   **Nonpriority creditor's name and mailing address**

Yarbrough Transfer Company
1500 Doune St
Winston Salem, NC, 27127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** 690   **Nonpriority creditor's name and mailing address**

Zurich North America
P.O. Box 4666
Carol Stream, IL, 60197-4666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
|---|---|---|
| | Name | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Advance Auto Parts, Inc.<br>c/o Registered Agent<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC, 27615 | Line 3.6<br>☐ Not listed. Explain: | _____ |
| 4.2. | Airgas National Welders VA<br>P.O. Box 734445<br>Chicago, IL, 60673 | Line 3.15<br>☐ Not listed. Explain | _____ |
| 4.3. | Alban Tractor Co., Inc.<br>c/o Edward Evans<br>8531 Pulaski Highway<br>Baltimore, MD, 21237 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 4.4. | Blanco Tackabery & Matamoros, P.A.<br>c/o Ashley Rusher<br>110 S. Stratford Rd., Suite 500<br>Winston Salem, NC, 27104 | Line 3.32<br>☐ Not listed. Explain | _____ |
| 41. | Blanco Tackabery & Matamoros, P.A.<br>c/o Ashley Rusher<br>110 S. Stratford Rd., Suite 500<br>Winston Salem, NC, 27104 | Line 3.33<br>☐ Not listed. Explain | _____ |
| 4.5. | Blue Cross and Blue Shield of North Carolina<br>c/o Sherry R. Dawson, Esq.<br>P.O. Box 17509<br>Winston Salem, NC, 27116 | Line 3.68<br>☐ Not listed. Explain | _____ |
| 4.6. | Bureau of Alcohol Tobacco Firearms Explosives<br>ATF - Chief, FELC<br>244 Needy Road<br>Martinsburg, WV, 25405 | Line ____<br>☑ Not listed. Explain | _____ |
| 4.7. | Carolina CAT<br>6215 Swiggett Road<br>Greensboro, NC, 27409 | Line 3.100<br>☐ Not listed. Explain | _____ |
| 4.8. | CAT Access Account<br>P.O. Box 905229<br>Charlotte, NC, 28290 | Line 3.112<br>☐ Not listed. Explain | _____ |
| 4.9. | CAT Financial Commercial Account<br>P.O. Box 978595<br>Dallas, TX, 75397 | Line 3.112<br>☐ Not listed. Explain | _____ |
| 4.10. | Colliflower, Inc.<br>c/o Diana Guzman<br>9320 Pulaski Hwy<br>Middle River, MD, 21220 | Line 3.140<br>☐ Not listed. Explain | _____ |
| 4.11. | Corporate Benefits, Inc.<br>c/o Registered Agent<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC, 27615 | Line 3.154<br>☐ Not listed. Explain | _____ |

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
| | Name | |

## Part 3:  Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 Deductible Recovery Group<br>P.O. Box 6068-28<br>Hermitage, PA, 16148 | Line 3.182<br>☐ Not listed. Explain | _____ |
| 4.14 Eastern Hydraulic & Transmission<br>P.O. Box 1649<br>Wilson, NC, 27894 | Line 3.207<br>☐ Not listed. Explain | _____ |
| 4.15 Glass Doctor VA<br>130 Millwood Avenue<br>Winchester, VA, 22601 | Line 3.565<br>☐ Not listed. Explain | _____ |
| 4.16 Haynsworth Sinkler Boyd<br>c/o Mary M. Caskey<br>1201 Main Street, 22nd Floor<br>Columbia, SC, 11889 | Line 3.199<br>☐ Not listed. Explain | _____ |
| 4.17 Kirschbaum, Nanney, Keenan & Griffin, P.A.<br>c/o Pamela P. Keenan, Esq.<br>P.O. Box 19766<br>Raleigh, NC, 27619 | Line 3.253<br>☐ Not listed. Explain | _____ |
| 4.18 Lincoln Financial Securities Corporation<br>c/o Registered Agent<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC, 27608 | Line 3.388<br>☐ Not listed. Explain | _____ |
| 4.19 Milliken & Michaels<br>1146 21st Street<br>Suite B1<br>Vero Beach, FL, 32960 | Line 3.502<br>☐ Not listed. Explain | _____ |
| 4.20 Mine Safety & Health Administration<br>c/o U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC, 20530 | Line ____<br>☐ Not listed. Explain | _____ |
| 4.21 Minuteman Press International, Inc.<br>c/o Registered Agent<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC, 27615 | Line 3.422<br>☐ Not listed. Explain | _____ |
| 4.22 N.C. Dept. of Commerce<br>c/o Mary Elizabeth Wilson<br>4301 Mail Service Center<br>Raleigh, NC, 27699 | Line ____<br>☐ Not listed. Explain | _____ |
| 4.23 N.C. Dept. of Health & Human Services<br>c/o Lisa G. Corbett<br>2001 Mail Service Center<br>Raleigh, NC, 27699 | Line ____<br>☐ Not listed. Explain | _____ |
| 4.24 N.C. Dept. of Labor<br>c/o Jill Cramer, General Counsel<br>4 W. Edenton Street<br>Raleigh, NC, 27601 | Line 2.19<br>☐ Not listed. Explain | _____ |
| 4.25 N.C. Dept. of Labor<br>c/o Jill Cramer, General Counsel<br>4 W. Edenton Street<br>Raleigh, NC, 27601 | Line ____<br>☐ Not listed. Explain | _____ |
| 4.26 N.C. Dept. of Public Safety<br>c/o Jane Ammons Gilchrist<br>4201 Mail Service Center<br>Raleigh, NC, 27699 | Line ____<br>☐ Not listed. Explain _____ | _____ |

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.27 N.C. Dept. of the Secretary of State<br>c/o Ann B. Wall<br>P.O. Box 29622<br>Raleigh, NC, 27626 | Line _____<br>☐ Not listed. Explain | _____ |
| 4.28 N.C. Division of Employment Security<br>c/o R. Glen Peterson<br>P.O. Box 25903<br>Raleigh, NC, 27611 | Line _____<br>☐ Not listed. Explain | _____ |
| 4.29 N.C. Division of Motor Vehicles<br>c/o Brandon Mattox<br>3101 Mail Service Center<br>Raleigh, NC, 27699 | Line _____<br>☐ Not listed. Explain | _____ |
| 4.30 North Carolina Department of Transportation<br>1501 Mail Service Center<br>Raleigh, NC, 27699 | Line 2.27<br>☐ Not listed. Explain | _____ |
| 4.31 Parker Poe Adams & Bernstein LLP<br>c/o Brian D. Darer<br>301 Fayetteville Street, Suite 1400<br>Raleigh, NC, 27601 | Line 3.341<br>☐ Not listed. Explain | _____ |
| 4.32 Staples, Inc.<br>c/o Registered Agent<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC, 27615 | Line 3.549<br>☐ Not listed. Explain | _____ |
| 4.33 Staples, Inc.<br>c/o Registered Agent<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC, 27615 | Line 3.550<br>☐ Not listed. Explain | _____ |
| 4.34 Tax Division<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC, 20530 | Line _____<br>☐ Not listed. Explain | _____ |
| 4.35 Tennessee Attorney General's Office<br>c/o Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN, 37202 | Line 2.40<br>☐ Not listed. Explain | _____ |
| 4.36 U.S. Attorney's Office - M.D.N.C.<br>c/o Bankruptcy Division<br>101 S. Edgeworth Street, 4th Floor<br>Greensboro, NC, 27401 | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line _____<br>☐ Not listed. Explain _____ | _____ |

Debtor  National Quarry Services, Inc.
Name

Case number (if known) 20-50070

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | Total of claim amounts |
|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. $ 1,675,058.18 |
| 5b. **Total claims from Part 2** | 5b. + $ 4,660,850.67 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ 6,335,908.85 |

AMENDED

| Fill in this information to identify the case: |
|---|

Debtor name __National Quarry Services, Inc.__

United States Bankruptcy Court for the: __Middle District of North Carolina__

Case number (If known): __20-50070__     Chapter __11__

☑ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Certain Office Phone Equipment Agreement No. 1195017 Lessee | GreatAmerica Financial Services Corp. c/o Registered Agent 160 Mine Lake Court, Suite 200 Raleigh, NC, 27615 |
| | State the term remaining | 20 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 3 Drill Rigs: Serial Nos. G18SED0076, G18SED0164, 18SED0167; 1 Epiroc FlexiROC D60 Drill Rig - Serial No. | Epiroc USA LLC c/o Registered Agent 160 Mine Lake Court, Suite 200 Raleigh, NC, 27615 |
| | State the term remaining | 40 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 4 Sharp Copier Machines with the following serial numbers: 95091296, 65034980, 65035500, 35035530 Lessee | Sharp Business Systems 4404-A Stuart Andrew Blvd. Charlotte, NC, 28217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Paw Creek Sewer Outfall Replacement SCL0656-6 | Dellinger, Inc. PO Box 929 Monroe, NC, 28111-0929 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Steele Creek Sewer Sanitary Sewerage System Improvements SCL0658-6 | Dellinger, Inc. PO Box 929 Monroe, NC, 28111-0929 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest

Shelby III US-74 form East of NC-226 to East of NC-150

State the term remaining

List the contract number o any government contract

E.S. Wagner Company, LLC
427 Oak Rd
Piedmont, SC, 29673

**2.7**
State what the contract or lease is for and the nature of the debtor's interest

Virginia Waste Landfill

State the term remaining

List the contract number of any government contract

Virginia Wastes Services
11800 Lewis Road
Chester, VA, 23831

**2.8**
State what the contract or lease is for and the nature of the debtor's interest

NC-119 Relocation North of SR-1921 (Mebane-Rogers Rd) to SR-1918 (Mrs. White Rd)

State the term remaining

List the contract number of any government contract

Thalle Construction Co., Inc.
900 NC Route 86 N

Hillsborough, NC, 27278

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

AMENDED

| Fill in this information to identify the case: |
|---|

Debtor name __National Quarry Services, Inc.__

United States Bankruptcy Court for the: __Middle District of North Carolina__

Case number (If known): __20-50070__

☑ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 NQS Equipment Leasing Company | | First-Citizens Bank & Trus | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 NQS Equipment Leas | | Signature Financial LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 NQS Equipment Leas | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 Christopher L. Gifford | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 NQS Equipment Leas | | Western Equipment Finan | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Christopher L. Gifford | | American National Bank & | ☐ D<br>☑ E/F<br>☐ G |

AMENDED

Debtor    National Quarry Services, Inc.
          Name

Case number (*if known*)  20-50070

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | NQS Equipment Le | | American National Bank & | ☐ D ☑ E/F ☐ G |
| 2.8 | Christopher L. Giffo | | American National Bank & | ☐ D ☑ E/F ☐ G |
| 2.9 | NQS Equipment Le | | American National Bank & | ☐ D ☑ E/F ☐ G |
| 2.10 | Christopher L. Giffo | | First National Bank of Per | ☐ D ☑ E/F ☐ G |
| 2.11 | NQS Equipment Le | | First National Bank of Per | ☐ D ☑ E/F ☐ G |
| 2.12 | NQS Equipment Le | | Citizens One NMTC CDE | ☑ D ☐ E/F ☐ G |
| 2.13 | NQS Equipment Le | | Hitachi Capital America C | ☑ D ☐ E/F ☐ G |
| 2.14 | NQS Equipment Le | | Huntington Financial Corp | ☑ D ☐ E/F ☐ G |

AMENDED

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
|---|---|---|
| | Name | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.15 | Christopher L. Giff | | Pinnacle Bank | ☑ D  ☐ E/F  ☐ G |
| 2.16 | NQS Equipment Le | | Pinnacle Bank | ☑ D  ☐ E/F  ☐ G |
| 2.17 | Christopher L. Giff | | Prime Alliance Bank, Inc. | ☑ D  ☐ E/F  ☐ G |
| 2.18 | NQS Equipment Le | | Prime Alliance Bank, Inc. | ☑ D  ☐ E/F  ☐ G |
| 2.19 | NQS Equipment Le | | Summit Funding Group, I | ☑ D  ☐ E/F  ☐ G |
| 2.20 | NQS Equipment Le | | Wells Fargo Bank, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.21 | NQS Equipment Le | | Wells Fargo Bank, N.A. | ☑ D  ☐ E/F  ☐ G |
| 2.22 | NQS Equipment Le | | _____ | ☐ D  ☐ E/F  ☐ G |

AMENDED

| Debtor | National Quarry Services, Inc. | Case number (if known) | 20-50070 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 | NQS Equipment Le | | Ally Bank Corp. | ☑ D ☐ E/F ☐ G |
| 2.24 | NQS Equipment Le | | First National Bank of Per | ☑ D ☐ E/F ☐ G |
| 2.25 | Christopher L. Giffo | | First National Bank of Per | ☑ D ☐ E/F ☐ G |
| 2.26 | NQS Equipment Le | | Terex Financial Services, | ☑ D ☐ E/F ☐ G |
| 2.27 | NQS Equipment Le | | Vision Financial Group, In | ☑ D ☐ E/F ☐ G |
| 2.28 | NQS Equipment Le | | Wells Fargo Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |

AMENDED

**Fill in this information to identify the case:**

Debtor name    National Quarry Services, Inc.

United States Bankruptcy Court for the:   Middle District of North Carolina

Case number (If known):    20-50070

☑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other | $_____0.00 |
| **For prior year:** | From 07/01/2019<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____4,778,518.36 |
| **For the year before that:** | From 07/01/2018<br>MM / DD / YYYY | to | 06/30/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____14,996,753.57 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____0.00 |
| **For prior year:** | From 07/01/2019<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____0.00 |
| **For the year before that:** | From 07/01/2018<br>MM / DD / YYYY | to | 06/30/2019<br>MM / DD / YYYY | _____ | $_____0.00 |

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* 20-50070 |
|---|---|---|
| | Name | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | PetroChoice LLC <br> Creditor's name <br> c/o Registered Agent <br> 160 Mine Lake Court, Suite 200 <br> Raleigh, NC 27615 | 01/2020 | $ 12,162.42 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | Verizon Connect Fleet USA LLC <br> Creditor's name <br> c/o Registered Agent <br> 160 Mine Lake Court, Suite 200 <br> Raleigh, NC 27615 | 01/2020 | $ 12,396.50 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other Telephone / Internet services |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Christopher L. Gifford <br> Insider's name <br> 4568 Frye Bridge Road <br> Clemmons, NC 27012 <br><br> Relationship to debtor | | $ 258,047.37 | |
| 4.2. | John L. Blanton <br> Insider's name <br> 3627 Tom Brown Road <br> Franklinville, NC 27248 <br><br> Relationship to debtor | | $ 203,943.32 | |

AMENDED

Debtor  National Quarry Services, Inc.
        _____
        Name

Case number *(if known)* 20-50070
_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Epiroc USA LLC<br>Creditor's name<br>c/o Registered Agent<br>160 Mine Lake Court, Suite 200<br>Raleigh, NC 27615 | | _____ | $ Unknown |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Pinnacle Bank<br>Creditor's name<br>c/o Registered Agent<br>160 Mine Lake Court Suite 200<br>Raleigh, NC 27615 | | _____ | $ 75,000.00 |
| | Last 4 digits of account number: XXXX– _____ | | |

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Prime Alliance Bank, Inc. v. NQS Equipment Leasing Company, National Quarry Services, Inc., and Christopher Gifford | Breach of Contract | Second Judicial District Court for Davis County, Utah<br><br>800 W. State Street<br>Farmington, UT 84025 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>190700691 | | | |
| 7.2. | Carter Machinery Co., Inc. v. National Quarry Services, Inc. | Breach of Contract; Default Judg | Circuit Court of Virginia, City of Norfolk<br><br>150 St. Paul's Blvd.<br>Norfolk, VA 23510-2773 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>CL19-5534 | | | |

---

Debtor  National Quarry Services, Inc.
_____
Name

Case number *(if known)* 20-50070
_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Angel Names Association | Gift in cash | 9/13/19 | $500.00 |
| Recipient's name | | | |
| P.O. Box 423 | | | |
| Saratoga Springs, NY 12666 | | | |
| **Recipient's relationship to debtor** | | | |
| None | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

AMENDED

| Debtor | National Quarry Services, Inc. | Case number (if known) | 20-50070 |
|---|---|---|---|
| | Name | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Waldrep LLP | | 12/2019; 1/2020 | $ 35,000.00 |
| | **Address** | | | |
| | 101 S. Stratford Road, Suite 201 Winston Salem, NC 27104 | | | |
| | **Email or website address** www.waldrepllp.com | | | |
| | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Anderson Bauman Tourtellot Vos & Co. | | 1/2020 | $ 18,837.17 |
| | **Address** 6100 Fairview Road, Suite 565 Charlotte, NC 28210 | | | |
| | **Email or website address** www.abtv.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 5 |
|---|---|---|

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 4570 Frye Bridge Road<br>Clemmons, NC 27012 | From _1/1/2005_ To _12/31/2017_ |
| 14.2. | | From _____ To _____ |

AMENDED

Debtor    National Quarry Services, Inc.
_____
Name

Case number (*if known*) 20-50070

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

AMENDED

Debtor    National Quarry Services, Inc.
_____    Case number *(if known)* 20-50070 _____
         Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

AMENDED

Debtor    National Quarry Services, Inc.
_____
Name

Case number *(if known)* 20-50070
_____

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

AMENDED

Debtor    National Quarry Services, Inc.
_____
Name

Case number *(if known)* 20-50070
_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____  To _____ |

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number *(if known)* | 20-50070 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Norris, Stewart & Ralston, P.A. <br> Name <br> P.O. Drawer 1068, Statesville, NC 28687 | From _____ <br> To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. <br> Name | From _____ <br> To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Keiter Stephens Advisors <br> Name <br> 4401 Dominion Blvd, Glen Allen, VA 23060 | From 06/01/2019 <br> To 06/30/2019 |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br> Name | From _____ <br> To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. John Blanton <br> Name <br> 632 National Highway, Thomasville, NC 27360 | |

---

AMENDED

| Debtor | National Quarry Services, Inc. | Case number (if known) | 20-50070 |
|---|---|---|---|
| | Name | | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  Pinnacle Bank
Name

| Name and address |
|---|

26d.2.  First National Bank of Pennsylvania
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
Name

AMENDED

Debtor    National Quarry Services, Inc.
_____
Name

Case number *(if known)* 20-50070
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2. _____<br>Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| NQS Equipment Leasing Company | 6216 Clementine Drive, Clemmons, NC 27012 | Shareholder | 100% |
| Christopher L. Gifford | , | President & CEO | |
| John Blanton | , | CFO | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached SOFA Part 13, Question 30<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

AMENDED

| Debtor | National Quarry Services, Inc. | Case number (if known) 20-50070 |
|---|---|---|
| | Name | |

**Name and address of recipient**

30.2

Name

Relationship to debtor

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/31/2020
              MM / DD / YYYY

**✗** _(signature)_                                         Printed name   Christopher L. Gifford
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

---

| Debtor Name | National Quarry Services, Inc. | Case number (if known) 20-50070 |
|---|---|---|

### Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| Verizon Wireless Services, LLC, c/o Registered Agent 160 Mine Lake Court, Suite 200, Raleigh, NC 27615 | $13,981.39 | Telephone / internet services |
|---|---|---|
| RDS, 1705 Old Covington Road N.E. Suite 101, Conyers, GA 30013 | $6,193.80 | |
| Tri State Truck, 289 Battleground Road, Cowpens, SC 29330 | $8,012.70 | |

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

Shana Gifford                                        $7,338.00

See Attached SOFA Part 2,
 Question 4

**7) Legal Actions**

Hitachi Capital America Corp. v. National Quarry Services, Inc., Christopher L.
 Gifford, and NQS Equipment Leasing Company

27-CV-20-1182

Breach of Contract

Hennepin County, Minnesota District Court, Fourth Judicial District

Pending

-------

Timothy Bell, et al. v. National Quarry Services, Inc.

CV 2016-900379

Breach of Contract; Commercial Tort

Alabama Circuit Court, Cullman County

500 2nd Avenue SW, Room #303, Cullman, AL 35055

Pending

-------

Pinnacle Bank v. National Quarry Services, Inc., NQS Equipment Leasing Company,
 Southern Specialty Civil Constructors, LLC, and Christopher Lee Gifford

Breach of Contract

AMENDED

Debtor Name  National Quarry Services, Inc.

Case number *(if known)*  20-50070

## Continuation Sheet for Official Form 207

**Forsyth County Clerk of Superior Court**

**PO Box 20099, Winston Salem, NC 27120**

**Pending**

**-------**

**Talley v. ASI Constructors Inc., The Utilities Board of Cullman, & ASI-Alabama, Inc.**

**CV 2018-90026**

**Circuit Court of Cullman County, Alabama**

**500 2nd Avenue S.W., Room 303, Cullman, AL 35055**

**Pending**

**-------**

**26d) Creditors**

**American National Bank & Trust**

**American National**

| Date | Ref/Check | Description | Amount | date | from ss civ | Balance | amount | Balance | Off-set against Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | |
| 1/2/2019 | 102190182 | Tsf from national Quarry Confirmation number 102190182 | 1609.93 | | | 13125.7 | | | |
| 1/3/2019 | 103191155 | Tsf from national Quarry Confirmation number 103191155 | 8000 | | | 14735.63 | | | |
| 1/4/2019 | 104190148 | Tsf from national Quarry Confirmation number 104190148 | 200 | | | 22735.63 | | | |
| 1/10/2019 | 110191088 | Tsf from national Quarry Confirmation number 110191088 | 25000 | | | 22935.63 | | | |
| 1/11/2019 | 111191299 | Tsf from national Quarry Confirmation number 111191299 | 5000 | | | 47935.63 | | | |
| 1/14/2019 | 114192552 | Tsf from national Quarry Confirmation number 114192552 | 10000 | | | 52935.63 | | | |
| 1/14/2019 | 117191027 | Tsf from national Quarry Confirmation number 117191027 | 25000 | | | 62935.63 | | | |
| 1/17/2019 | | Regular Deposit | 97397.52 | | | 87935.63 | | | |
| 1/18/2019 | | SOUTHERN SPECIAL MANUAL 01 1824654552 MANUAL TRANSFER | 137.82 | 1/15/2019 | 7100 | 80835.63 | | | |
| 1/22/2019 | | INTUIT PAYROLLS QUICKBOOKS 824654552 1722616679 SOUTHERN SPECIALTY CI | 0.16 | | | | | | |
| 1/23/2019 | | INTUIT PAYROLLS QUICKBOOKS 824654552 1722616679 SOUTHERN SPECIALTY CI | 0.97 | 1/23/2019 | 5000 | 75835.63 | | | |
| 1/23/2019 | | Regular Deposit | 16352.62 | 1/23/2019 | 23625.97 | 52209.66 | | | |
| 1/23/2019 | | Regular Deposit | 97397.52 | 1/23/2019 | 7500 | 44709.66 | | | |
| 1/24/2019 | | INTUIT PAYROLL S QUICKBOOKS 824654552 1722616679 SOUTHERN SPECIALTY CI | 2150 | | | | | | |
| 1/25/2019 | | Regular Deposit | 62896.95 | | | | | | |
| 1/25/2019 | | *Chargeback Fee Refund Chargeback Fee on 1/24/19 | 15 | | | | | | |
| 1/28/2019 | 204192176 | Tsf from national Quarry Confirmation number 204192176 | 2398.54 | 1/31/2019 | 15000 | 32108.2 office rental | 750 | | 750 |
| 2/4/2019 | 205190439 | Tsf from national Quarry Confirmation number 205190439 | 1300 | 1/31/2019 | 30000 | 3408.2 | | | |
| 2/5/2019 | 205191404 | Tsf from national Quarry Confirmation number 205191404 | 3297.17 | 1/31/2019 | 20000 | -13294.6 | | | |
| 2/5/2019 | | Deluxe 2294 eChecks 0 4102162294 Jane Marvin | 0.54 | 2/4/2019 | 105.54 | -4794.63 | | | |
| 2/7/2019 | 207191083 | Tsf from national Quarry Confirmation number 207191083 | 24809.05 | 2/7/2019 | 1500 | 9908.88 | | | |
| 2/7/2019 | 211192062 | Tsf from national Quarry Confirmation number 211192062 | 1594.91 | 2/7/2019 | 150 | 11353.79 | | | |
| 2/11/2019 | 212190233 | Tsf from national Quarry Confirmation number 212190233 | 2925.83 | | | 14279.62 | | | |
| 2/12/2019 | 212191015 | Tsf from national Quarry Confirmation number 212191015 | 9648.56 | | 1000 | 22928.18 | | | |
| 2/12/2019 | 213190336 | Tsf from national Quarry Confirmation number 213190336 | 1285.89 | | | 24214.07 | | | |
| 2/13/2019 | 214190309 | Tsf from national Quarry Confirmation number 214190309 | 12976.47 | | | 37190.54 | | | |
| 2/14/2019 | 215190734 | Tsf from national Quarry Confirmation number 215190734 | 7505.1 | | | 44695.64 | | | |
| 2/15/2019 | 219193750 | Tsf from national Quarry Confirmation number 219193750 | 4871.12 | | | 49566.76 | | | |
| 2/19/2019 | 220190608 | Tsf from national Quarry Confirmation number 220190608 | 7954.88 | | | 57521.64 | | | |
| 2/20/2019 | 222191776 | Tsf from national Quarry Confirmation number 222191776 | 10000 | | | 67521.64 | | | |
| 2/22/2019 | 225190090 | Tsf from national Quarry Confirmation number 225190090 | 12000 | | | 79521.64 | | | |
| 2/25/2019 | | Regular Deposit | 13564.12 | | | | | | |
| 2/25/2019 | | Reverse NSF Item Charge | 38 | | | | | | |
| 2/27/2019 | 307190328 | Tsf from national Quarry Confirmation number 307190328 | 10000 | 2/27/2019 | 50000 | 39521.64 office rental | 1500 | 1500 | 750 |
| 3/7/2019 | 307190693 | Tsf from national Quarry Confirmation number 307190693 | 5000 | 3/1/2019 | 17000 | 27521.64 | | | |
| 3/7/2019 | 2166 | Reverse NSF Item Charge | 38 | | | | | | |
| 3/7/2019 | | CITYFAYETTEVILLE ACH PYMT 00001531 B566001226 0004SOUTHERN SPECIAL | 16398.11 | | | 32521.64 | | | |
| 3/8/2019 | | Reverse NSF Item Charge | 38 | | | | | | |
| 3/8/2019 | 312190180 | Tsf from national Quarry Confirmation number 312190180 | 5000 | | | 37521.64 | | | |
| 3/12/2019 | 313190239 | Tsf from national Quarry Confirmation number 313190239 | 5000 | | | 42521.64 | | | |
| 3/13/2019 | 313190556 | Tsf from national Quarry Confirmation number 313190556 | 5000 | | | 57521.64 | | | |
| 3/13/2019 | 314190225 | Tsf from national Quarry Confirmation number 314190225 | 15000 | | | 57521.64 | | | |
| 3/14/2019 | 314190608 | Tsf from national Quarry Confirmation number 314190608 | 9300 | | | 66821.64 | | | |
| 3/14/2019 | | CTYFAYETTEVILLE ACH PYMT 00002004 B566001226 0004SOUTHERN SPECIAL | 50921 | | | 86821.64 | | | |
| 3/15/2019 | 321191537 | Tsf from national Quarry Confirmation number 321191537 | 20000 | 3/1819 | 10000 | 81821.64 | | | |
| 3/15/2019 | 322190347 | Tsf from national Quarry Confirmation number 322190347 | 5000 | | | 91821.64 | | | |
| 3/21/2019 | 322190913 | Tsf from national Quarry Confirmation number 322190913 | 10000 | | | 93821.64 | | | |
| 3/22/2019 | 325190093 | Tsf from national Quarry Confirmation number 325190093 | 5000 | | | 94821.64 | | | |
| 3/22/2019 | 325190093 | Tsf from national Quarry Confirmation number 325190093 | 2000 | | | | | | |
| 3/25/2019 | 325192184 | Tsf from national Quarry Confirmation number 325192184 | 1000 | | | | | | |
| 3/25/2019 | 325193026 | Tsf from national Quarry Confirmation number 325193026 | 10000 | | | 104821.6 | | | |

| Date | Description | Amount | Date | Amount | Balance / Note | Rental A | Rental B |
|---|---|---|---|---|---|---|---|
| 3/25/2019 | 326190176 Trsf from national Quarry Confirmation number 326190176 | 2000 | | | 106821.6 | | |
| 3/26/2019 | 326190995 Trsf from national Quarry Confirmation number 326190995 | 5000 | | | 111821.6 | | |
| 3/26/2019 | 327190181 Trsf from national Quarry Confirmation number 327190181 | 1000 | | | 112821.6 | | |
| 3/27/2019 | 329190980 Trsf from national Quarry Confirmation number 329190980 | 30000 | | | 142821.6 | | |
| 3/29/2019 | 401190105 Trsf from national Quarry Confirmation number 401190105 | 2500 | 3/29/2019 | 1200 | 144121.6 office rental | 750 | 2250 |
| 4/1/2019 | Regular Deposit | 117798.57 | | | | | |
| 4/1/2019 | 409191148 Trsf from national Quarry Confirmation number 409191148 | 25000 | 4/2/2019 | 20000 | 149121.6 | | |
| 4/9/2019 | 411191981 Trsf from national Quarry Confirmation number 411191981 | 43000 | | | 192121.6 | | |
| 4/11/2019 | CITYFAYETTEVILLE ACH PYMT 00002440 8566001226 0004SOUTHERN SPECIAL | 256173.38 | | | | | |
| 4/12/2019 | Reverse NSF Item Charge | 38 | 4/8/2019 | 5000 | 187121.6 | | |
| 4/12/2019 | 419190465 Trsf from national Quarry Confirmation number 419190465 | 10000 | 4/12/2019 | 175000 | 22121.64 | | |
| 4/12/2019 | 506192562 Trsf from national Quarry Confirmation number 506192562 | 5000 | 4/18/2019 | 7000 | 20121.64 | | |
| 4/19/2019 | 423190316 Trsf from national Quarry Confirmation number 423190316 | 5000 | 4/18/2019 | 500 | 22121.64 | | |
| 4/23/2019 | 426190479 Trsf from national Quarry Confirmation number 426190479 | 2500 | 4/26/2019 | 50000 | -27878.4 | | |
| 4/26/2019 | Regular Deposit | 151025.9 | 4/30/2019 | 10000 | 37878.36 | | |
| 4/26/2019 | INTUIT PAYROLL S QUICKBOOKS 824654552 1722616679 SOUTHERN SPECIALTY CI | 531.94 | 4/30/2019 | 20000 | -50878.4 Excavator Rental | 5500 | 7750 |
| 5/2/2019 | 503190550 Trsf from national Quarry Confirmation number 503190550 | 7000 | | | -45878.4 | | |
| 5/3/2019 | 506192562 Trsf from national Quarry Confirmation number 506192562 | 5000 | | | -29878.4 | | |
| 5/6/2019 | 508190334 Trsf from national Quarry Confirmation number 508190334 | 16000 | | | -24878.4 | | |
| 5/8/2019 | 509190383 Trsf from national Quarry Confirmation number 509190383 | 5000 | | | -19878.4 | | |
| 5/9/2019 | 509190383 Trsf from national Quarry Confirmation number 509190383 | 5000 | | | -17878.4 | | |
| 5/13/2019 | 513192423 Trsf from national Quarry Confirmation number 513192423 | 5000 | | | -2878.36 | | |
| 5/13/2019 | 515190934 Trsf from national Quarry Confirmation number 515190934 | 2000 | | | 6121.64 | | |
| 5/15/2019 | 516190598 Trsf from national Quarry Confirmation number 516190598 | 15000 | | | 37273.76 | | |
| 5/16/2019 | Reverse NSF Item Fee | 38 | | | | | |
| 5/16/2019 | Reverse NSF Item Fee | 38 | 5/20/2019 | 3000 | 35466.17 | | |
| 5/16/2019 | 517191168 Trsf from national Quarry Confirmation number 517191168 | 9000 | | | 47966.17 | | |
| 5/17/2019 | Reverse NSF Item Fee | 38 | | | 49667.16 Payroll 5/24/19 | 13616.3 | 21366.3 |
| 5/17/2019 | 521191059 Trsf from national Quarry Confirmation number 521191059 | 31152.12 | | | 52867.16 | | |
| 5/21/2019 | 522190385 Trsf from national Quarry Confirmation number 522190385 | 1192.41 | | | 55367.16 | | |
| 5/22/2019 | 523191255 Trsf from national Quarry Confirmation number 523191255 | 12500 | | | 68367.16 | | |
| 5/23/2019 | 528190263 Trsf from national Quarry Confirmation number 528190263 | 1700.99 | | | 77367.16 | | |
| 5/28/2019 | 528193789 Trsf from national Quarry Confirmation number 528193789 | 3200 | | | | | |
| 5/28/2019 | 529190637 Trsf from national Quarry Confirmation number 529190637 | 2500 | | | | | |
| 5/29/2019 | 530190348 Trsf from national Quarry Confirmation number 530190348 | 13000 | | | | | |
| 5/30/2019 | 530191342 Trsf from national Quarry Confirmation number 530191342 | 9000 | 5/30/2019 | | Office Rental | 750 | 22116.3 |
| 5/30/2019 | CITYFAYETTEVILLE ACH PYMT 00003118 8566001226 0004SOUTHERN SPECIAL | 183798.55 | | | | | |
| 5/31/2019 | 606190471 Trsf from national Quarry Confirmation number 606190471 | 33000 | 5/31/2019 | 100000 | 10367.16 | | |
| 6/6/2019 | Regular Deposit | 120370.74 | 6/3/2019 | 55000 | -44632.8 Excavator Rental | 5500 | 27616.3 |
| 6/7/2019 | 618191510 Trsf from national Quarry Confirmation number 618191510 | 3500 | 6/3/2019 | 2119.65 | -43252.5 | | |
| 6/18/2019 | 620191265 Trsf from national Quarry Confirmation number 620191265 | 35000 | 6/5/2019 | 5500 | -13752.5 | | |
| 6/20/2019 | Reverse NSF Item Charge | 38 | 6/12/2019 | 5000 | -18752.5 | | |
| 6/20/2019 | 2375 Reverse NSF Item Charge | 38 | | 20000 | -38752.5 | | |
| 6/20/2019 | Reverse NSF Item Fee | 38 | | | | | |
| 6/24/2019 | Reverse NSF Item Fee | 38 | | | | | |
| 6/25/2019 | Reverse NSF Item Fee | 38 | | | | | |
| 6/25/2019 | 2354 Reverse NSF Item Fee | 38 | | | | | |
| 6/25/2019 | 2371 Reverse NSF Item Fee | 38 | | | | | |
| 6/25/2019 | Reverse NSF Item Fee | 38 | | | 11247.51 | | |
| 6/25/2019 | 2373 Reverse NSF Item Fee | 38 | | | | | |
| 6/25/2019 | 626191824 Trsf from national Quarry Confirmation number 626191824 | 50000 | | | | | |
| 6/26/2019 | 627191814 Trsf from national Quarry Confirmation number 627191814 | 18531.36 | 6/28/2019 | 5000 | 29778.87 Office Rental | 750 | 28366.3 |
| 6/27/2019 | 701193063 Trsf from national Quarry Confirmation number 701193063 | 15000 | 6/28/2019 | 5000 | 39778.87 Payroll 6/28/19 | 14040.98 | 42407.28 |
| 7/1/2019 | 702191102 Trsf from national Quarry Payroll Confirmation number 702191102 | 12168.51 | | | 46947.38 | | |
| 7/2/2019 | Regular Deposit | 111.64 | 7/1/2019 | 7900 | 39047.38 Excavator Rental | 5500 | 47907.28 |

| Date | Description | Amount | Date | Amount | Balance | | |
|---|---|---|---|---|---|---|---|
| 7/8/2019 | 710191298 Trsf from national Quarry Confirmation number 710191298 | 12000 | | | | | |
| 7/10/2019 | CITYFAYETTEVILLE ACH PWMT 00004000 B566001226 0004SOUTHERN SPECIAL | 244580.55 | | | | | |
| 7/12/2019 | 717190251 Trsf from national Quarry Confirmation number 717190251 | 10000 | 7/1/2019 | 500 | 50547.38 | | |
| 7/12/2019 | 723190338 Trsf from national Quarry Confirmation number 723190338 | 10000 | | | 60547.38 | | |
| 7/17/2019 | 724191059 Trsf from national Quarry Confirmation number 724191059 | 11000 | 7/12/2019 | 100000 | -29452.6 | | |
| 7/23/2019 | CITYFAYETTEVILLE ACH PWMT 00004191 B566001226 0004SOUTHERN SPECIAL | 136967.87 | | | -18452.6 | | |
| 7/24/2019 | Regular Deposit | 10 | | | | | |
| 7/26/2019 | 807191411 Trsf from national Quarry Confirmation number 807191411 | 12500 | 7/30/2019 | 14691.5 | -20644.1 Office Rental | 750 | 48657.28 |
| 8/7/2019 | 808190266 Trsf from national Quarry Confirmation number 808190266 | 1000 | | | -19644.1 | | |
| 8/8/2019 | 812190055 Trsf from national Quarry Confirmation number 812190055 | 1000 | | | -18644.1 Excavator Rental | 5500 | 54157.28 |
| 8/12/2019 | 814190076 Trsf from national Quarry Confirmation number 814190076 | 2000 | | | -16644.1 | | |
| 8/14/2019 | 814190563 Trsf from national Quarry Confirmation number 814190563 | 2138.02 | | | -14506.1 | | |
| 8/14/2019 | 815190087 Trsf from national Quarry Confirmation number 815190087 | 9000 | | | -5506.1 | | |
| 8/15/2019 | 815191903 Trsf from national Quarry Confirmation number 815191903 | 2500 | | | -3006.1 | | |
| 8/15/2019 | CITYFAYETTEVILLE ACH PWMT 00004515 B566001226 0004SOUTHERN SPECIAL | 529927.68 | 8/16/2019 | 20000 | -23006.1 | | |
| 8/16/2019 | PROG SO EASTERN INS PREM 9409348138 SOUTHERN SPECIALTY CIV | 736 | 8/16/2019 | 100000 | -123006 | | |
| 8/20/2019 | CITYFAYETTEVILLE ACH PWMT 00004787 8566001226 0004SOUTHERN SPECIAL | 89979.73 | 8/16/2019 | 25000 | -148006 | | |
| 8/30/2019 | 918190939 Trsf from national Quarry Confirmation number 918190939 | 10000 | 8/19/2019 | 20000 | -158006 | | |
| 9/18/2019 | CITYFAYETTEVILLE ACH PWMT 00005083 B566001226 0004SOUTHERN SPECIAL | 697876.37 | 8/23/2019 | 15000 | -173006 Office Rental | 750 | 54907.28 |
| 9/20/2019 | 925191445 Trsf from national Quarry Confirmation number 925191445 | 105000 | 8/26/2019 | 20000 | -88006.1 Excavator Rental | 5500 | 60407.28 |
| 9/25/2019 | CITYFAYETTEVILLE ACH PWMT 00005344 B566001226 0004SOUTHERN SPECIAL | 216025.59 | 9/3/2019 | 20000 | -108006 Office Rental | 750 | 61157.28 |
| 10/11/2019 | 1021192126 Trsf from national Quarry Confirmation number 1021192126 | 100000 | 9/4/2019 | 15000 | -18006.1 Excavator Rental | 5500 | 66657.28 |
| 10/21/2019 | 1030190538 Trsf from national Quarry Confirmation number 1030190538 | 15000 | 9/4/2019 | 20000 | -18006.1 | | |
| 10/30/2019 | 1105190083 Trsf from national Quarry Confirmation number 1105190083 | 4000 | 9/5/2019 | 15000 | -19006.1 Office Rental | 750 | 67407.28 |
| 11/5/2019 | 1106191419 Trsf from national Quarry Confirmation number 1106191419 | 17000 | 9/12/2019 | 5000 | -12006.1 | | |
| 11/6/2019 | 1107190095 Trsf from national Quarry Confirmation number 1107190095 | 1500 | 9/16/2019 | 10000 | -15506.1 Excavator Rental | 5500 | 72907.28 |
| 11/7/2019 | PROG SO EASTERN INS PREM 9409348138 SOUTHERN SPECIALTY CIV | 1041.63 | 9/16/2019 | 10000 | -25506.1 | | |
| 11/8/2019 | 1108190056 Trsf from national Quarry Confirmation number 1108190056 | 50000 | 9/20/2019 | 25000 | -25506.1 | | |
| 11/8/2019 | IB Transfer from D *********76 to D *********619 | 15000 | 9/20/2019 | 15000 | -35506.1 | | |
| 11/14/2019 | CITYFAYETTEVILLE ACH PWMT 6449 8566001226 4SOUTHERN SPECIAL | 182099.47 | 9/20/2019 | 25000 | -25506.1 | | |
| 11/15/2019 | IB Transfer from D *********76 to D *********619 | 12000 | 9/26/2019 | 90000 | -128506 | | |
| 11/26/2019 | IB Transfer from D *********76 to D *********619 | 7000 | 10/3/2019 | 25000 | -146506 | | |
| 11/27/2019 | IB Transfer from D *********76 to D *********619 | 5000 | 10/8/2019 | 5000 | -146506 Office Rental | 750 | 73657.28 |
| 12/2/2019 | 2647 Reverse NSF Item Fee | 38 | 10/8/2019 | 200 | -146706 Excavator Rental | 5500 | 79157.28 |
| 12/2/2019 | IB Transfer from D *********76 to D *********619 | 10000 | 10/8/2019 | 3000 | -139706 | | |
| 12/3/2019 | Reverse NSF Item Fee | 38 | 11/1/2019 | 59000 | -198706 | | |
| 12/3/2019 | IB Transfer from D *********76 to D *********619 | 20000 | 118/19 | 15000 | -193706 | | |
| 12/4/2019 | IB Transfer from D *********76 to D *********619 | 5000 | | | -188706 | | |
| 12/9/2019 | Reverse NSF Item Fee | 38 | | 1531.74 | -204024 | | |
| 12/12/2019 | 2647 Reverse NSF Item Fee | 38 | | 20000 | -224024 | | |
| 12/12/2019 | 2651 Reverse NSF Item Fee | 38 | | 10000 | -234024 | | |
| 12/12/2019 | 2669 Reverse NSF Item Fee | 38 | | 10000 | -234024 | | |
| 12/12/2019 | Reverse NSF Item Fee | 38 | | 9000 | -243024 | | |
| 12/12/2019 | Reverse NSF Item Fee | 38 | | 10000 | -253024 | | |
| 12/13/2019 | Reverse NSF Item Charge | 38 | | 20000 | -253024 | | |
| 12/16/2019 | Reverse NSF Item Charge | 38 | | | -273024 | | |
| 12/17/2019 | 2651 Reverse NSF Item Charge | 38 | | | | | |
| 12/17/2019 | 2654 Reverse NSF Item Charge | 38 | | | | | |
| 12/17/2019 | 2655 Reverse NSF Item Charge | 38 | | | | | |
| 12/17/2019 | 2673 Reverse NSF Item Charge | 38 | | | | | |
| 12/17/2019 | 2675 Reverse NSF Item Charge | 38 | | | | | |
| 12/17/2019 | 2679 Reverse NSF Item Charge | 38 | | | | | |
| 12/17/2019 | Regular Deposit | 20000 | | | -253024 | | |

| Date | Description | Amount | | Date | | | Note | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2019 | Regular Deposit | 55 | | | | | | | | |
| 12/17/2019 | Regular Deposit | 15000 | -238024 | | | | | | | |
| 12/19/2019 | INCOMING WIRE NATIONAL QUARRY SERVICES INC | 60000 | -178024 | | | | | | | |
| 12/20/2019 | Regular Deposit | 15000 | -163024 | | | | | | | |
| 12/23/2019 | Regular Deposit | 20000 | -143024 | | | | | | | |
| 12/31/2019 | Regular Deposit | 10000 | -133024 | | | | Office Rental | | 750 | 79907.28 |
| 1/3/2020 | Regular Deposit | 10000 | -123024 | | | | | | | |
| 1/8/2020 | CITYFAYETTEVILLE ACH PYMT 7365 8566001226 4SOUTHERN SPECIAL | 108512.84 | | | | | Excavator Rental | | 5500 | 85407.28 |
| 1/10/2020 | CITYFAYETTEVILLE ACH PYMT 7453 8566001226 4SOUTHERN SPECIAL | 181720.48 | -203024 | 1/17/2019 | 80000 | | | | | |
| 1/17/2020 | Regular Deposit | 80000 | -123024 | | | | | | | |
| 1/21/2020 | | | | | | | Office Rental | | 750 | 86157.28 |
| 1/31/2020 | | | | | | | | | | |

1:54 PM
02/05/20
Accrual Basis

**National Quarry Services, Inc.**
**Transactions by Account**
As of December 31, 2019

| Type | Date | Num | Name | Memo | Cl | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| **Distribution** | | | | | | | | 0.00 |
| Check | 07/03/2019 | 13449 | PNC BANK | PORSCHE | | 1,061.01 | | -1,061.01 |
| Check | 07/03/2019 | 13434 | Bank of America | ESCALADE | | 1,427.94 | | -2,488.95 |
| Check | 07/03/2019 | 13435 | AT&T | AT&T | | 112.64 | | -2,601.59 |
| Check | 07/03/2019 | 13436 | CRAIGE JENKINS L... | GIFFORD ATTORNEY FEES | | 967.50 | | -3,569.09 |
| Check | 07/03/2019 | 13437 | Discover | DISCOVER CARD | | 2,178.10 | | -5,747.19 |
| Check | 07/03/2019 | 13438 | SST | MUSTANG | | 817.70 | | -6,564.89 |
| Check | 07/03/2019 | 13439 | American Express | CLG PERSONAL ACCOUNT | | 2,371.10 | | -8,935.99 |
| Check | 07/03/2019 | 13440 | SunTrust Mortgage | HOME MORTGAGE | | 1,872.52 | | -10,808.51 |
| Check | 07/03/2019 | 13441 | Duke Energy | POWER LINCOLN HEIGHTS | | 155.94 | | -10,964.45 |
| Check | 07/03/2019 | 13442 | PINNACLE BANK | EQUITY LINE ON HOME | | 2,049.89 | | -13,014.34 |
| Check | 07/03/2019 | 13443 | Sam's Club | SAM'S CLUB | | 100.00 | | -13,114.34 |
| Check | 07/03/2019 | 13444 | NORTHWESTERN ... | LIFE INS PAYABLE TO SHANA | | 461.19 | | -13,575.53 |
| Check | 07/03/2019 | 13446 | Davidson County Ta... | PROPERTY TAXES ON PORSCHE | | 673.95 | | -14,249.48 |
| Check | 07/03/2019 | 13448 | Mr. Cooper | CONDO | | 1,043.20 | | -15,292.68 |
| Bill | 07/12/2019 | 071219 | Angelica Ramirez | Cleaning at the house on 07/02, 07/04, ... | | 240.00 | | -15,532.68 |
| General Jo... | 07/22/2019 | 1489 | | SHANA GIFFORD | | 16,519.00 | | -32,051.68 |
| General Jo... | 07/22/2019 | 1489 | | DAVIDSON WATER | | 333.82 | | -32,385.50 |
| General Jo... | 07/22/2019 | 1489 | | CLG CITI | | 1,930.32 | | -34,315.82 |
| General Jo... | 07/22/2019 | 1489 | | CLG CITI | | 3,000.00 | | -37,315.82 |
| Check | 07/26/2019 | 10932 | | 32 hrs | | 384.00 | | -37,699.82 |
| General Jo... | 07/31/2019 | 1493 | Angelica Ramirez | CLG CITI | | 6,438.37 | | -44,138.19 |
| Bill | 08/01/2019 | AUGUST ... | Bryan S. Blakley | MONTHLY SERVICE FOR THE POOL... | | 308.00 | | -44,446.19 |
| Check | 08/05/2019 | 13450 | Mr. Cooper | RIVERSIDE CONDO | | 1,043.20 | | -45,489.39 |
| Check | 08/05/2019 | 13451 | SunTrust Mortgage | 4568 FRYE BRIDGE ROAD | | 1,872.52 | | -47,361.91 |
| Check | 08/05/2019 | 13452 | PNC BANK | PORSCHE | X | 0.00 | | -47,361.91 |
| Check | 08/05/2019 | 13453 | SST | MUSTANG | | 817.70 | | -48,179.61 |
| Check | 08/05/2019 | 13454 | Bank of America | ESCALADE | | 1,427.94 | | -49,607.55 |
| Check | 08/05/2019 | 13455 | Duke Energy | DUEK ENERGY | | 603.23 | | -50,210.78 |
| Check | 08/05/2019 | 13456 | Discover | DISCOVER CARD | | 1,720.21 | | -51,930.99 |
| Check | 08/05/2019 | 13457 | CRAIGE JENKINS L... | DIVORCE | | 425.00 | | -52,355.99 |
| Check | 08/05/2019 | 13459 | NORTHWESTERN ... | PAYABLE TO SHANA | | 461.19 | | -52,817.18 |
| Check | 08/05/2019 | 13465 | PINNACLE BANK | 2nd ON HOME | | 1,757.73 | | -54,574.91 |
| Bill | 08/07/2019 | 92145390... | SPECTRUM | ACCT # 202-92145390I-001 | | 237.27 | | -54,812.18 |
| Check | 08/08/2019 | 13463 | CRAIGE JENKINS L... | TICKET IDOL ROAD | | 277.00 | | -55,089.18 |
| Bill | 08/09/2019 | 08092019 | Angelica Ramirez | Cleaning House 7/30, 8/01, 08/06, & 8/... | | 246.00 | | -55,335.18 |
| Bill | 08/23/2019 | 08232019 | Angelica Ramirez | Cleaning on 8/13, 8/16, 8/20, & 8/22 (2... | | 252.00 | | -55,587.18 |
| General Jo... | 08/31/2019 | 1505 | | SHANA GIFFORD | | 7,338.00 | | -62,925.18 |
| General Jo... | 08/31/2019 | 1505 | | DAVIDSON WATER | | 424.12 | | -63,349.30 |
| General Jo... | 08/31/2019 | 1505 | | CLG-CITI | | 1,650.99 | | -65,000.29 |

**1:54 PM**
**02/05/20**
**Accrual Basis**

**National Quarry Services, Inc.**
**Transactions by Account**
**As of December 31, 2019**

| Type | Date | Num | Name | Memo | Cl | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| General Jo... | 08/31/2019 | 1515 | | AVIATION PARKING | | 110.00 | | -65,110.29 |
| Bill | 09/01/2019 | Sept. 2019 | Bryan S. Blakley | pool service | | 310.00 | | -65,420.29 |
| Check | 09/04/2019 | 13466 | PNC BANK | PORSCHE | | 1,061.01 | | -66,481.30 |
| Check | 09/04/2019 | 13467 | SST | MUSTANG | | 817.70 | | -67,299.00 |
| Check | 09/04/2019 | 13468 | American Express | PERSONAL AMEX | | 95.00 | | -67,394.00 |
| Check | 09/04/2019 | 13469 | Bank of America | ESCALADE | | 1,427.94 | | -68,821.94 |
| Check | 09/04/2019 | 13470 | Broadway Water As... | WATER N WILKESBORO | | 42.63 | | -68,864.57 |
| Check | 09/04/2019 | 13471 | Discover | PERSONAL DISCOVER CARD | | 883.26 | | -69,747.83 |
| Check | 09/04/2019 | 13472 | Duke Energy | NORTH WILKESBORO | | 10.67 | | -69,758.50 |
| Check | 09/04/2019 | 13474 | SunTrust Mortgage | MORTGAGE 4568 | | 1,872.52 | | -71,631.02 |
| Check | 09/04/2019 | 13475 | Mr. Cooper | RIVERSIDE | | 1,043.20 | | -72,674.22 |
| Check | 09/04/2019 | 13477 | NORTHWESTERN ... | PAYABLE TO SHANA | | 461.19 | | -73,135.41 |
| Check | 09/04/2019 | 13478 | PINNACLE BANK | 2ND MORTGAGE 4568 | | 1,500.00 | | -74,635.41 |
| Bill | 09/06/2019 | 09062019 | Angelica Ramirez | Cleaning at the house on 8/27, 8/29, 9/... | | 240.00 | | -74,875.41 |
| General Jo... | 09/10/2019 | 1508 | | SHANA GIFFORD | | 6,500.00 | | -81,375.41 |
| General Jo... | 09/10/2019 | 1508 | | DAVIDSON WATER | | 1,135.58 | | -82,510.99 |
| General Jo... | 09/13/2019 | 1512 | | CLG CITI | | 1,409.97 | | -83,920.96 |
| Bill | 09/20/2019 | 09202019 | Angelica Ramirez | 09/03, 09/06, 09/17, & 09/19 (5+5+5.5+... | | 246.00 | | -84,166.96 |
| General Jo... | 09/24/2019 | 1520 | | AMERICAN EXPRESS | | 3,052.12 | | -87,219.08 |
| Bill | 09/26/2019 | 09262019 | SPECTRUM | HOUSE BILL | | 346.28 | | -87,565.36 |
| General Jo... | 09/27/2019 | 1525 | | CLG CITI CARD | | 2,500.00 | | -90,065.36 |
| General Jo... | 09/30/2019 | 1527 | | CLG CITI CARD | | 1,641.99 | | -91,707.35 |
| General Jo... | 09/30/2019 | 1527 | | CLG CITI CARD | | 2,500.00 | | -94,207.35 |
| General Jo... | 09/30/2019 | 1528 | | CHRIS | | 1,500.00 | | -95,707.35 |
| General Jo... | 09/30/2019 | 1529 | | PAYMENT POSTED TWICE | | | 2,500.00 | -93,207.35 |
| Bill | 09/30/2019 | 1536 | | SEPTEMBER TRANSACTIONS-GREEN | | 1,933.30 | | -95,140.65 |
| General Jo... | 10/01/2019 | Oct. 2019 | Bryan S. Blakley | Pool Service | | 270.00 | | -95,410.65 |
| Check | 10/04/2019 | 13481 | Bank of America | ESCALADE | | 1,427.94 | | -96,838.59 |
| Check | 10/04/2019 | 13482 | Mr. Cooper | RIVERVIEW | | 1,043.20 | | -97,881.79 |
| Check | 10/04/2019 | 13483 | PNC BANK | PORSCHE | | 1,061.01 | | -98,942.80 |
| Check | 10/04/2019 | 13484 | American Express | ROOMS TO GO | | 2,422.19 | | -101,364.99 |
| Check | 10/04/2019 | 13486 | Duke Energy | LINCOLN HEIGHTS | | 88.82 | | -101,453.81 |
| Check | 10/04/2019 | 13488 | Duke Energy | RETNUH | | 140.71 | | -101,594.52 |
| Check | 10/04/2019 | 13489 | Duke Energy | RESIDENCE | | 660.81 | | -102,255.33 |
| Check | 10/04/2019 | 13490 | Broadway Water As... | LINCOLN HTS | | 35.18 | | -102,290.51 |
| Check | 10/04/2019 | 13491 | City of Winston-Salem | RETNUH | | 36.09 | | -102,326.60 |
| Check | 10/04/2019 | 13492 | Discover | CC | | 1,821.67 | | -104,148.27 |
| Check | 10/04/2019 | 13493 | PINNACLE BANK | LOC RESIDENCE | | 1,705.81 | | -105,854.08 |
| Check | 10/04/2019 | 13494 | SunTrust Mortgage | RESIDENCE | | 1,872.52 | | -107,726.60 |
| Check | 10/04/2019 | 13496 | NORTHWESTERN ... | PAYABLE TO SHANA | | 461.19 | | -108,187.79 |

Page 2

1:54 PM
02/05/20
Accrual Basis

**National Quarry Services, Inc.**
**Transactions by Account**
As of December 31, 2019

| Type | Date | Num | Name | Memo | Cl | Debit | Credit | Balance |
|------|------|-----|------|------|----|-------|--------|---------|
| Check | 10/04/2019 | 13497 | CRAIGE JENKINS L... | DOMESTIC | | 1,007.50 | | -109,195.29 |
| Check | 10/04/2019 | 13498 | SST | MUSTANG | | 817.70 | | -110,012.99 |
| Check | 10/04/2019 | 13499 | AT&T | RESIDENCE | | 104.06 | | -110,117.05 |
| Check | 10/04/2019 | 13500 | SPECTRUM | RESIDENCE | | 346.28 | | -110,463.33 |
| Bill | 10/04/2019 | 262660 | Exterior Pest Solutions | Plant Health Treatment 5 | | 204.57 | | -110,667.90 |
| Bill | 10/07/2019 | 10072019 | Angelica Ramirez | Cleaning House 9/26, 9/27, 10/01 & 10/... | | 228.00 | | -110,895.90 |
| General Jo... | 10/07/2019 | 1532 | | SHANA | | 6,500.00 | | -117,395.90 |
| General Jo... | 10/07/2019 | 1532 | | DAVIDSON WATER | | 472.19 | | -117,868.09 |
| General Jo... | 10/14/2019 | 1535 | | CHRIS GIFFORD | | 500.00 | | -118,368.09 |
| Bill | 10/18/2019 | 10182019 | Angelica Ramirez | October 8, 10, 15, & 17 (5+5+6+5.5=21... | | 258.00 | | -118,626.09 |
| Bill | 10/24/2019 | 655697515 | Carolane Propane G... | PROPANE | | 178.85 | | -118,804.94 |
| General Jo... | 10/31/2019 | 1549 | | AT HOME STORES | | 287.42 | | -119,092.36 |
| General Jo... | 10/31/2019 | 1549 | | PALM BEACH TANS | | 7.88 | | -119,100.24 |
| General Jo... | 10/31/2019 | 1549 | | PALM BEACH TANS | | 41.97 | | -119,142.21 |
| General Jo... | 10/31/2019 | 1549 | | STEWARTS | | 8.63 | | -119,150.84 |
| General Jo... | 10/31/2019 | 1549 | | SUBWAY | | 12.81 | | -119,163.65 |
| General Jo... | 10/31/2019 | 1549 | | VIVA CHICKEN | | 4.48 | | -119,168.13 |
| General Jo... | 10/31/2019 | 1549 | | VIVA CHICKEN | | 31.06 | | -119,199.19 |
| General Jo... | 10/31/2019 | 1549 | | LA FITNESS | | 15.00 | | -119,214.19 |
| General Jo... | 10/31/2019 | 1549 | | CRAZY FRIED THINGS | | 15.00 | | -119,229.19 |
| General Jo... | 10/31/2019 | 1549 | | JAMES E STRATES SHOWS | | 50.00 | | -119,279.19 |
| General Jo... | 10/31/2019 | 1549 | | ROCCO CPARI | | 31.53 | | -119,310.72 |
| General Jo... | 10/31/2019 | 1549 | | WHISKEY RIVER | | 28.66 | | -119,339.38 |
| General Jo... | 10/31/2019 | 1549 | | THE LOG JAM | | 58.07 | | -119,397.45 |
| General Jo... | 10/31/2019 | 1549 | | UBER | | 116.63 | | -119,514.08 |
| General Jo... | 10/31/2019 | 1549 | | FRONTIER ONBOARD | | 20.68 | | -119,534.76 |
| General Jo... | 10/31/2019 | 1549 | | LYFTE | | 76.14 | | -119,610.90 |
| General Jo... | 10/31/2019 | 1549 | | THE LOCAL ALB | | 63.27 | | -119,674.17 |
| General Jo... | 10/31/2019 | 1549 | | UBER | | 34.24 | | -119,708.41 |
| Bill | 11/01/2019 | 11012019 | Angelica Ramirez | 10/22-6HRS+10/24-5HRS+10/29-6HR... | | 264.00 | | -119,972.41 |
| Check | 11/05/2019 | 13011 | SunTrust Mortgage | MORTGAGE 4568 | | 1,872.52 | | -121,844.93 |
| Check | 11/05/2019 | 13012 | PINNACLE BANK | LOC 4568 | | 1,000.00 | | -122,844.93 |
| Check | 11/05/2019 | 13013 | PNC BANK | PROSCHE | | 1,111.01 | | -123,955.94 |
| Check | 11/05/2019 | 13014 | Mr. Cooper | RIVERVIEW | | 1,043.20 | | -124,999.14 |
| Check | 11/05/2019 | 13015 | SST | MUSTANG | | 817.70 | | -125,816.84 |
| Check | 11/05/2019 | 13016 | Discover | cc payment | | 1,000.00 | | -126,816.84 |
| Check | 11/05/2019 | 13017 | Bank of America | ESCALADE | | 1,427.94 | | -128,244.78 |
| Check | 11/05/2019 | 13018 | AT&T | SERVICE 4568 | | 203.42 | | -128,448.20 |
| Check | 11/05/2019 | 13019 | City of Winston-Salem | RETNUH | | 53.31 | | -128,501.51 |
| Check | 11/05/2019 | 13020 | Broadway Water As... | WATER LINCOLN HTGS | | 146.64 | | -128,648.15 |

Page 3

1:54 PM
02/05/20
Accrual Basis

**National Quarry Services, Inc.**
**Transactions by Account**
As of December 31, 2019

| Type | Date | Num | Name | Memo | Cl | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| Check | 11/05/2019 | 13022 | Duke Energy | POSER RETNUH | | 90.30 | | -128,738.45 |
| Check | 11/05/2019 | 13023 | Duke Energy | 4568 FRYE BRIDGE | | 1,212.62 | | -129,951.07 |
| Check | 11/05/2019 | 13024 | CRAIGE JENKINS L... | DOMESTIC PROCEEDINGS | | 1,267.50 | | -131,218.57 |
| Check | 11/05/2019 | 13027 | NORTHWESTERN ... | PAYABLE TO SHANA | | 461.19 | | -131,679.76 |
| Check | 11/12/2019 | 13028 | SPECTRUM | SERVICE 4568 | | 203.09 | | -131,882.85 |
| General Jo... | 11/13/2019 | 1551 | | DAVIDSON WATER | | 444.45 | | -132,327.30 |
| General Jo... | 11/13/2019 | 1551 | | SHANA GIFFORD | | 3,000.00 | | -135,327.30 |
| General Jo... | 11/13/2019 | 1551 | | SHANA GIFFORD | | 3,500.00 | | -138,827.30 |
| General Jo... | 11/13/2019 | 1551 | | MCDONALDS | | 4.79 | | -138,832.09 |
| General Jo... | 11/13/2019 | 1551 | | ST LEOS | | 195.81 | | -139,027.90 |
| General Jo... | 11/13/2019 | 1551 | | ST LEOS | | 199.83 | | -139,227.73 |
| General Jo... | 11/13/2019 | 1551 | | BISCUITVILLE | | 7.89 | | -139,235.62 |
| General Jo... | 11/13/2019 | 1551 | | JERSEY MIKES | | 46.06 | | -139,281.68 |
| General Jo... | 11/13/2019 | 1551 | | CHRIS BAXER | | 26.00 | | -139,307.68 |
| General Jo... | 11/13/2019 | 1551 | | THE BALD BARBER | | 22.10 | | -139,329.78 |
| General Jo... | 11/13/2019 | 1551 | | WASHINGTON PARK BARBER | | 26.00 | | -139,355.78 |
| General Jo... | 11/13/2019 | 1551 | | CARLTONS | | 6.07 | | -139,361.85 |
| General Jo... | 11/13/2019 | 1551 | | PALMBEACH TAN | | 73.45 | | -139,435.30 |
| General Jo... | 11/13/2019 | 1551 | | PALMBEACH TAN | | 83.95 | | -139,519.25 |
| General Jo... | 11/13/2019 | 1551 | | WALGREENS | | 23.46 | | -139,542.71 |
| General Jo... | 11/13/2019 | 1551 | | AMAZON | | 13.09 | | -139,555.80 |
| General Jo... | 11/13/2019 | 1551 | | LOWES FOOD | | 8.13 | | -139,563.93 |
| Bill | 11/15/2019 | 111520119 | Angelica Ramirez | 5TH- 6 HRS +  7TH-5HRS + 12TH-5.5... | | 240.00 | | -139,803.93 |
| General Jo... | 11/15/2019 | 1554 | | AMAZON | | 19.99 | | -139,823.92 |
| General Jo... | 11/15/2019 | 1554 | | AMAZON | | 15.99 | | -139,839.91 |
| General Jo... | 11/15/2019 | 1554 | | SHEETZ | | 4.47 | | -139,844.38 |
| General Jo... | 11/15/2019 | 1554 | | AMAZON | | 13.99 | | -139,858.37 |
| General Jo... | 11/15/2019 | 1554 | | AMAZON | | 21.65 | | -139,880.02 |
| General Jo... | 11/15/2019 | 1554 | | THERAPEUTIC MASSAGE | | 160.00 | | -140,040.02 |
| General Jo... | 11/15/2019 | 1554 | | GRUBHUB | | 35.52 | | -140,075.54 |
| Bill | 11/21/2019 | Nov. 2019 | Bryan S. Blakley | Monthly Pool Srvc | | 285.00 | | -140,360.54 |
| General Jo... | 11/26/2019 | 1559 | | AMEX HILTON HONORS | | 2,329.55 | | -142,690.09 |
| General Jo... | 11/26/2019 | 1560 | | AMERICAN AIRLINES | | 26.21 | | -142,716.30 |
| General Jo... | 11/26/2019 | 1560 | | AMERICAN AIRLINES | | 69.68 | | -142,785.98 |
| General Jo... | 11/26/2019 | 1560 | | AMERICAN AIRLINES | | 337.10 | | -143,123.08 |
| General Jo... | 11/26/2019 | 1560 | | AMERICAN AIRLINES | | 337.10 | | -143,460.18 |
| General Jo... | 11/26/2019 | 1560 | | CRYSTAL CLEANERS | | 130.58 | | -143,590.76 |
| General Jo... | 11/26/2019 | 1560 | | GRUBHUB | | 34.84 | | -143,625.60 |
| General Jo... | 11/26/2019 | 1560 | | CLEAN EATZ | | 12.79 | | -143,638.39 |
| General Jo... | 11/26/2019 | 1560 | | BURGER KING | | 11.46 | | -143,649.85 |

Page 4

1:54 PM
02/05/20
Accrual Basis

**National Quarry Services, Inc.**
**Transactions by Account**
As of December 31, 2019

| Type | Date | Num | Name | Memo | CI | Debit | Credit | Balance |
|------|------|-----|------|------|----|-------|--------|---------|
| General Jo... | 11/26/2019 | 1560 | | GOLDEN CORRAL | | 31.01 | | -143,680.86 |
| General Jo... | 11/26/2019 | 1560 | | LOWES | | 3.50 | | -143,684.36 |
| General Jo... | 11/26/2019 | 1560 | | MCDONALDS | | 3.50 | | -143,687.86 |
| General Jo... | 11/26/2019 | 1560 | | MICHAELS | | 17.14 | | -143,705.00 |
| General Jo... | 11/26/2019 | 1560 | | SOUTHERN DENTAL | | 207.00 | | -143,912.00 |
| General Jo... | 11/26/2019 | 1560 | | TARGETS | | 11.29 | | -143,923.29 |
| Bill | 11/29/2019 | 11292019 | Angelica Ramirez | 11/19-6hrs, 11/21-5.5hrs, & 11/26-5hrs | | 198.00 | | -144,121.29 |
| Check | 12/04/2019 | 11361 | Broadway Water As... | Dan Joseph | | 35.23 | | -144,156.52 |
| Check | 12/05/2019 | 13030 | SunTrust Mortgage | MORTGAGE 4568 FRYE BRIDGE | | 1,872.52 | | -146,029.04 |
| Check | 12/05/2019 | 13031 | Mr. Cooper | CONDO | | 1,043.20 | | -147,072.24 |
| Check | 12/05/2019 | 13032 | Bank of America | SHANA ESCALADE | | 1,427.94 | | -148,500.18 |
| Check | 12/05/2019 | 13033 | Discover | CC PAYMENT | | 1,000.00 | | -149,500.18 |
| Check | 12/05/2019 | 13034 | PNC BANK | PORSCHE | | 1,061.01 | | -150,561.19 |
| Check | 12/05/2019 | 13035 | SST | MUSTANG | | 842.70 | | -151,403.89 |
| Check | 12/05/2019 | 13036 | NORTHWESTERN ... | PAYABLE TO SHANA | | 461.19 | | -151,865.08 |
| Check | 12/05/2019 | 13038 | SPECTRUM | HOME SERVICE | | 44.95 | | -151,910.03 |
| Check | 12/05/2019 | 13039 | Duke Energy | 245 retnuh | | 73.63 | | -151,983.66 |
| Check | 12/05/2019 | 13040 | Forsyth County Tax ... | TAXES 245 RETNUH | | 1,221.21 | | -153,204.87 |
| Check | 12/05/2019 | 13041 | Wilkes County Tax ... | TAXES LINCOLN HEIGHTS | | 789.90 | | -153,994.77 |
| Check | 12/06/2019 | 11362 | Duke Energy | Dan Joseph | | 91.60 | | -154,086.37 |
| General Jo... | 12/07/2019 | 1565 | | SHANA GIFFORD | | 6,515.00 | | -160,601.37 |
| General Jo... | 12/07/2019 | 1565 | | DAVIDSON WATER | | 221.06 | | -160,822.43 |
| General Jo... | 12/07/2019 | 1565 | | CLG CITI | | 3,000.00 | | -163,822.43 |
| Bill | 12/09/2019 | 12092019 | Duke Energy | utilities | | 818.90 | | -164,641.33 |
| Bill | 12/20/2019 | December... | Bryan S. Blakley | | | 285.00 | | -164,926.33 |
| Bill | 12/20/2019 | 01102019 | Broadway Water As... | Dan Joseph's Water Bill | | 101.09 | | -165,027.42 |
| Check | 12/23/2019 | 13116 | Bennett-Guthrie PLLC | Retainer for Personal | | 2,500.00 | | -167,527.42 |
| Check | 12/26/2019 | 13118 | Duke Energy | ACCT#: 1613525215 | | 2,163.66 | | -169,691.08 |
| Total Distribution | | | | | | 172,191.08 | 2,500.00 | -169,691.08 |
| **TOTAL** | | | | | | **172,191.08** | **2,500.00** | **-169,691.08** |

*(handwritten notes)*

$402,545.46
17,336.52
2,832.19
$422,714.47

JAN — JUNE

Company Truck
Company Fuel

Page 5

1:54 PM
02/05/20
Accrual Basis

**National Quarry Services, Inc.**
**Transactions by Account**
As of June 29, 2019

| Type | Date | Num | Name | Memo | Cl | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| **Distribution** | | | | | | | | |
| Check | 01/04/201 | 103... | American Express | | | 508.86 | | -140,981.56 |
| Bill | 01/07/201 | 9437 | Elite Specialty Product... | | | 1,010.08 | | -141,490.42 |
| Check | 01/08/201 | 133... | City of Winston-Salem | | | 86.27 | | -142,500.50 |
| Check | 01/11/201 | 102... | State Auto Insurance ... | WATER RIVERSIDE | | 894.86 | | -142,586.77 |
| Check | 01/11/201 | 102... | SunTrust Mortgage | HOMEOWNERS | | 2,500.00 | | -143,481.63 |
| Check | 01/11/201 | 102... | Dell Preferred Account | MORTGAGE PAYMENTS | | 534.98 | | -145,981.63 |
| Check | 01/11/201 | 102... | Discover | SHANA DELL | | 1,236.06 | | -146,516.61 |
| Check | 01/11/201 | 102... | Wilkes County Tax Off... | DISCOVER CARD | | 750.27 | | -147,752.67 |
| Check | 01/11/201 | 102... | Chase Cardmember S... | TAXES LINCOLN HEIGHTS | | 264.70 | | -148,502.94 |
| Check | 01/11/201 | 102... | SYNCHRONY BANK | CREDIT CARD | | 300.00 | | -148,767.64 |
| Check | 01/11/201 | 011... | Angelica Ramirez | ROOMS TO GO | | 517.00 | | -149,067.64 |
| Bill | 01/11/201 | | | Cleaning House 01/02-01/05 & 01/... | | 1,061.01 | | -149,584.64 |
| General Jou... | 01/15/201 | 1394 | | PNC | | 1,053.96 | | -150,645.65 |
| General Jou... | 01/15/201 | 1394 | | MR COOPER | | 817.70 | | -151,699.61 |
| General Jou... | 01/15/201 | 1394 | | SS&T | | 40.78 | | -152,517.31 |
| General Jou... | 01/15/201 | 1394 | | BROADWAY WATER | | 6,000.00 | | -152,558.09 |
| General Jou... | 01/15/201 | 1394 | | CITI | | 3,720.29 | | -158,558.09 |
| General Jou... | 01/15/201 | 1394 | | CITI | | 250.00 | | -162,278.38 |
| Bill | 01/17/201 | Jan... | Bryan S. Blakley | Pool Service January | | 264.00 | | -162,528.38 |
| Bill | 01/25/201 | 012... | Angelica Ramirez | Cleaning House 01/15, 01/17, 01/22, & 01/... | | 5,000.00 | | -162,792.38 |
| Bill | 01/26/201 | 1083 | Dream On 3 | Contribution. dream Gala Table Sponsor | | 2,979.78 | | -167,792.38 |
| General Jou... | 01/28/201 | 1404 | | BOFA | | 10,000.00 | | -170,772.16 |
| Check | 01/31/201 | 103... | Cain & Company, Inc. | Bathroom Frye bridge | | 1,078.96 | | -180,772.16 |
| General Jou... | 01/31/201 | 1410 | | MR. COOPER | | 14.93 | | -181,851.12 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | NETFLIX | | 64.04 | | -181,866.05 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | LINKED IN | | 99.00 | | -181,930.09 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | BURN BOOT CAMP | | 75.00 | | -182,029.09 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | ADEL ABDELHAMID | | 19.99 | | -182,104.09 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | ANCESTRY.COM | | | | -182,124.08 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | AMAZON | | | 0.45 | -182,123.63 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | PAYPAL | | 76.45 | | -182,200.08 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | PAYPAL | | 225.58 | | -182,425.66 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | FITNESS 2000 | | 25.00 | | -182,450.66 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | PAYPAL | | 20.00 | | -182,470.66 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | PINE TREE TAVERN | | 300.00 | | -182,770.66 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | TOUCHTUNES | | 20.00 | | -182,790.66 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | FERGUSON ENT. | | 643.50 | | -183,434.16 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | PINE TREE TAVERN | | 100.00 | | -183,534.16 |
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | WALGREENS | | 37.85 | | -183,572.01 |

**1:54 PM**
**02/05/20**
**Accrual Basis**

**National Quarry Services, Inc.**
**Transactions by Account**
**As of June 29, 2019**

| Type | Date | Num | Name | Memo | Cl | Debit | Credit | Balance |
|------|------|-----|------|------|----|-------|--------|---------|
| General Jou... | 01/31/201 | 1414 | Gifford, Christopher L. | CVS | | 29.35 | | -183,601.36 |
| Bill | 02/01/201 | 12 | Taylor & Taylor | Lawyer Fees Ref: Batton & Company | | 937.50 | | -184,538.86 |
| Deposit | 02/05/201 | 115... | Capital One Bank | CAPITALONE REFUND | | | 79.00 | -184,459.86 |
| Check | 02/05/201 | 133... | SPECTRUM | SPECTRUM BILL | | 200.17 | | -184,660.03 |
| Check | 02/05/201 | 133... | Wake Forest Baptist H... | CHRIS EMERGENCY | | 1,144.08 | | -185,804.11 |
| Check | 02/05/201 | 133... | SYNCHRONY BANK | ROOMS TO GO  CARD | | 1,691.65 | | -187,495.76 |
| Check | 02/05/201 | 133... | Bank of America | ESCALADE PAYMENT | | 1,501.04 | | -188,996.80 |
| Check | 02/05/201 | 133... | Wake Forest Baptist H... | CAM | | 75.00 | | -189,071.80 |
| Check | 02/05/201 | 133... | Systems & Service Te... | MUSTANG | | 842.70 | | -189,914.50 |
| Check | 02/05/201 | 133... | PINNACLE BANK | LOC | | 1,645.00 | | -191,559.50 |
| Check | 02/05/201 | 133... | SunTrust Mortgage | MORTGAGE | | 2,500.00 | | -194,059.50 |
| Check | 02/05/201 | 133... | Direct TV | DIRECTV | | 486.17 | | -194,545.67 |
| Check | 02/05/201 | 133... | Chase Cardmember S... | CHASE CARD | | 306.66 | | -194,852.33 |
| Check | 02/05/201 | 133... | Discover | DISCOVER | | 1,720.11 | | -196,572.44 |
| Bill | 02/08/201 | Jan... | Angelica Ramirez | Cleaning House 01/29, 01/31, 02/01, 02/05... | | 288.00 | | -196,860.44 |
| Bill | 02/22/201 | 022... | Angelica Ramirez | Feb. 12, 13, 15, 18, 19, 21 (22 hrs. X $12) | | 264.00 | | -197,124.44 |
| Bill | 02/22/201 | 6410 | Broadway Water Asso... | Danny Joseph Water | | 116.00 | | -197,240.44 |
| Check | 02/22/201 | 104... | PNC BANK | | | 1,111.01 | | -198,351.45 |
| Bill | 02/25/201 | Feb. | Bryan S. Blakley | February Service Fee | | 250.00 | | -198,601.45 |
| General Jou... | 02/28/201 | 1438 | | CITI CARD PAYMENT | | 4,753.82 | | -203,355.27 |
| General Jou... | 02/28/201 | 1439 | | DUKE ENERGY | | 245.18 | | -203,600.45 |
| General Jou... | 02/28/201 | 1439 | | CITI CARD | | 4,419.18 | | -208,019.63 |
| General Jou... | 02/28/201 | 1441 | | MARKET 32 | | 157.82 | | -208,177.45 |
| General Jou... | 02/28/201 | 1441 | | ENTERPRISE | | 212.43 | | -208,389.88 |
| General Jou... | 02/28/201 | 1441 | | AM AIR | | 746.10 | | -209,135.98 |
| General Jou... | 02/28/201 | 1441 | | DELMONICO | | 169.36 | | -209,305.34 |
| General Jou... | 02/28/201 | 1441 | | MARKET 32 | | 28.00 | | -209,333.34 |
| General Jou... | 02/28/201 | 1441 | | PEDDLERS | | 60.00 | | -209,393.34 |
| General Jou... | 02/28/201 | 1441 | | RED ROBIN | | 29.95 | | -209,423.29 |
| General Jou... | 02/28/201 | 1441 | | RUSTY NAIL | | 60.00 | | -209,483.29 |
| General Jou... | 02/28/201 | 1441 | | ALBANY | | 15.07 | | -209,498.36 |
| General Jou... | 02/28/201 | 1441 | | AV VALET | | 110.00 | | -209,608.36 |
| General Jou... | 02/28/201 | 1441 | | ENTERPRISE | | 201.27 | | -209,809.63 |
| General Jou... | 02/28/201 | 1441 | | HUDSON VALLEY | | 20.00 | | -209,829.63 |
| General Jou... | 02/28/201 | 1441 | | RESIDENCE INN | | 285.12 | | -210,114.75 |
| General Jou... | 02/28/201 | 1441 | | RITE AID | | 98.59 | | -210,213.34 |
| Check | 03/01/201 | 133... | SunTrust Mortgage | MORTGAGE PAYMENT | | 3,117.56 | | -213,330.90 |
| Check | 03/01/201 | 133... | PINNACLE BANK | LINE OF CREDIT | | 2,331.39 | | -215,662.29 |
| Check | 03/05/201 | 133... | PNC BANK | PORSC HE | | 2,172.02 | | -217,834.31 |

**Page 2**

1:54 PM
02/05/20
Accrual Basis

**National Quarry Services, Inc.**
**Transactions by Account**
As of June 29, 2019

| Type | Date | Num | Name | Memo | Cl | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 03/06/201 | 133... | Dell Business Credit | SHANA ACCOUNT | | 20.00 | | -217,854.31 |
| Check | 03/06/201 | 133... | TRAVELERS PERSO... | PERSONAL UMBRELLA | | 380.00 | | -218,234.31 |
| Check | 03/06/201 | 133... | SYNCHRONY BANK | ROOMS TO GO | | 1,520.00 | | -219,754.31 |
| Check | 03/06/201 | 133... | NORTHWESTERN M... | PAYABLE TO SHANA | | 922.38 | | -220,676.69 |
| Check | 03/06/201 | 133... | Wake Forest Baptist H... | EMERGENCY ROOM CHRIS | | 500.00 | | -221,176.69 |
| Check | 03/06/201 | 133... | Systems & Service Te... | MUSTANG | | 817.70 | | -221,994.39 |
| Check | 03/06/201 | 133... | Bank of America | ESCALADE | | 1,427.94 | | -223,422.33 |
| Check | 03/06/201 | 133... | Forsyth County Tax C... | RETNUH | | 32.13 | | -223,454.46 |
| Check | 03/06/201 | 133... | NCDMV | TAGS MUSTANG | | 96.69 | | -223,551.15 |
| Bill | 03/11/201 | 03/... | Angelica Ramirez | Feb. 26 & 28 & March 5 & 7 | | 270.00 | | -223,821.15 |
| Check | 03/12/201 | 133... | Direct TV | DIRECTV | | 296.88 | | -224,118.03 |
| Check | 03/19/201 | 105... | Broadway Water Asso... | Acct #: 001286 | | 300.00 | | -224,418.03 |
| Bill | 03/21/201 | Mar... | Bryan S. Blakley | March Monthly Service | | 370.00 | | -224,788.03 |
| Bill | 03/22/201 | 032... | Angelica Ramirez | Cleaning @ House March 13, 15, 19, & 21 ... | | 252.00 | | -225,040.03 |
| General Jou... | 03/28/201 | 1428 | | DISCOVER | | 2,582.90 | | -227,622.93 |
| General Jou... | 03/28/201 | 1428 | | HAGERTY INSURANCE | | 551.82 | | -228,174.75 |
| General Jou... | 03/28/201 | 1442 | | OLD BRICK | | 2,995.96 | | -231,170.71 |
| General Jou... | 03/28/201 | 1442 | | OLD BRICK | | 5,660.71 | | -236,831.42 |
| General Jou... | 03/28/201 | 1442 | | AT&T | | 630.14 | | -237,461.56 |
| General Jou... | 03/28/201 | 1442 | | AM AIR | | 963.10 | | -238,424.66 |
| General Jou... | 03/28/201 | 1442 | | AM AIR | | 1,149.10 | | -239,573.76 |
| General Jou... | 03/28/201 | 1442 | | AV VALET | | 110.00 | | -239,683.76 |
| General Jou... | 03/28/201 | 1442 | | ENTERPRISE | | 695.24 | | -240,379.00 |
| General Jou... | 03/28/201 | 1442 | | AV VALET | | 140.00 | | -240,519.00 |
| General Jou... | 03/28/201 | 1442 | | ENTERPRISE | | 282.89 | | -240,801.89 |
| General Jou... | 03/28/201 | 1442 | | DUKE ENERGY | | 223.73 | | -241,025.62 |
| General Jou... | 03/28/201 | 1442 | | DUKE ENERGY | | 253.22 | | -241,278.84 |
| General Jou... | 03/28/201 | 1442 | | DUKE ENERGY | | 1,001.50 | | -242,280.34 |
| General Jou... | 03/28/201 | 1442 | | DUKE ENERGY | | 1,001.50 | | -243,281.84 |
| General Jou... | 03/28/201 | 1428 | | CITI CARDS | | 5,866.13 | | -249,147.97 |
| Bill | 04/01/201 | Apri... | Bryan S. Blakley | Spring Chemicals | | 392.00 | | -249,539.97 |
| Bill | 04/04/201 | 262... | Exterior Pest Solutions | Service in March and April | | 403.57 | | -249,943.54 |
| Check | 04/05/201 | 133... | NORTHWESTERN M... | PAYABLE TO SHANA | | 461.19 | | -250,404.73 |
| Check | 04/05/201 | 133... | Mr. Cooper | RIVERSIDE | | 1,043.20 | | -251,447.93 |
| Check | 04/05/201 | 134... | SPECTRUM | 4568 FRYE BRIDGE | | 222.40 | | -251,670.33 |
| Check | 04/05/201 | 134... | Discover | DISCOVER CARD | | 1,434.15 | | -253,104.48 |
| Check | 04/05/201 | 134... | Dell Preferred Account | SHANA ACCOUNT | | 40.00 | | -253,144.48 |
| Check | 04/05/201 | 134... | SunTrust Mortgage | MORTGAGE | | 2,500.00 | | -255,644.48 |
| Check | 04/05/201 | 134... | PNC BANK | PRSCHE | | 1,061.01 | | -256,705.49 |

Page 3

1:54 PM
02/05/20
Accrual Basis

**National Quarry Services, Inc.**
**Transactions by Account**
As of June 29, 2019

| Type | Date | Num | Name | Memo | Cl | Debit | Credit | Balance |
|------|------|-----|------|------|-----|-------|--------|---------|
| Check | 04/05/201 | 134... | SST | MUSTANG | | 817.70 | | -257,523.19 |
| Check | 04/05/201 | 134... | PINNACLE BANK | PINNACLE LINE OF CREDIT | | 3,000.00 | | -260,523.19 |
| Check | 04/05/201 | 134... | Bank of America | ESCALADE PAYMENT | | 1,427.94 | | -261,951.13 |
| Bill | 04/05/201 | 040... | Angelica Ramirez | @ House 3/27 (6 Hrs) 4/02 (6 Hrs) & 04/04... | | 216.00 | | -262,167.13 |
| Check | 04/09/201 | 106... | Lindsay Tire and Auto... | Shana's Tires | | 534.81 | | -262,701.94 |
| Bill | 04/09/201 | 106... | Lindsay Tire and Auto... | | | 0.00 | | -262,701.94 |
| Bill | 04/12/201 | 106... | Lindsay Tire and Auto... | | | 0.00 | | -262,701.94 |
| General Jou... | 04/15/201 | | | CLG AMEX | | 500.00 | | -263,201.94 |
| General Jou... | 04/15/201 | 1447 | | CITI CARD | | 6,320.72 | | -269,522.66 |
| General Jou... | 04/15/201 | 1447 | | CITI CARD | | 6,500.00 | | -276,022.66 |
| Bill | 04/16/201 | 042... | SPECTRUM | House Cable | | 428.75 | | -276,451.41 |
| Bill | 04/17/201 | 041... | Sam's Club | Chris Gifford | | 1,523.32 | | -277,974.73 |
| Bill | 04/18/201 | 041... | Duke Energy | Utilities | | 301.59 | | -278,276.32 |
| Bill | 04/19/201 | 041... | Time Warner Cable - ... | House | | 428.75 | | -278,705.07 |
| Bill | 04/23/201 | 042... | American Airlines | Chris Gifford | | 763.10 | | -279,468.17 |
| General Jou... | 04/24/201 | 1450 | | SHANA FIRST PAYMENT | | 6,500.00 | | -285,968.17 |
| Bill | 04/24/201 | 042... | American Airlines | Chris Gifford | | 793.10 | | -286,761.27 |
| Bill | 04/27/201 | 042... | American Airlines | Chris Gifford | | 11.20 | | -286,772.47 |
| Bill | 04/29/201 | 042... | American Airlines | Chris Gifford | | 160.00 | | -286,932.47 |
| Bill | 04/30/201 | 309... | Carolane Propane Gas | Tank Rent- Minimum Tank-1000 | | 357.38 | | -287,289.85 |
| General Jou... | 04/30/201 | 1456 | | 44570 FRYE BRIDGE | | 568.43 | | -287,858.28 |
| General Jou... | 04/30/201 | 1456 | | 44570 FRYE BRIDGE | | 858.50 | | -288,716.78 |
| General Jou... | 04/30/201 | 1456 | | ROOMS TO GO | | 1,558.00 | | -290,274.78 |
| General Jou... | 04/30/201 | 1456 | | CITI | | 2,500.00 | | -292,774.78 |
| General Jou... | 04/30/201 | 1456 | | STATE AUTO HOMEOWNERS | | 3,605.00 | | -296,379.78 |
| Bill | 05/03/201 | 050... | Angelica Ramirez | Cleaning House 4/22, 4/26, 4/30, 5/01, 5/0... | | 276.00 | | -296,655.78 |
| Check | 05/03/201 | 134... | NORTHWESTERN M... | PAYABLE TO SHANA | | 461.19 | | -297,116.97 |
| Check | 05/03/201 | 134... | SST | MUSTANG | | 867.70 | | -297,984.67 |
| Check | 05/03/201 | 134... | SPECTRUM | INTERNET | | 428.75 | | -298,413.42 |
| Check | 05/03/201 | 134... | Duke Energy | POWER | | 679.84 | | -299,093.26 |
| Check | 05/03/201 | 134... | Discover | DISCOVER CARD | | 2,031.03 | | -301,124.29 |
| Check | 05/03/201 | 134... | Direct TV | DIRECTV | | 292.99 | | -301,417.28 |
| Check | 05/03/201 | 134... | PINNACLE BANK | EQUITY LINE | | 1,806.92 | | -303,224.20 |
| Check | 05/03/201 | 134... | SunTrust Mortgage | MORTGAGE | | 3,745.04 | | -306,969.24 |
| Check | 05/03/201 | 134... | PNC BANK | PORSCHE | | 1,061.01 | | -308,030.25 |
| Check | 05/09/201 | 107... | Davidson County Tax ... | Property tax Frye Bridge Road | | 7,555.82 | | -315,586.07 |
| General Jou... | 05/17/201 | 1460 | | TRAVELERS INSURANCE AUTOS | | 2,936.18 | | -318,522.25 |
| General Jou... | 05/17/201 | 1460 | | CITI CARD | | 2,500.00 | | -321,022.25 |
| General Jou... | 05/17/201 | 1460 | | MR. COOPER | | 2,190.92 | | -323,213.17 |

1:54 PM
02/05/20
Accrual Basis

# National Quarry Services, Inc.
## Transactions by Account
### As of June 29, 2019

| Type | Date | Num | Name | Memo | Cl | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| General Jou... | 05/17/201 | 1461 | | AVATION PARKING | | 70.00 | | -323,283.17 |
| General Jou... | 05/17/201 | 1461 | | AVIS RENT A CAR | | 170.93 | | -323,454.10 |
| General Jou... | 05/17/201 | 1461 | | TICKETMASTER | | 803.74 | | -324,257.84 |
| Bill | 05/17/201 | 051... | Angelica Ramirez | Cleaning House May 7, 10, 14, 16 | | 270.00 | | -324,527.84 |
| Bill | 05/20/201 | May... | Bryan S. Blakley | Chemicals + Salt | | 290.00 | | -324,817.84 |
| Check | 05/31/201 | 107... | Bryan S. Blakley | POOL SERVICE | | 682.00 | | -325,499.84 |
| Check | 05/31/201 | 107... | Cain & Company, Inc. | MAINTENANCE | | 3,000.00 | | -328,499.84 |
| Check | 05/31/201 | 107... | Angelica Ramirez | 38 Hrs - 5/18-5/30 | | 456.00 | | -328,955.84 |
| General Jou... | 05/31/201 | 1466 | | $10,000 (EQUITY DIST) $6,500 (MONTHLY) | | 16,500.00 | | -345,455.84 |
| General Jou... | 05/31/201 | 1467 | | TRIAD REAL ESTATE HOLDINGS | | 200.00 | | -345,655.84 |
| Check | 06/05/201 | 134... | | RIVERVIEW CONDO | | 1,043.20 | | -346,699.04 |
| Check | 06/05/201 | 134... | Mr. Cooper | TELEPHONE | | 74.30 | | -346,773.34 |
| Check | 06/05/201 | 134... | AT&T | HOA RIVER OAKS | | 1,395.00 | | -348,168.34 |
| Check | 06/05/201 | 134... | River Oaks Home own... | ESCALADE | | 1,354.84 | | -349,523.18 |
| Check | 06/05/201 | 134... | Bank of America | PERSONAL AMEX | | 328.84 | | -349,852.02 |
| Check | 06/05/201 | 134... | American Express | CL ON HOME | | 1,815.34 | | -351,667.36 |
| Check | 06/05/201 | 134... | PINNACLE BANK | CONTENTS RIVERSIDE | | 836.00 | | -352,503.36 |
| Check | 06/05/201 | 134... | State Auto Insurance ... | MTG HOME | | 0.00 | | -352,503.36 |
| Check | 06/05/201 | 134... | SunTrust Mortgage | UTILITIES HOME | | 631.62 | | -353,134.98 |
| Check | 06/05/201 | 134... | Duke Energy | DISCOVER CARD | | 1,881.54 | | -355,016.52 |
| Check | 06/05/201 | 134... | Discover | PORSCHE | | 1,061.01 | | -356,077.53 |
| Check | 06/05/201 | 134... | PNC BANK | PAYABLE TO SHANA | | 461.19 | | -356,538.72 |
| Check | 06/05/201 | 134... | NORTHWESTERN M... | MORTGAGE HOME | | 1,872.52 | | -358,411.24 |
| Check | 06/06/201 | 134... | SunTrust Mortgage | MUSTANG | | 832.70 | | -359,243.94 |
| Check | 06/06/201 | 134... | SST | 32 hrs June 1st-13th | | 384.00 | | -359,627.94 |
| Bill | 06/21/201 | 062... | Angelica Ramirez | AMEX-HILTON HONORS | | 500.00 | | -360,127.94 |
| General Jou... | 06/24/201 | 1471 | | DAVIDSON WATER-SHANA GIFFORD | | 120.26 | | -360,248.20 |
| General Jou... | 06/24/201 | 1471 | | CITI CARD | | 4,950.71 | | -365,198.91 |
| General Jou... | 06/24/201 | 1471 | | WIRE TO SHANA GIFFORD | | 6,466.49 | | -371,665.40 |
| Check | 06/28/201 | 108... | Angelica Ramirez | 33 Hrs | | 396.00 | | -372,061.40 |
| General Jou... | 06/29/201 | 1482 | | FRYE BRIDGE ROAD-DUKE | | 157.44 | | -372,218.84 |
| General Jou... | 06/29/201 | 1482 | | FRYE BRIDGE ROAD-DUKE | | 121.58 | | -372,340.42 |
| General Jou... | 06/29/201 | 1482 | | AMERICAN AIRLINES | | 785.10 | | -373,125.52 |
| General Jou... | 06/29/201 | 1482 | | AVIS | | 249.85 | | -373,375.37 |
| General Jou... | 06/29/201 | 1482 | | AVIATION PARKING | | 105.00 | | -373,480.37 |
| General Jou... | 06/29/201 | 1482 | | AVIS | | 171.00 | | -373,651.37 |
| General Jou... | 06/29/201 | 1482 | | HILTON GARDENS | | 173.58 | | -373,824.95 |
| General Jou... | 06/29/201 | 1482 | | MCDONALDS | | 10.99 | | -373,835.94 |

Note: the "Cl" column contains an X mark on the row for State Auto Insurance (MTG HOME).

1:54 PM
02/05/20
Accrual Basis

National Quarry Services, Inc.
Transactions by Account
As of June 29, 2019

| Type | Date | Num | Name | Memo | Cl | Debit | Credit | Balance |
|------|------|-----|------|------|----|-------|--------|---------|
| Total Distribution | | | | | | 232,933.83 | 79.45 | -373,835.94 |
| **TOTAL** | | | | | | **232,933.83** | **79.45** | **-373,835.94** |

Page 6

1:20 PM
02/03/20
Accrual Basis

# National Quarry Services, Inc.
## Transaction Detail By Account
### January through December 2019

**Professional Fees**
**Accounting**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 01/09/2019 | 13356 | John Blanton | | 1,000.00 | | 1,000.00 |
| General Journal | 01/15/2019 | 1394 | | JBC | 1,000.00 | | 2,000.00 |
| General Journal | 01/15/2019 | 1394 | | JBC | 1,000.00 | | 3,000.00 |
| General Journal | 01/15/2019 | 1394 | | JBC | 2,000.00 | | 5,000.00 |
| General Journal | 01/28/2019 | 1404 | | JBC | 2,000.00 | | 7,000.00 |
| General Journal | 01/31/2019 | 1410 | | JBC | 1,000.00 | | 8,000.00 |
| General Journal | 02/08/2019 | 1416 | | JBC | 4,000.00 | | 12,000.00 |
| General Journal | 02/28/2019 | 1439 | | JBC | 1,000.00 | | 13,000.00 |
| General Journal | 02/28/2019 | 1439 | | JBC | 2,500.00 | | 15,500.00 |
| General Journal | 02/28/2019 | 1441 | | USPS | 1.05 | | 15,501.05 |
| General Journal | 02/28/2019 | 1441 | | SCHOOL PROC | 61.95 | | 15,563.00 |
| General Journal | 03/28/2019 | 1428 | | JBC | 2,000.00 | | 17,563.00 |
| General Journal | 03/28/2019 | 1428 | | JBC | 2,000.00 | | 19,563.00 |
| General Journal | 03/28/2019 | 1428 | | JBC | 2,000.00 | | 21,563.00 |
| General Journal | 03/28/2019 | 1428 | | JBC | 1,500.00 | | 23,063.00 |
| General Journal | 04/15/2019 | 1447 | | JBC | 2,500.00 | | 25,563.00 |
| General Journal | 04/15/2019 | 1447 | | JBC | 2,000.00 | | 27,563.00 |
| General Journal | 05/17/2019 | 1460 | | JBC | 2,500.00 | | 30,063.00 |
| General Journal | 05/29/2019 | 1462 | | JBC | 2,500.00 | | 32,563.00 |
| General Journal | 05/31/2019 | 1466 | | JBC | 1,000.00 | | 33,563.00 |
| General Journal | 06/24/2019 | 1471 | | JBC | 4,000.00 | | 37,563.00 |
| General Journal | 06/24/2019 | 1471 | | JBC | 4,000.00 | | 41,563.00 |
| General Journal | 07/22/2019 | 1489 | | JBC | 3,000.00 | | 44,563.00 |
| General Journal | 07/22/2019 | 1489 | | JBC | 3,000.00 | | 47,563.00 |
| General Journal | 07/22/2019 | 1489 | | JBC | 3,000.00 | | 50,563.00 |
| General Journal | 07/31/2019 | 1493 | | JBC | 1,000.00 | | 51,563.00 |
| General Journal | 07/31/2019 | 1500 | | JBC | 2,000.00 | | 53,563.00 |
| Check | 08/20/2019 | 11009 | carolina Motors | VOID: | 0.00 | | 53,563.00 |
| General Journal | 08/31/2019 | 1505 | | JBC | 5,000.00 | | 58,563.00 |
| General Journal | 08/31/2019 | 1505 | | JBC | 2,000.00 | | 60,563.00 |
| General Journal | 08/31/2019 | 1505 | | JBC | 2,000.00 | | 62,563.00 |
| General Journal | 08/31/2019 | 1505 | | JBC | 2,000.00 | | 64,563.00 |
| Bill | 09/03/2019 | Retainer | Norris, Stewart & Ra... | Retainer for Review | 10,000.00 | | 74,563.00 |
| General Journal | 09/10/2019 | 1508 | | JBC | 5,000.00 | | 79,563.00 |
| General Journal | 09/10/2019 | 1508 | | JBC | 2,500.00 | | 82,063.00 |
| General Journal | 09/18/2019 | 1513 | | JBC | 1,500.00 | | 83,563.00 |
| General Journal | 10/07/2019 | 1532 | | JBC | 2,500.00 | | 86,063.00 |
| General Journal | 10/14/2019 | 1535 | | JBC | 2,500.00 | | 88,563.00 |
| Check | 10/23/2019 | 11232 | KEITER | DOWN PAYMENT ON ASSISTANCE | 20,000.00 | | 108,563.00 |
| General Journal | 10/31/2019 | 1544 | | JBC | 1,500.00 | | 110,063.00 |
| Check | 11/01/2019 | 13009 | JBlanton Company ... | | 1,500.00 | | 111,563.00 |
| General Journal | 11/13/2019 | 1551 | | JBC | 3,000.00 | | 114,563.00 |
| General Journal | 11/15/2019 | 1554 | | JBC | 3,000.00 | | 117,563.00 |
| Check | 12/06/2019 | 11364 | Norris, Stewart & Ra... | Consolidated financial statements for t... | 0.00 | | 117,563.00 |
| General Journal | 12/06/2019 | 1567 | Norris, Stewart & Ra... | For CHK 11364 voided on 12/17/2019 | -4,875.00 | | 122,438.00 |
| General Journal | 12/07/2019 | 1565 | | JBC | 6,000.00 | | 128,438.00 |
| General Journal | 12/17/2019 | 1567R | Norris, Stewart & Ra... | Reverse of GJE 1567 -- For CHK 113... | | -4,875.00 | 123,563.00 |

Page 1

1:20 PM
02/03/20
Accrual Basis

**National Quarry Services, Inc.**
**Transaction Detail By Account**
January through December 2019

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 12/17/2019 | 13061 | Norris, Stewart & Ra... | FINAL BILL FOR REVIEW | 4,911.00 | | 128,474.00 |
| Check | 12/23/2019 | 13114 | JBlanton Company .... | JBC | 3,000.00 | | 131,474.00 |
| Total Accounting | | | | | 136,349.00 | 4,875.00 | 131,474.00 |
| Total Professional Fees | | | | | 136,349.00 | 4,875.00 | 131,474.00 |
| **TOTAL** | | | | | **136,349.00** | **4,875.00** | **131,474.00** |

< 4,975.°° >

Norris, Stewart
Keiter
131,474.°°
< 14,911.°° >
< 20,000.°° >

√ BC  # 96,593.°°
CONTRACT - PAID OWN EXPENSES

Unbilled SERVICES
12/31/19  $23,500.°°

Page 2

AMENDED

**Fill in this information to identify the case and this filing:**

Debtor Name  National Quarry Services, Inc.

United States Bankruptcy Court for the:  Middle District of North Carolina

Case number (*if known*):  20-50070

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/31/2020
MM / DD / YYYY

**x** _____
Signature of individual signing on behalf of debtor

Christopher G. Gross
Printed name

Pres./Dean
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors